

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 10, 2022

Dear Sir or Madam:

Your complaint has been lodged and assigned civil case number CV22-3185. It was noted that you did not pay the filing fee of $402, which includes an administrative fee of $52. If you are unable to pay the entire filing fee at this time, you must sign and complete the *Request to Proceed Without Prepayment of Filing Fees with Declaration in Support* form (CV-60P), attached hereto, in its entirety.

If you do not respond within THIRTY DAYS from the date below, your action will be dismissed and the file closed. If you submit the CV-60P form or pay the filing fee within THIRTY DAYS, your case will be filed.

If you submit the *Request to Proceed Without Prepayment of Filing Fees with Declaration in Support* and it is granted by a judge, you may be ordered to pay a partial filing fee within thirty days. However, you are still liable for the amount of $350, which does not include the $52 administrative fee, regardless of your present ability to pay it. The fee can be paid in partial payments pursuant to a court-ordered schedule or you may pay the entire $350 within thirty days. Only a judge can order partial filing fee payments; do not submit partial payments until you are ordered to do so. If your request is denied, the filing fee will be $402.

Enclosed you will find this Court's *Request to Proceed Without Prepayment of Filing Fees with Declaration in Support* form, which you must complete in its entirety. When you return the form, please attach a certified copy of your prisoner-plaintiff trust account statement for the last six months. You may return your documents and/or payment to any of the following locations:

| United States Courthouse | United States Courthouse | United States Courthouse |
| --- | --- | --- |
| 255 East Temple Street, Suite TS-134 | 411 West Fourth St., Room 1053 | 3470 Twelfth St., Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Sincerely,

Clerk, U. S. District Court

May 9, 2022
Date

By: C. Sawyer
Deputy Clerk

*Encl. (CV-60P)*

CV-47 P (12/20)   NOTICE RE: DISCREPANCIES WITH LODGING OF PRISONER COMPLAINT