WILLIAM BRAMSCHER, PRO SE

BK5521

PO BOX 705

SOLEDAD, CA 93960-0705

2 MAY 22

FILED
CLERK, U.S. DISTRICT COURT

JUNE 10 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____RS____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

MAY -9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM BRAMSCHER

v

TAYLOR SWIFT et al

CV22-3185 GW-PLAx
No.

COMPLAINT

COMPLAINT FOR INFRINGEMENT OF COPYRIGHT

&

BREACH OF IMPLIED CONTRACT/CONFIDENCE

## I. JURISDICTION

¶1  THE ACTION ARISES UNDER THE COPYRIGHT LAWS OF
THE UNITED STATES OF AMERICA.

¶2  THIS COURT HAS SUBJECT MATTER JURISDICTION OF THIS
ACTION UNDER 28 U.S.C. § 1338.

(TS-01)

# II RESPONDENTS

π3  THE FOLLOWING LIST REPRESENTS  NON-INCLUSIVE
    DEFENDANTS SUBJECT TO CHANGE:

(1) TAYLOR SWIFT

(2) FIREFLY ENTERTAINMENT

(3) 13 MANAGEMENT

(4) TAS RIGHTS MANAGEMENT, LLC

(5) REPUBLIC RECORDS, INC.

(6) UNIVERSAL MUSIC PUB GRP

(7) EMI MUSIC PUB MSC

(8) WILLIAM BOWERY

(9) JACK ANTONOFF

(10) AARON DESSNER

(11) BRYCE DESSNER

(12) JUSTIN VERNON

## III CLAIMS FOR RELIEF

¶4 SINCE 2017 PLAINTIFF CREATED AND WROTE ORIGINAL STORIES THE MOST RECENT ONGOING BOOK ENTITLED "OATH OF INNOCENCE" (PREVIOUS WORKING TITLE WAS "THIRTY YEARS LATER" &c).

¶5 THIS BOOK CONTAINS A LARGE AMOUNT OF MATERIAL WHOLLY ORIGINAL WITH PLAINTIFF AND IS COPYRIGHTABLE SUBJECT MATTER UNDER THE LAWS OF THE UNITED STATES.

¶6 BETWEEN ON/ABOUT AUGUST 2019 PLAINTIFF MAILED VARYING SECTIONS OF THE BOOK TO DIFFERENT MEDIA OUTLETS ATTEMPTING TO GARNER ATTENTION TO CAUSE CRIMINAL JUSTICE REFORM &c.

¶7 STARTING IN JUNE 2020 PLAINTIFF STARTED MAILING TAYLOR SWIFT SENDING THE WORKING-BOOK TO HER FATHERS' WORK (MERRIL LYNCH, NASHVILLE TN)

✱ SEE PAGE 102 ¶271 "OATH OF INNOCENCE" ("OATH")

¶8 SUMTIME LATER IN 2021 PLAINTIFF STARTED MAILING TAYLOR SWIFT SENDING THE WORKING-BOOK TO HER AT 13 MANAGEMENT (NASHVILLE TN)

¶9 ALL LETTERS SENT FROM STATE PRISON SOLEDAD CTF SATISFY AS A "POOR MANS COPYRIGHT" AS DELIVERED VIA THE UNITED STATES POSTAL SERVICE

¶10 SINCE 2017 PLAINTIFF HAS BEEN AND STILL IS THE SOLE PROPRIETOR OF ALL RIGHTS, TITLE, AND INTEREST IN AND TO THE COPYRIGHT IN THE BOOK

¶11 IN BOTH JULY 2020 "folklore" (TS8) AND DECEMBER 2020 "evermore" (TS9) DEFENDANTS INFRINGED THE COPYRIGHT FROM PLAINTIFF'S BOOK "OATH OF INNOCENCE" &c.

(TS-03)

¶12  THE DEFENDANTS TOOK PLAINTIFFS' NOVEL IDEAS AND
     CONCEPTS, EXPLOITING THOSE IDEAS AND CONCEPTS,
     AND PROFITING THEREFROM TO THE PLAINTIFFS' EXCLUSION.
     DESNY CLAIM. 17 USC §102 ; COPYRIGHT ACT OF 1976.

¶13  PLAINTIFF HAS NOTIFIED DEFENDANTS THAT DEFENDANTS
     HAVE INFACT INFRINGED THE COPYRIGHT OF PLAINTIFF,
     AND DEFENDANTS HAVE CONTINUED TO INFRINGE THE
     COPYRIGHT.

¶14  AFTER JULY 2021 AND CONTINUOUSLY SINCE DEFENDANTS
     HAVE BEEN PUBLISHING, SELLING, AND OTHERWISE MARKETING
     "folklore" (TS8) AND "evermore" (TS9)

¶15  BY THE CONDUCT DESCRIBED IN THIS COMPLAINT, THE
     DEFENDANTS HAVE BEEN ENGAGING IN UNFAIR PRACTICES
     AND UNFAIR COMPETITION AGAINST PLAINTIFF TO
     PLAINTIFF'S IRREPARABLE DAMAGE.

(TS-04)

## IV  MOTION TO PROCEED AS POOR

π16 PLAINTIFF, WILLIAM BRAMSCHER, IS FINANCIALLY
POOR AS "DOWN-AND-OUT" (ON THE BOWERY) AND
CANNOT AFFORD THE COSTS ASSOCIATED WITH THIS
COMPLAINT.

π17 PLEASE AWARD THE STATUS TO PROCEED WITHOUT
COST(S).


THANK YOU


(TS - Ø5)

# V  PRAYER

π 18  PLAINTIFF DEMANDS:

A. THAT DEFENDANTS, AND DEFENDANTS AGENTS, AND SERVANTS
   BE ENJOINED DURING THE PENDENCY OF THIS ACTION AND
   PERMANENTLY FROM INFRINGING THE COPYRIGHT OF PLAINTIFF
   IN ANY MANNER, AND FROM PUBLISHING, SELLING, MARKETING
   OR PERFORMING, OR OTHERWISE DISPOSING OF ANY COPIES
   OF "folklore" (TS8) AND "evermore" (TS9) &c

B. THAT DEFENDANT'S BE REQUIRED TO PAY TO PLAINTIFF THE
   DAMAGES AS PLAINTIFF HAS SUSTAINED IN CONSEQUENCE
   OF DEFENDANTS INFRINGEMENT OF THE COPYRIGHT AND THE
   UNFAIR TRADE PRACTICES AND UNFAIR COMPETITION AND
   TO ACCOUNT FOR:

(i) ALL GAINS, PROFITS, AND ADVANTAGES DERIVED BY DEFENDANTS
    BY THE TRADE PRACTICES AND UNFAIR COMPETITION, AND

(ii) ALL GAINS, PROFITS, AND ADVANTAGES DERIVED BY DEFENDANTS
     BY THE INFRINGEMENT OF PLAINTIFF'S COPYWRIGHT OR THE
     DAMAGES THAT THE COURT DEEMS PROPER WITHIN THE
     PROVISIONS OF THE COPYRIGHT STATUTES.

(iii) AN AWARD OF PUNATIVE DAMAGES

C. THAT DEFENDANT'S BE REQUIRED TO DELIVER UP TO BE
   IMPOUNDED DURING THE PENDENCY OF THIS ACTION ALL
   COPIES OF THE BOTH ALBUMS "folklore" (TS8) AND "evermore"
   (TS9) IN THE POSSESSION OF THE DEFENDANT'S OR UNDER ITS
   CONTROL AND TO DELIVER UP FOR DESTRUCTION ALL INFRINGING
   COPIES AND ALL MASTERS, PLATES, MOULDS &c FOR MAKING
   INFRINGING COPIES

(TS - 06)

D. THAT DEFENDANT'S BE REQUIRED TO REMOVE FROM
   CIRCULATION AND/OR USE ON ANY WORLD WIDE WEB
   MEDIA THE SONG'S, MUSIC VIDEOS, PROMOTIONAL PRODUCTS
   &c FROM BOTH ALBUMS "folklore" (TS8) AND "evermore" (TS9)

E. THAT DEFENDANTS PAY TO PLAINTIFF THE COSTS OF THIS
   ACTION AND REASONABLE ATTORNEY'S FEES TO BE
   ALLOWED TO THE PLAINTIFF BY THE COURT.

F. THAT PLAINTIFF HAVE ALL OTHER RELIEF THAT IS JUST.


DATED: 2 MAY 2022


BY: ~BLB~
WILLIAM BRAMSCHER
BK5521
PO BOX 705
SOLEDAD, CA
93960-0705


PRO SE                          THANK YOU
                                  ♡⊕△


(TS-07)

## VI  LODGING

π19  THE BOOK "OATH OF INNOCENCE" IS STILL BEING
WRITTEN TOTALLY OVER 1,537 PAGES AND 99%
OF THE CONTENTS HAVING BEEN SHARED WITH
DEFENDANT TAYLOR SWIFT &c THE FOLLOWING PAGES
ARE INCLUDED HEREIN:

102 - 105,  126 - 155,  181 - 184,  357 - 398,
554,  556 - 558,  573,  574,  591,  592,  656,  657,
665 - 668,  753,  754,  800,  801,  1516 - 1537

(TS - 08)

**PROOF OF SERVICE**
**BY PERSON IN STATE CUSTODY**
(C.C.P §§ 1013 (A), 2015.5; F.R.C.P.5; 28 U.S.C. § 1746)

I, __WILLIAM ROBERT BRAMSCHER__, declare:

I am over 18 years of age, and am a party to this action. I am a resident of the Correctional Training Facility Prison in the County of Monterey, State of California.  My prison Address is:

CDCR #: __BK5521__

**Correctional Training Facility**
**P.O. Box 705,**     Cell # : __LA2444__
**Soledad, Ca. 93960-0705**

On __MAY 22__ , I served the Attached:

__· COMPLAINT WITH SAMPLE PAGES__
__π1 - π19__

On the parties herein by placing true, and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, **verified by, and given to prison staff \*,** for deposit in the United States Mail provided at the above-named Correctional Institution in which I am presently confined.

The envelope was addressed as follows:

__ATTY. PETER JAMES ANDERSON # 88891__
__DAVIS WRIGHT TREMAINE LLP__
__865 S FIGUEROA ST, STE 2400__
__LOS ANGELES, CA 90017-2566__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct.

Executed on: __MAY 22__          ___~BbBr___
                                 (Declarant's Signature)

\* Please, note that according to the prison mail box rule, the document(s) mentioned herein is considered filed the day it is handed over to prison authorities for mailing to the court.  See <u>Hulzar v. Carey</u> (9th Cir. 2001) 273 F. 3d 1220, 1221; <u>Moore v. Twomey</u> (2004) 120 Cal. App. 4th 910, 913-918.

## PROOF OF SERVICE
## BY PERSON IN STATE CUSTODY
### (C.C.P §§ 1013 (A), 2015.5; F.R.C.P.5; 28 U.S.C. § 1746)

I, __WILLIAM ROBERT BRAMSCHER__ , declare:

I am over 18 years of age, and am a party to this action. I am a resident of the Correctional Training Facility Prison in the County of Monterey, State of California.  My prison Address is:

CDCR #: __BK5521__

**Correctional Training Facility**
**P.O. Box 705,**        **Cell # :** __LA244U__
**Soledad,  Ca.  93960-0705**

On_____ __MAY 22__ _____ , I served the Attached:

_____

__· COMPLAINT  WITH  SAMPLE  PAGES__
_____ __π1 — π19__ _____

_____

On the parties herein by placing true, and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, **verified  by, and given to prison staff \*,** for deposit in the United States Mail provided at the above-named Correctional Institution in which I am presently confined.

The envelope was addressed as follows:

_____ __VENABLE  LLP__ _____

_____ __LAW  OFFICE__ _____

_____ __600  MASSACHUSETTS  AVENUE__ ___

_____ __NW  WASHINGTON,  DC  20001__ ___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct.

Executed on: _____ __MAY 22__ _____        _____ ~BbB~ _____
                                                          (Declarant's Signature)

\* Please, note that according to the prison  mail box rule, the document(s) mentioned herein is considered filed the day it is handed over to prison authorities for mailing to the court.  See **Huizar v. Carey** (9th Cir. 2001) 273 F. 3d 1220, 1221; **Moore v. Twomey** (2004) 120 Cal. App. 4th 910, 913-918.

WILLIAM BRAMSCHER                                    1 MAY 22
BK5521  LA24411
PO BOX 705
SOLEDAD, CA 93960 - 0705


TO: NYU PRESIDENT ANDREW HAMILTON, DEAN ALLYSON GREEN
    & BRITTANY SPANOS


IF ACADEMIC INTEGRITY IS IMPORTANT AT NYU I WOULD
    ADVISE NOT TO HONOR PLAGIARIST TAYLOR SWIFT, I
    HAVE INCLUDED FOR EACH OF SAMPLES:
  (1) NYU PRESIDENT ANDREW HAMILTON
      p 1374 - p 1379 & p 1410 - p 1411
  * NOTICE π 3910 SONG BY DRAKE
  (2) DEAN ALLYSON GREEN
      p 1380 - p 1387
  (3) BRITTANY SPANOS
      p 1388 - p 1389 & p 1406 - p 1409


EACH OF YOU HAS A COPY OF WHAT I WROTE SCOOTER BRAUN
    TODAY MAILED TO SB PROJECTS.


TO CONFIRM MY ALLEGATIONS CONTACT:
  (1) SENATOR STEVEN BRADFORD
  (2) MAX TARLTON (MESSAGE MAX) KION (SALINAS)
  (3) L.A. TIMES REPORTER MIKAEL WOOD
  (4) THE SACRAMENTO BEE
  (5) THE DENVER PRESS CLUB
      THANK YOU                          ~B6B~

SCOOTER BRAUN                                    1 MAY 22

I HOPE THIS FINDS YOU WELL.

I NEED MANAGEMENT FOR MY 1,500 + PAGE STORY

I NEED MANAGEMENT TO HELP ME LITIGATE MY
     CLAIM(S) THAT TAYLOR SWIFT USED MY WRITINGS
     FOR ALBUM(S):

     (1) REPUTATION
     (2) LOVER
     (3) folklore
     (4) evermore

LAST WEEK ON THE BACK OF AN ENVELOPE TO
     Scott Swift I WROTE SOMETHING THAT HIS
     THIEF DAUGHTER WAS GONNA GET DUMPED
     AND THAT SLOPPY JOE COULD KEEP THE
     UNCLEAN HAG.

HEY SCOTT ARE YOU INTERESTED? YOU HAVE
     WHAT 1/3 OF THE FULL STORY?

PLEASE HELP ME. NOT ONLY AM I INNOCENT OF
     THE CHARGES THAT GOT ME IN PRISON
     WHILE HERE BECAUSE OF TAYLOR SWIFT
     THAT FAKE BOOBS SOON FAKE DOCTORATE
     RAPED ME FOR HER ALBUMS.

*GOOGLE "1:2017cv01458"                    ~ BbB—

, WILLIAM ROBERT BRAMSCHER                                24 APRIL 22

BK5521 LA2444

PO BOX 705

SOLEDAD, CA 93960 - 0705


TO: SENATOR STEVEN BRADFORD & TAYLOR ALISON SWIFT

RE: ACTUAL INNOCENCE & SENATE BILL No. 567

CORE TERMS SB 567; MIKE LACEY; CITY OF HERMOSA BEACH;
      OATH OF INNOCENCE; JUDGE SAM LAVORATO, JR.; DEFAMATION;
      AMBER LAURA HEARD; THE WASHINGTON POST; FREE SPEECH

π 4351 ALOHA SIR THANK YOU FOR AUTHORING SB 567 HENCE
      CORRECTING 2007 CAL SB 40 (ROMERO) ARE YOU AWARE
      THAT THE SUPERIOR COURTS ARE FAILING TO RESENTENCE
      INMATES INCLUDING MYSELF?

## BACK FILL — HISTORY

π 4352 TWICE IN HERMOSA BEACH (HB) CALIFORNIA I AM THE
      VICTIM OF CONSPIRACY TO CONVICT ME OF CRIMES THAT
      I NEVER EVER COMMITTED. THE PERPETRATORS ARE
      THE HBPD (BRAMSCHER V HERMOSA BEACH POLICE DEP'T 2020
      US DIST LEXIS 150270) AND EMPLOYEES OF THE HB
      COMEDY & MAGIC CLUB OWNED BY MIKE LACEY &c.
      SEE ENCLOSED "NOTICE OF INTENT TO SUE FOR DAMAGES"
      (26 MAY 20). THE CITY OF HERMOSA BEACH CITY COUNCIL
      IS WELL AWARE OF MY CONSTITUTIONAL CLAIMS.
                        (1516)

24 APRIL 22

¶4353 SINCE MY CONVICTION I HAVE BEEN WRITING TOO

TAYLOR ALISON SWIFT (13 MANAGEMENT, (615) 590-4050)

&C MY LOVE STORY TITLED "OATH OF INNOCENCE" ("OATH")

THAT YOU ARE NOW APART OF IN YOUR COPY OF THESE

PAGES PLEASE FIND INCLUDED THE FOLLOWING SUPPORTING

DOCUMENTATION:

(1) LETTER TO "JOANNE & TIM" (AUNT/UNCLE) (14 MAR 20)

✱ 303.941.5690 or 303.798.8101 or 303.588.5570

(2) LETTER TO CA2/3 B303019 "FRIEND OF THE COURT" (16 MAR 20)

(3) LETTER TO HBPD CHIEF PAPA (17 MAR 20)

(4) LETTER TO DA JACKIE LACEY (17 MAR 20)

(5) LETTER TO CALIFORNIA INNOCENCE PROJECT (5 APRIL 20)

(6) LETTER TO CALIFORNIA INNOCENCE PROJECT &

ATTY JARED COLEMAN, ESQ (B303019) (18 APRIL 20)

(7) LETTER TO HBPD & LA CTY DDA (26TH APRIL 20)

(8) LETTER TO OWNER(S) HB C&MC (26TH MAY 20) ¶4352

(9) COPY OF COMPLAINT TO THE COMMISSION ON JUDICIAL

PERFORMANCE (2020)

(10) COPIES OF ALL UNCONSTITUTIONALLY DENIED CA2/3

PETITIONS (TOTAL = 10)

(11) COPIES OF ALL UNCONSTITUTIONALLY DENIED SUPREME

COURT OF CALIFORNIA PETITIONS (TOTAL = 12)

(12) SB 567 PETITION TO TORRANCE (20 APR 22)

(13) RECENT LETTERS FROM THE SUPREME COURT OF CALIFORNIA

(TOTAL = 4)

¶4354 WITH ¶4353(1-13) ESTABLISHED YOU ARE NOW AWARE

MY EFFORT(S) TO CLEAR MY REPUTATION UNANSWERED.

PLEASE SENATOR FEEL FREE TO CONTACT TAYLOR SWIFT

AS SHE POSSESSES A TREASURE OF PROOF I AM INNOCENT!

(1517)

24 APRIL 22

## MONTEREY COUNTY JUDGE FAILED TO
## GRANT SB 567 RELIEF

π4355 I AM ALSO INCLUDING FOR YOU COPIES OF:
(1) 22HC0000007 ORDER DENYING PETITION
(2) 22HC0000007 ORDER DENYING RECONSIDERATION
PLEASE KNOW 22HC7 π43 & π44 I DID CLAIM THAT
MY YA100270 SENTENCE WAS UNAUTHORIZED BECAUSE
OF THE "UPPER-TERM SENTENCE" (π43) BUT THIS JUDGE
SAM LAVORATO, JR. TOTALLY FAILS TO ADDRESS THIS
CLAIM. I WOULD SUGGEST THAT A JUDGE WHO EITHER
DOES NOT KNOW THE LAW OR DOES NOT APPLY THE LAW
IS DANGEROUS INDEED.

π4356 ACCORDING TO THE CHIEF JUDGE OF CALIFORNIA IT IS
AN "AXIOM" THAT THE GENERAL POPULATION KNOWS
THE LAW (ALL SUM 36 THOUSAND CALIFORNIA PENAL CODES)
IS THIS LAUGHABLE CONTENTION NOT APPLICABLE TO
ALL THIS STATES' COURT JUDGES?

## LOS ANGELES COUNTY JUDGE FAILED TO
## GRANT SB 567 RELIEF

π4357 CALLING YOUR ATTENTION TO π4353(9) AGAINST THREE (3)
TORRANCE JUDGES ON THE 23 JAN 22 I SUBMITTED
A PETITION FOR SB 567 RESENTENCING AND THIS
PETITION HAS GONE UNANSWERED.

π4358 AS I HAVE PROVEN THESE TORRANCE JUDGES ARE
SCANDALOUS MY MOTION FOR CORRECTIONS (22 FEB 22)
WAS ANSWERED ON MY BIRTHDAY ONLY BY MINUTE ORDER!
(1518)

24 APRIL 22

## HERMOSA BEACH COMEDY & MAGIC CLUB

π4359  TWICE IN COURT  HB C&MC EMPLOYEE MANAGER AND AS
   CLAIMED "FUCKING IDIOT" JOHN CHRISTOPHER CUFF HAS LIED
   ABOUT ME IN COURT UNDER OATH AT THE PRELIMINARY
   HEARINGS (YA097929/ YA100270) AND ONCE AT JURY TRIAL
   (YA100270) COMPRIMISING DEFAMATION.

π4360  THERE MAYBE NO DOUBT THAT HB C&MC OWNER MIKE LACEY
   IS RESPONSIBLE FOR HIS EMPLOYEES WHO DID LIE
   UNDER OATH TO CONVICT ME.

π4361  PLEASE KNOW SENATOR STEVEN BRADFORD TO CLEAR MY
   PREVARICATE REPUTATION I AM MAILING THE FOLLOWING
   TWO (2) ORGANIZATIONS TELLING MY TRUTH:

   (1) NATIONAL COMEDY CENTER    (2) EASY READER & PENINSULA
      203 W 2ND ST                   PO BOX 427
      JAMESTOWN, NY 14701            HERMOSA BEACH, CA 90254

   ✻ BOTH WILL GET π4353 (1,7,8)

### OPINION: WHY THE DEFAMATION LAWSUIT
### AGAINST AMBER LAURA HEARD LACKS STANDING

π4362  SENATOR STEVEN BRADFORD I NEED TO CALL YOUR ATTENTION
   TOO THREE (3) SONGS BY 2PAC KEEP YA HEAD UP DEAR MAMA
   & CHANGES YOU DIG? THIS VERY MORNING GMA I COULD
   NOT BELIEVE THE UNEDUCATED AND INCOMPETENT LEGAL
   OPINION OF A DANIELLE COHEN HIGGINS SO I SHALL EXPLAIN
   WHY THIS DEFAMATION ACTION FATALLY LACKS STANDING.
                    (1519)

24 APRIL 22

π 4363  HEY TAYLOR SWIFT WILLOW PLEASE FOLLOW ME:

(1) AMBER (REDDISH-YELLOW COLOR) EZEK 1:4,27; 8:2

* NOTICE PAIRING FIRE WITH AMBER * WINK * π 4304

Ⓑ AMBER (311)

(2) THINK OF LAURA (CHRISTOPHER CROSS) ⟶ CHRIST + CROSS

(3) HEARD (PERCEIVED SOUND) PS 22:24; LUKE 1:13

* SEE JAMES 1:19 SWIFT TO HEAR

Ⓑ LONESOME LOSER (LITTLE RIVER BAND) ⟶ PAGE 48 π 136

* REF. TAYLOR SWIFT folklore (TS8) THIS IS ME TRYING

Δ NOTICE π 136 "SOLITUDE/LONELINESS/SOLITARY PLACE" ⟶ ALONE
    GOTO PAGE 62 π 171 "HE ALONE"

♡                                                                    ♡

π 4364  HEY TAYLOR SWIFT FOR AMBER CONSIDER AS ELECTRUM:

(1) ELECT (CHOSEN OUT) MATT 24:22; ROM 8:33; TIT 1:1

* evermore (TS9) LIFE ⟶ FOREVER & ALWAYS

Δ SEEK 2 JOHN 1:1 ELECT LADY ⟶ ⋅♡⋅

(2) RUMAH (HIGH) 2 KINGS 23:36

* SEEK ARUMAH (HEIGHT) JUDGES 9:41

*  * SEEK DUMAH (SILENCE) JOSHUA 15:52; ISAIAH 21:11

π 4365  ALRIGHT (SHAKE IT OFF) WITH THE LIMITED KNOWLEDGE
    ASWELL EXPOSURE TO DEPP V HEARD I CAN SIMPLY
    ESTABLISH THIS ACTION IS WITHOUT STANDING BECAUSE:

(1) THE 2018 "OPINION" PUBLISHED IN THE WASHINGTON POST
    RELATING TO MATTERS OF PUBLIC CONCERN WHICH DOES NOT
    CONTAIN A PROVABLY FALSE FACTUAL CONNOTATION DOES
    RECEIVE FULL CONSTITUTIONAL PROTECTION. MILKOVICH V
    LORAIN JOURNAL CO (1990) 497 US 1, 19-20 (CITING
    PHILA. NEWSPAPERS V HEPPS (1986) 475 US 767, 775)

* DANIELLE COHEN HIGGINS YOU ARE A FUCKING IDIOT LOL
    (1520)

24 APRIL 22

(2) THE 2018 "OPINION" PUBLISHED IN THE WASHINGTON POST RELATING TO MATTERS OF PUBLIC CONCERN DOES NOT NAME JOHN CHRISTOPHER "JOHNNY" DEPP IS NOT NAMED. BECAUSE JOHNNY DEPP IS NOT NAMED THE ACTION DOES FATALLY FAIL THE "OF AND CONCERNING" REQUIREMENT OF DEFAMATION LAWSUIT. SEE E.G. DURSKI V CHANELES (APP DIV 1980) 175 N.J. SUPER 418, 420; BRADY V OTTAWAY NEWSPAPERS, INC (1981) 84 A.D. 2d 226, 228; BLATTY V NEW YORK TIMES CO (1986) 42 CAL 3d 1033, 1044; PRINTING MART-MORRISTOWN V SHARP ELECS. CORP. (1989) 116 N.J. 739, 768; STEELE V RITZ (2009) No W20080212SCOAR3CV, 2009 TENN APP LEXIS 843; DEGROAT V COOPER 2014 US DIST LEXIS 66089 *10-*16; STANE V UNION FOR REFORM JUDAISM (2020) 479 F. SUPP 3d 739, 747.

(3) TRUTH OF COURSE, IS AN ABSOLUTE DEFENSE TO ANY LIBEL ACTION. CAMPANELLI V REGENTS OF UNIV OF CAL (1966) 44 CAL APP 4TH 572, 581-582; EISENBERG V ALAMEDA NEWSPAPERS (1999) 74 CAL APP 4TH 1359, 1382; GETFUGU, INC V PATTON BOGGS LLP (2013) 220 CAL APP 4TH 141, 154.

(4) "A PUBLIC-FIGURE PLAINTIFF MUST SHOW THE FALSITY OF THE STATEMENTS AT ISSUE IN ORDER TO PREVAIL IN A SUIT FOR DEFAMATION." HEPPS AT 775. SEE GARRISON V LOUISIANA (1964) 379 US. 64, 74; HERBERT V LANDO (1979) 41 US 153, 176

(5) THE 2018 "OPINION" PUBLISHED IN THE WASHINGTON POST RELATING TO MATTERS OF PUBLIC CONCERN DOES NOT REFER TO JOHN CHRISTOPHER "JOHNNY" DEPP PERSONALLY INSTEAD REFERING TO GROUPS. BARGER V PLAYBOY ENTERPRISES (1983) 564 F SUPP 1151, 1153. SEE ABOVE (2)

* DANIELLE COHEN HIGGINS YOU ARE A FUCKING IDIOT!

(1521)

24 APRIL 22

¶4366 SENATOR STEVEN BRADFORD I FIND IT ALARMING THAT GMA CORRESPONDENT THIS MORNING DANIELLE COHEN HIGGINS WAS NOT NEUTRAL FAVORING JOHNNY DEPP BECAUSE THE PARENT COMPANY OF ABC IS DISNEY WHOM HAS A FINANCIAL INTEREST IN PROTECTING THE REPUTATION OF DEPP AT ALL COSTS. GOT IT?

¶4367 HONESTLY SENATOR THIS DEPP v HEARD CASE TOTALLY REMINDS ME OF WHAT TAYLOR SWIFT WENT THROUGH IN DENVER COLORADO. TAYLOR SWIFT KNOWS THAT I DUE CARE ABOUT AMBER HEARD NERD ALOT YET MY RHETORIC FIRMLY REFLECTS (MIRRORBALL) OUR NATIONAL CONSTITUTIONS FIRST AMENDMENT (SPEECH/EXPRESSION) ASWELL CASE LAW.

¶4368 LET IT BE KNOWN THAT MY OPINION IS THAT BOTH ABC GMA DAN ABRAMS & DANIELLE COHEN HIGGINS ARE "FUCKING IDIOTS" WHO DISPENCE BULLSHIT! AND I MUST ASK WHY ISN'T THE WASHINGTON POST A DEFENDANT IN THIS DEFAMATION ACTION AS THE PUBLISHER OF THE OPINION?

¶4369 DOMESTIC VIOLENCE IS A MATTER OF PUBLIC CONCERN AMBASSADRESS AMBER HEARD NERD DESERVES THE FULL PROTECTION OF OUR NATIONS FIRST AMENDMENT ASWELL THE FULL SUPPORT OF ADVOCATES THEREOF. LETTUCE ALL ACKNOWLEDGE THE FOLLOWING:

(1) AMBER HEARDS OPINION IS CONSTITUTIONALLY PROTECTED. CURTIS PUBLISHING CO v BUTTS (1967) 388 US 130; SCOTT V NEWS-HERALD (1986) 25 OHIO ST 3d 243, 254

(2) "UNDER THE FIRST AMENDMENT THERE IS NO SUCH THING AS A FALSE IDEA". GERTZ v ROBERT WELCH (1974) 418 US 323, 339-340

(3) BREATHING SPACE. CANTWELL v CONNECTICUT (1940) 310 US 296, 311; NAACP v BUTTON (1963) 371 US 415, 433

(1522)

25 APRIL 22

## ON HABEAS CORPUS

π 4370  SENATOR I DID NOT SLEEP WELL (KICK DEF LEPPARD) MY
H.C. CLAIMS TO THIS CALIFORNIA SUPREME COURT:

(1) YA100270 ILLEGAL UPPER TERM SB 567 (2021) RELIEF

(2) CONVICTION(S) IMPOSSIBLE PER JURY INST. #358 & #359

(3) INEFFECTIVE ASSISTANCE OF COUNSEL ON APPEAL

(4) NO COP NO CASE PC §872(b)

₵ NO BODY, NO CRIME (TAYLOR SWIFT + HAIM)

₵ ₵ LITTLE OF YOUR LOVE (HAIM) ⟶ SAYLOR TWIFT

(5) CONVICTION WAS NOT BY UNANIMOUS VERDICT

(6) DENIED PROP 57 (2016) NPED REVIEW

π 4371  CALLING YOUR ATTENTION SENATOR TO ALL PREVIOUS
POSTCARD DENIALS CA2/3 & SCC DOES YOUR OFFICE RECOGNIZE
THE PROBLEM? SEEK REVIEW THE PRACTICE ACT PLEASE.

## TAYLOR SWIFT PRODUCTIONS

π 4372  THE FOLLOWING MUSIC IS CAUSING ME TOO SHAKE IT OFF:

(1) IMAGINE (JULIAN LENNON)

(2) KILL EM WITH KINDNESS (BABY SELENA "ROSE BUD" GOMEZ)

(3) HOLD ON, WE'RE GOING HOME (DRAKE) ⟶ π 3799  π 3910

## TAS RIGHTS MANAGEMENT, LLC

π 4373  HEY TAYLOR ALISON SWIFT ARE YOU FEELING 22?

NAMO RATNA TRAYAYA

MAITRI AVALOKITE KARA KARA

MAHA BODI MANDA VIJA

♡⊚△          (1523)          ~BbB~

WILLIAM ROBERT BRANSCHER                    26 APRIL 22

BK5521 LA244U

PO BOX 705

SOLEDAD, CA 93960-0705


TO: SENATOR STEVEN BRADFORD

RE: CRIMINAL JUSTICE REFORM & ACTUAL INNOCENCE

CORE TERMS METNEWS; 1:2017 cv 01458; 42 USCS 1983;
     COMPETENCY; VIRGINIA; OPINION; AMBER LAURA HEARD
     MAISY STELLA; MIRANDA COSGROVE; SB 567; REPUTATION

π 4374 ALOHA SENATOR I HAVE THE OPPORTUNITY TO SHARE
     WITH YOU MORE OF MY LOVE STORY I NEED MORE
     COPIES INTENDING TO MAIL YOU YOUR ENVELOPES ON
     THE 27TH (ADMINISTRATIVE PROFESSIONALS DAY).

## MAN CONTENDS HE NEVER MADE
## CRIMINAL THREATS

π 4375 PUBLISHED ON THE 18TH OF FEBRUARY 2022 PLEASE FIND
     ENCLOSED A STORY BY METROPOLITAN NEWS-ENTERPRISE
     THAT IS A WORK OF FICTION TITLED,
          MAN CONVICTED OF THREATS HE CONTENDS WERE
          NOT REASONABLY BELIEVABLE LOSES APPEAL

π 4376 I DUE REMIND THAT I DUE DENY MAKING ANY CRIMINAL
     THREAT THE ALLEGATIONS AGAINST BOTH YA097929 & YA100270
     WERE/ARE UNSUBSTANTIATED HEARSAY BOTH PROSECUTIONS
     ASWELL CONVICTIONS UNCONSTITUTIONAL. PLEASE HELP.
               (1524)

Metropolitan News-Enterprise

Friday, February 18, 2022

Page 3

## Man Convicted of Threats He Contends Were Not Reasonably Believable Loses Appeal

By a MetNews Staff Writer

A man who telephoned a Hermosa Beach comedy club, telling the general manager he would kill him and everyone in the place and burn it down has failed to persuade the Court of Appeal that his conviction for making criminal threats should be reversed because his utterances were made during "a ranting tirade" that was so balmy it should have been discounted and, given that he was in San Diego, he could not have carried out any threat.

Presiding Justice Lee Edmon of this district's Div. Three wrote the opinion, filed Wednesday and not certified for publication. It affirms the judgment in the case of William Robert Bramscher, tried in the courtroom of Los Angeles Superior Court Judge Alan B. Honeycutt.

Aside from his felony conviction based on his 2019 threats, Bramscher was adjudged guilty of disobeying a 2018 court order not to contact the general manager. That protective order was made in connection with Bramscher's conviction that year for criminal threats to the general manager, identified by Edmon as "Christopher C," and the Comedy and Magic Club.

### Jay Leno's Habitat

That club, shuttered since March 2020 in light of the pandemic, was a venue at which major comics appeared, including former Tonight Show host Jay Leno, who performed there every Sunday night.

Rejecting the contention that Bramscher's threats were plainly irrational and similar to ones made in the past that were not carried out, and therefore could not reasonably have been taken seriously, Edmon said:

"These arguments amount to nothing more than a request that this court reweigh the evidence and substitute our judgment for the jury's. This we cannot do."

(1525)

It did not matter that Bramscher telephoned from San Diego, she wrote, because there was "no evidence that Christopher knew Bramscher was not in a position to carry out his threats," his location not having been disclosed.

Drawing the conclusion that substantial evidence supports the judgment, Edmon said the "threats were unequivocal, unambiguous, specific, and unconditional, and threatened death." ⑧

**Profanity Quoted** ⑨

She noted that "Bramscher engaged in a screaming diatribe laced with profanity"—which she chose to quote—"and called Christopher 'every name in the book,' demonstrating the extent of his rage and his hatred of Christopher," adding:

"Bramscher's tone was aggressive and 'over the top upset.' Given the words used, Bramscher's demeanor, and the repetition of the threats, the jury could readily infer that Bramscher intended his words to be taken as threats."

The requirement for a conviction under Penal Code §422(a) that the threat actually induced fear was met, Edmon said, citing the general manager's testimony that he was "absolutely" afraid the defendant would carry out his threat and the fact that he called the police and locked the club doors.

The case is *People v. Bramscher*, B303019.

**Writ Earlier Denied** ⑩

Div. One on Sept. 28, 2018, denied a petition for a writ of mandate filed by Bramscher, personally, contesting an order in the case finding him ⑪ incompetent to stand trial. While noting that the defendant was asserting that his counsel was ineffective for having expressed doubt as to his competency, the panel said that Bramscher, given that he was represented, should not be filing papers in pro per.

In any event, it said, Los Angeles Superior Court Judge Thomas Sokolov did have "a sua sponte duty to hold competency proceedings when presented with substantial evidence raising a reasonable doubt about ⑫ the defendant's competency to stand trial."

In the end, the trial was conducted and, U.S. District Court Judge R Gary Klausner of the Central District of California held on Aug. 19, 2020, ⑬ the judgment precludes an action in his court by Bramscher against the City of Hermosa Beach and members of its police force alleging falsification of evidence in the state proceeding. Klausner cited the U.S.

Supreme Court's 1994 pronouncement in *Heck v. Humphrey* barring suits in districts court which, if successful, would undermine state court resolution of controversies.

⑬

Copyright 2022, Metropolitan News Company

π 4377  BEFORE I DESTROY THIS METNEWS STORY AS DEFAMATION SENATOR STEVEN BRADFORD YOU ARE FAMILAR WITH THE SUPREMECY CLAUSE? PURSUANT 47 USCS §223(a)(1)(C) THE MAXIMUM PENALTY THAT SHOULD HAVE APPLIED TO BOTH CASES WAS A FINE OR IMPRISONED NOT MORE THAN TWO YEARS, OR BOTH. UNITED STATES v. WEISS (2020) 475 F. SUPP. 3d 1015, 1023-1024. GOT IT?

π 4378  PLEASE SIR FOLLOW ME AS I PROVE THIS METNEWS STORY IS "BALMY" (CRAZY) BULLSHIT:

(1) ALL COURT DOCUMENTS DO NOT RECORD ANY PERSONAL THREAT TO JOHN CHRISTOPHER CUFF. THIS FACT DOES NOT EXIST IN ANY EVIDENCE AS UNSUBSTANTIATED HEARSAY. ✱ SEE HBPD #19-1006, ARREST AFFIDAVIT AND PEOPLES TRIAL BRIEF ✱ ✱ REMEMBER TRIAL JUDGE ALAN B. HONEYCUTT DID RULE THE HBPD #19-1006, ARREST AFFIDAVIT &c WERE HEARSAY UNDERMINING THE YA100270 CRIMINAL PROSECUTION.

(2) "HIS UTTERANCES" AS PATENTLY FALSE. PLEASE SEE "OATH" LETTER TO TAYLOR SWIFT (24 MAR 22) π4099 - π4107 EXACT π4104 PEOPLE v BRAMSCHER 2022 CAL APP UNPUB LEXIS 905 ✱13 ✱ AT NO TIME HAVE I WAVERED FROM THE TRUTH THAT I NEVER EVER MADE ANY PC §422(a) CRIMINAL THREAT

(1527)

26 APRIL 22

(3) TRIAL JUDGE ALAN B HONEYCUTT WAS A FORMER POLICE OFFICER IN HERMOSA BEACH (D.C. No. 2:20-cv-04324-RGK-AS; 9TH CIR. 20-55807) ALSO A CO-WORKER OF PROSECUTIONS' YA100270 INVESTIGATOR JAIME RAMIREZ AND UPON REQUEST WOULD NOT DISQUALIFY HIS-SELF FROM THE PROCEEDINGS.

\* SEE CALI CODE CIV PROC §§170, 170.6 (STATUTE GRANTING A PERSON A SINGLE MOTION TO DISQUAIFY A JUDGE WITHOUT ALLEGING OR PROVING FACTS SHOWING BIAS). PLEASE SEE E.G. PAPPA v SUPERIOR COURT OF LOS ANGELES COUNTY et al (1960) 54 CAL.2d 350; PEOPLE v ROJAS (1963) 216 CAL APP 2d 819.

\* \* SEE π4353(9)

(4) JOHN CHRISTOPHER CUFF. WHY DOES JUDGE EDMON REFER TO "FUCKING IDIOT" CHRISTOPHER CUFF AS "CHRISTOPHER C"?

\* WHAT IS THE REASON(S) CENSORSHIP BULLSHIT

(5) HEY JAY LENO ⟶ FUCK YOU!

(6) IN FEBRUARY OF 2018 I SAW JAY LENO ON "SUNDAY NIGHT" AS I DOCUMENTED ON FACEBOOK "Icon8" TO TAYLOR SWIFT

\* SEE BRAMSCHER v Icon8 et al 1:2017cv01458 RESPONDANTS: Icon8, FACEBOOK, TAYLOR ALISON SWIFT AND KARLY ELIZABETH KLOSS

\* \* CORRECTION: KARLIE ELIZABETH KLOSS ⟶ GOOD GIRL "♡" ₲ PETER PIPER (RUN D.M.C.) ⟶ π4235 π4344 ₲⊕₲

△ SEARCH FACEBOOK "Icon8" AND "#Icon8"

(7) WITNESSES MAY ONLY TESTIFY TO FACTS IN EVIDENCE IN ACCORD WITH ABOVE (1) NO FACTS EXISTED NO CASE EXISTED NO EVIDENCE TO "REWEIGH" WTFUCK!

\* SENATOR STEVEN BRADFORD DO YOU GET THE BIG PICTURE HOW DAMAGING BRAMSCHER AT 13 ABOVE (2) &c?

(1528)

26 APRIL 22

(8) BOTH CASES YA097929 & YA100270 ARE FATALLY UNSUPPORTED BY ANY EVIDENCE EXCEPT UNSUBSTANTIATED HEARSAY!

＊ SEE ABOVE (2) & (7) &c

＊ ＊ IN JUNE 2019 THE PROSECUTION DID PROFFER THAT IN DISCOVERY "CD IS AVAILABLE WITH RECORDINGS" AND IN AUGUST 2019 "COMPUTER" WITH FOUR (4) M4a FILES CALLS TO "COMEDY & MAGIC CLUB".

△ CF. BRAMSCHER AT 4 "CHRISTOPHER ATTEMPTED TO RECORD THE CALLS, BUT WAS UNSUCCESSFUL."

⊕ WⓄW GET IT? I AM INNOCENT! SOMEONE RECORDED MY ATTEMPTS TO REACH MANAGER RICHARD BARRETT AT THE C&MC NO CRIMINAL THREATS 21 MAY 2019!

(9) "PROFANITY QUOTED"? SEE BRAMSCHER AT 5 ("'PEOPLE AT THE COMEDY AND MAGIC STORE ARE ASSHOLES'") AND ID AT 6 n2. HEY METNEWS, MIKE LACEY, JAY LENO &c,

# FucK You!

⑤ NOT AFRAID THE REAL SLIM SHADY RAP GOD (EMINEM)

＊ CF "SLIM SHADY" ⟶ WILLIAM BOWERY

(10) WTFUCK "WRIT EARLIER DENIED" AS 2018 IS CASE SPECIFIC YA097929 I PERSONALLY DID NOT FILE ANY WRIT OF MANDATE (CF. S262269 (2020) & S264633 (2020)).

＊ IN RE BRAMSCHER 2018 CAL LEXIS 5728 (S249188)

＊ IN RE BRAMSCHER 2019 CAL LEXIS 3344 (S253191)

＊ BRAMSCHER v McDONNELL 2018 US DIST LEXIS 139113

＊ BRAMSCHER v McDONNELL 2018 US APP LEXIS 31938

△ SENATOR YOU WOULD AGREE ONLY A "COMPETENT" PERSON FILED CASES?

(1529)

26 APRIL 22

(11) "INCOMPETENT TO STAND TRIAL" AS EVIDENCE THAT I, WILLIAM ROBERT BRAMSCHER, AM A VICTIM OF OUTRAGEOUS GOVERNMENTAL CONDUCT VIA FIRST AMENDMENT RETALIATION! CASE YA097929 THE PUBLIC DEFENDER NEVER MET WITH ME PRIOR TO COURT THE DAY OF THE PRELIMINARY HEARING AND WHEN I PROCLAIMED I WAS INNOCENT AND WOULD NOT WAIVE SPEEDY TRIAL THIS PUBLIC PRETENDER TOLD THE JUDGE I WAS INCOMPETENT VIOLATING MY AUTONOMY!

* BRAMSCHER v CALIFORNIA 2019 US DIST LEXIS 4994

x BRAMSCHER v McDONNELL 2019 US APP LEXIS 10373

(12) NO "SUBSTANTIAL EVIDENCE" EXISTED SEE ABOVE (2) & (7) &c

(13) BRAMSCHER v HERMOSA BEACH POLICE DEPT 2020 US DIST LEXIS 150270; 2020 WL 4819270

* "KLAUSNER CITED SUPREME COURT'S 1994 PRONOUNCEMENT IN HECK v HUMPHREY BARRING SUITS IN DISTRICT COURT WHICH, IF SUCCESSFUL, WOULD UNDERMINE STATE COURT RESOLUTION OF CONTROVERSIES."

* * IN BRAMSCHER v HBPD THE ACTION WAS UNDER 42 USCS 1983 AND EXHAUSTION OF STATE REMEDIES IS NOT A PREREQUISITE TO AN ACTION UNDER §1983. HECK v HUMPHREY (1994) 512 US 477, 480 (QUOTING PATSY v BOARD OF REGENTS OF FLA (1982) 457 US 496, 501). FUCK YOU KLAUSNER!

△ SEE SCOTUS LOZMAN v CITY OF RIVIERA (2018) 138 S CT 1945.

COMPETENCY   CASE YA097929

π4379   π IS SELF-EVIDENT THAT IF I FILED PRO SE THE CASES π4378 (10,11) TO ADVOCATE I AM INNOCENT AT NO TIME WAS I "INCOMPETENT TO STAND TRIAL". GET IT?
(1530)

26 APRIL 22

## FACT: THE VIRGINIA STATE CONSTITUTION PROTECTS THE OPINION OF AMBER LAURA HEARD

π4380 HEY AMBER HEARD NERD YOUR "OPINION" IN THE NEWS THE WASHINGTON POST IN RE JOHNNY DEPP LAWSUIT IS A PRIVILEGED COMMUNICATION (TAYLOR V GRACE (1936) 166 VA 138, 144) PROTECTED UNDER USCA I & ARTICLE 1, §12 OF THE CONSTITUTION OF VIRGINIA (JARRET V GOLDMAN (2005) 67 VA CIR 361, 371-372) STATEMENTS OF OPINION ARE NOT ACTIONABLE (FUSTE V RIVERSIDE HEALTHCARE ASSOC., INC (2003) 265 VA 127, 132; GOLDMAN AT 372 (LISTING CASES)).

π4381 FURTHERMORE SINCE JOHNNY DEPP IS NOT MENTIONED AT ALL IN YOUR "OPINION" HE CANNOT ESTABLISH THE "OPINION" OF A FALSE AND DEFAMATORY STATEMENT OF FACT (JACKSON V HARTIG (2007) 274 VA 219, 227-228) WITH THE REQUISTE ACTUAL MALICE. ID AT 229 (CITATIONS).

π4382 HEY JOHNNY DEPP I GRANT YOU FORGIVENESS IN YOUR RELATIONSHIP CHAMPAGNE PROBLEMS BUT FOR DRAGGING AMBER HEARD NERD INTO COURT I WANT TOO SHARE WITH YOU, YOUR LAWYERS AND THE JUDGE MY OPINION:

# FUCK YOU!

π4383 SENATOR STEVEN BRADFORD DO YOU UNDERSTAND THE THE IMPORTANCE OF DEPP V HEARD? MISS AMBASSADRESS AMBER LAURA HEARD GAVE HER OPINION IN GOOD FAITH IN WHICH SHE FELT DUTY (LEGAL, MORAL, SOCIAL) TOO SHARE!

(1531)

26 APRIL 22

## MAISY STELLA ⟶ "♥"

¶4384 HEY SECRET MAISY STELLA THIS MORNING I AWOKE
FROM A DREAM WITH YOU AND MILLIE BOBBY BROWN!
I WANT TO BE HONEST WITH YOU AND LENNON THAT
WHEN IT COMES TO TAYLOR SWIFT I MUST FORGIVE 'ER
BUT I WILL NEVER FORGET WHAT SHE HAS DONE! HONESTLY,
I COULD NEVER EVER TRUST TAYLOR SWIFT WHO IS AN UNCLEAN
HAG NOT WORTH ANOTHER WORD. FUCKING TS1989 FAKE LIAR!

## CRIMINAL JUSTICE REFORM

¶4385 SENATOR STEVEN BRADFORD I MUST SHARE:
  (1) CASE YA097929 BY RAISING COMPETENCY (PC §1369 &o)
    THE COURT HELD ME FOR SUM SIX (6) MONTHS WITHOUT
    HOLDING THE PRELIMINARY HEARING TO ESTABLISH THE
    PROBABLE CAUSE. PC §859b; PC §872(b).
  (2) PLEASE INVESTIGATE CASE,
    IN RE CANADY 2020 57 CAL APP 5TH 1022
  (3) PLEASE INVESTIGATE CASE,
    IN RE FLORES 2022 CAL APP UNPUB LEXIS 908

## MIRANDA COSGROVE ⟶ ♥

¶4386 HEY MICO THIS PAST SATURDAY UNSTOPPABLE EPISODE
  YOU LOOK SOO HOT HOT BEYOND DOUBT MY FAVORITE
  DAY OF THE WEEKEVER SEEING YOUR BRIGHT SMILE
  REMINDS ME TO ENDURE ASWELL ENDEAVOR FOR FIVE (5)
  YEARS I HAVE HAD A "THING" 4U ⟦☹⟧!

(1532)

26 APRIL 22

¶4387 SENATOR INCLUDED IN YOUR ENVELOPE AND ALSO THE
    CALIFORNIA SUPREME COURT PLEASE FIND INCLUDED:
    (1) H.C. MC-275 S249188 (01 JUNE 18)
    (2) SUPPLEMENT H.C. S249188 (20 JULY 18)
    (3) ORDER S249188 DENIED POSTCARD (25 JULY 18)
    (4) H.C. MC-275 S253191 (24 DEC 18)
    (5) LETTER TO HBPD & LA CTY DDA (26 APRIL 20)
    (6) LETTER TO TAYLOR SWIFT (01 JUNE 20) ¶271 - ¶280
    (7) LETTER TO TAYLOR SWIFT (11 JUNE 20) ¶287 - ¶292
    (8) LETTER TO TAYLOR SWIFT (18 JUNE 20) ¶325 - ¶331
    (9) LETTER TO SCOOTER BRAUN & TAYLOR SWIFT (21 JUNE 20)
        ¶359 - ¶367
    (10) LETTER TO HB MAYOR MARY CAMPBELL (14 JULY 20)
        ¶413 - ¶416
    (11) LETTER TO HB MAYOR JUSTIN MASSEY & POLICE CHIEF
        PAUL LEBARON (4 MAY 21) ¶1846 - ¶1849
    (12) YA100278 DISCOVERY RECEIPT (27 JUNE 19)
    (13) C&MC AUDIO M4a FILES SCREEN-SHOT
    (14) WRIT OF MANDATE S262269 (18 MAY 20)
    (15) 9TH CIR 20-55887 (18 JULY 20)
    (16) 9TH CIR 21-16196 (20 SEPT 21)
    (17) CA2/3 PETITION(S) B315740
    ★ SEE @ PAGE 13 △ ¶34 "UPPER TERM" ¶35 ¶36 ¶37 ¶38 ¶39
¶4388 TO CONFIRM MY TRUE STORY PLEASE CONTACT:
    (1) DINO CAPALDI OWNER HB PAISANOS PIZZA & PASTA
    (2) MESSAGE MAX KION TV (SALINAS)
    (3) REPORTER MIKAEL WOOD L.A. TIMES
    (4) THE SACRAMENTO BEE
¶4389 IT'S LATE EVENING TUESDAY. I AM TOTALLY EXHAUSTED!
        (1533)

27 APRIL 22

## SB 567

¶4390 SENATOR STEVEN BRADFORD IN THE PAST EIGHT (8)
MONTHS ALONE I HAVE PETITIONED TO CORRECT THE
UNCONSTITUTIONAL UPPER TERM SENTENCE:
(1) CA2/3 B315740 ¶34 - ¶39 DENIED 30 NOV 21
* POSTCARD DENIAL IS UNCONSTITUTIONAL ¶4371 ¶4387 (14)
* * PROOF OF SERVICE TO B303019 JARED COLEMAN #224096
(2) THE SUPREME COURT OF CALIFORNIA DID UNCONSTITUTIONALLY
BAR BY PROCEDURE MY PETITION FOR REVIEW S272330/B315740
* SEE ¶4353 (10, 11, 13)
(3) 06 JAN 22 PETITION 22HC0000007 ¶43 & ¶44 DENIED
27 JAN 22 REVIEW/RECONSIDERATION DENIED 12 APRIL 22
(4) 23 JAN 22 PETITION SB 567 YA100270 ⟶ UNANSWERED
(5) 22 FEB 22 PETITION YA100270 DENIED 09 MARCH 22
* THIS DENIAL WAS THE MINUTE ORDER ONLY AS NO
OPINION WAS ISSUED WTFuck!

¶4391 IT IS BEYOND OBVIOUS THAT I, WILLIAM ROBERT BRANSCHER,
AM THE VICTIM OF OUTRAGEOUS GOVERNMENTAL CONDUCT!
SENATOR PLEASE CALLBACK ¶4356 "OUR AXIOM THAT VOTERS
ARE GENERALLY AWARE OF EXISTING LAW" (IN RE GADLIN
(2020) 10 CAL 5TH 915, 942) BUT PLEASE EXPLAIN TO
ME! CHIEF JUDGE CANTIL-SAKAUYE THE CONTINUED
PURPOSEFUL FAILURES OF STATE PROSECUTORS ASWELL
STATE JUDGES TO UPHOLD EXISTING LAW. REF. CASES
¶4385 (2) CANADY AND (3) FLORES.

¶4392 WE CLAIM TO BE A COUNTRY OF FREEDOM & JUSTICE
YET WE MAY CLAIM NEITHER IF BOTH ARE NOT FOUGHT
FOR WITH ZEALOUS ADORATION. *EIDIDIFY (BRYAN ADAMS)!
(1534)

27 APRIL 22

# REPUTATION

π4391 SENATOR I OWN A PERSONAL MANTRA,
HAVING SUFFERED A PREVARICATE REPUTATION I
LEARNED TO ABANDON SELF-GRASPING. NOW, IF
I DIE YESTERDAY, TODAY OR TOMORROW I SHALL
HAVE NO REGRETS. OM MANI PADME HUM.

π4392 IN ACCORD WITH π271 &c IN SHAKESPEARES' "OTHELLO"
IAGO SAYS TO OTHELLO ( MILKOVICH AT 12 π4365(1)),
"GOOD NAME IN MAN AND WOMAN, DEAR MY LORD,
IS THE IMMEDIATE JEWEL OF THEIR SOULS.
WHO STEALS MY PURSE STEALS TRASH;
'TIS SOMETHING, NOTHING;
'TWAS MINE, 'TIS HIS, AND HAS BEEN SLAVE TO THOUSANDS;
BUT HE THAT FUCHES FROM ME MY GOOD NAME
ROBS ME OF THAT WHICH NOT ENRICHES HIM,
AND MAKES ME POOR INDEED." ACT III, SCENE 3.

π4394 SENATOR I ♡ MUSIC SO I MUST SUGGEST ROCK TUNES
BAD REPUTATION I LOVE ROCK 'N ROLL (JOAN JETT &TB) ALSO
THIS MORNING PAYDAY BACK ON "2 APRIL 22" I WROTE
ON PAGE 1487 AN ODE FOR THE B-52's (π4238-π4240)
AND I HAVE ANXIOUSLY BEEN AWAITING ANY BAND
ANNOUNCEMENT(S) THIS VERY MORNING NBC "TODAY"
SEGMENT "POPSTART" CONFIRMS UPCOMING FAREWELL
TOUR ASWELL INWORKS DOCUMENTARY WITH AN SNL
CONNECTION LOVE SHACK MESOPOTAMIA PLANET CLAIRE
PRIVATE IDAHO ROAM ROCK LOBSTER STROBE LIGHT!

π4395 WOW WHATA "WHAMMY KISS (THE B-52's) π4240 A SIDE (2)
THANK YOU YOUR CONCERT AT MOUNTAIN VIEW EPIC FUN!

♡◊△        (1535)        ~B6G~

WILLIAM ROBERT BRAMSCHER

BK5521 LA2444

PO BOX 705

SOLEDAD, CA 93960-0785

MAY DAY

2022

S.O.S.

TO: SENATOR STEVEN BRADFORD

RE: SENATE BILL NO. 567 & ACTUAL INNOCENCE

CORE TERMS SB 567; WOBBLERS; SQUIRREL WHISPERER

π4396  ALOHA SIR THE PAST FEW DAYS HAVE BEEN EXTREMELY DEPRESSING MY FEELINGS OF HOPELESSNESS PLEASE HELP ME PLEASE HELP US! ARE YOU SHARING OUR STORY WITH THE CONSTITUENT ASSEMBLY?

CASE YA100270

π4397  PLEASE FIND ENCLOSED A FULL COPY THE MOTION TO THE TORRANCE SUPERIOR COURT (π4357) AS "RECEIVED" (01 FEB 22) ALONG WITH FORM 76R483 - SBD 017 (REV. 2/15) THAT DOES NOT INDICATE ANY ERR IN THE FILING. PLEASE HELP.

CASE B319859

π4398  IN RE B303019 PETITION SB 567 RETURNED FOR FAILING TO "SUBMIT PROOF OF SERVICE" AS BULLSHIT PLEASE FIND ENCLOSED PAPERWORK PROOF.

(1536)

01 MAY 22

# WOBBLERS

π4399  SENATOR YOUR RHETORIC SB 567 PLEASE APPLY
TO WOBBLERS CALI PC 17(b)(4,5) THE "CHOICE" OF
PROSECUTORIAL (b)(4) OR JUDICIAL (b)(5) "DISCRETION"
VIOLATES "EXISTING CASE LAW" AS "ANY FACT THAT
INCREASES THE PENALTY FOR A CRIME BEYOND THAT
PRESCRIBED STATUTORY DEFAULT MUST BE SUBMITTED
TO A JURY AND PROVED BEYOND A REASONABLE DOUBT."

# SQUIRREL WHISPERER

π4400  SENATOR STEVEN BRADFORD FOR THE FIRST TIME IN
THIS "OATH" I AM GOING TOO REVEAL MY SECRET
CONNECTION TO HERMOSA BEACH PLEASE FOLLOW ME:
(1) INVESTIGATE BUDDHA (AWAKENED) GOTAMA (SANSKRIT - GAUTAMA)
BAMBOO GROVE SQUIRREL SANCTUARY
(2) NOTICE PAGE 137 SALUTAYTION "BABY SQUIRREL!"
(3) π414 "RAIN-RETREATS"
(4) π80 "PLAQUE DEDICATED TO A SQUIRREL WHISPERER!
A CALLBACK TO BUDDHA ASWELL PHOTO(S) TAYLOR SWIFT
WITH SINGER LORDE CENTRAL PARK NEW YORK &c,"
(5) π3264 "THE BUDDHA IS THE HELMSMAN"
π4401  THE HERMOSA BEACH "PLAQUE" BELONGS TOO THE
SQUIRREL WHISPERER KAI WATANABE. THE TRUE MAGIC
IS THAT "WATANABE" MEANS "TO CROSS OVER A RIVER"
AS "FERRYMEN'S GUILD" ⟶ HELMSMAN (CAPTAIN).
π4402  SINCE 2017 I CALL TAYLOR SWIFT "SQUIRREL FACE" NOW
"SNEAKY BABY SQUIRREL" ⟶ TREACHEROUS BLANK SPACE!
♡⊕△    (1537)    ~B6B~

TAYLOR ALISON SWIFT:

BRAMSCHER BK5521
RB1024
PO BOX 705
SOLEDAD, CA
93960-0705

4 JUNE 20

π271   TABBY! "O, THERE BE PLAYERS THAT I HAVE SEEN PLAY" (HAMLET iii 2 32) "WHATEVER HARM A FOE MAY DO TO A FOE, OR A HATER TO ANOTHER HATER, A WRONGLY-DIRECTED MIND MAY DO ONE HARM FAR EXCEEDING THESE" (THE DHAMMAPADA #42) "YOUR STORY PUT HEAVINESS IN ME, - SHAKE IT OFF" (TEMPEST i 2 307)! SHAKESPEARE, TAY?

π272   I HAVE FULL CONFIDENCE YOUR POP (SCOTT) WILL SWIFTLY DELIVER FROM ME! TO "22" YOU... READY FOR IT? PLEASE SHARE WITH YOUR MUM (ANDREA) & AWESOME AUSTIN MY SINCERE SALUTAYTIONS & SUCH.

π273   DREAMS?   WELL MEMBER 1 MARCH 14 @ 4:00AM MST YOU TOLD ME "EVERYTHINGS GONNA BE ALRIGHT" AND I ONLY TOLD MOMMA GRAPE (DEC 13TH)! LAST THANKSGIVING I WOKE FROM A DREAM OF YOU, ON 31 DECEMBER (LOL) I DREAMPT OF RYAN REYNOLDS & DEADPOOL (ROFLMAO) & NEW YEAR'S DAY YOU (ME!) 1 JANUARY 2020 (20/20) SINCE THEN ONE DREAM BOTH LENNON (JULY 13) & MAISY (DEC 13) AND TWICE, NO SHITTING, HAIM INCLUDING 2 JUNE 20. NO DOUBT ALISON YOU ARE MY WILDEST DREAM! TOTALLY TAYLOR SUPER CEREAL.

π274   IN RE π271 "PLAYER" INFORM 3LW "PLAYAS GON' PLAY" EVERYTHING IS COPY & SIR FRANCIS BACON IS TRACE-ABLE THE CONTENT OWNER! HAPPY? I ENCLOSED A COPY π206-π232 (PAGES 82-91) FOR π1-π99 (PAGES 1-33) CALL MY AUNTIE JO-JO (JOANNE O'KEEFE 303.941.5690) FOR π100-π270 (BREATHE) (PAGES 34-101) BEST CONTACT IS BECKY LANG - DISCOVER MAGAZINE, 21027 CROSSROADS CIRCLE, WAUKESHA WI 53186.

(103)

LISTEN: "NAME" GOO GOO DOLLS

¶275  I AM INNOCENT TABBY. I AM INNOCENT. I AM AT TEARS. THIS EXPERIENCE, THIS SUFFERING — I MAY ONLY DEDICATE THE LONG-SUFFERING MERIT. I NEED YOU!

¶276  QUESTION: FROM "22" I GET AN EGYPTIAN VIBE ON A FEW LEVELS ESPECIALLY FROG-GODDESS HEQT. YET FORE-SHURE HATHOR GODDESS OF LOVE AND JOY (EF. NEW ROMANTICS), MUSIC AND DANCING SYMBOL A LADDER CELEBRATED SPECIFICALLY ON NEW YEAR'S DAY! COMPARE WITH HINDU GODDESS SARASWATI (EW!) CONSORT OF BRAHMA (CREATOR) IN RE KNOWLEDGE ("LIFE IS JUST A CLASSROOM" "NEW ROMANTICS") PICTURED WITH GUITAR & A SWAN! LOL. WANNA KNOW WHO I BELIEVE YOU ARE IN RE "22" PROVERB 22:1 (REPUTATION) AS SPOKEN "WHO IS TAYLOR SWIFT ANYWAYS?" ME!

¶277  THUS I HAVE HEARD BUDDHA SAKYAMUNI & BODHISATVA MAITREYA (AJITA) AN ARHAT DISCIPLE SUBHUTI PREDICTION ATTAINMENT BUDDHAHOOD "NAME AND MARK BUDDHA" IN RE "TRUTH OF EMPTINESS" (NO NAME, NO MARK). I WILL GUIDE YOU IF YOU WOULD LIKE? YOU NEED TO DESIRE (THIRST) REBIRTH AMIDA BUDDHA PURE LAND HIGHEST PERFECT KNOWLEDGE OBTAINING NONRETROGRESSION! SEE AMITABHA SUTRA IN RE SHARIPUTRA LAND OF UTMOST HAPPINESS &c.

¶278  END GAME & "LOVER" (TITUS 1:8) SEVEN PALM TREES COMPARE "LIVING OUT OF THE GAME" (LALITAVISTARA) BUDDHA SAKYAMUNI LEVITATES TO THE HEIGHT OF SEVEN PALM TREES!

¶279  HELP. HANNAH BATES COMEDY & MAGIC CLUB LIED (PERJURY) AT TRIAL. PLEASE CONTACT OFFER 100% IMMUNITY IF SHE TELLS THE TRUTH! GOOGLE 2:20-CV-04324-RGK-AS.

¶280  YOU, TAYLOR SWIFT, GUIDE ME! O CAPTAIN O...

FORTUNATE SIX:                                    5 JUNE 20

LISTEN: "BARELY-BREATHING" DUNCAN SHEIK

π281  PLEASE KNOW TAYLOR ALISON SWIFT IS NOW INCLUDED; TAY,
YOU KNOW, HOW MUCH YOU MEAN TO ME! FYI π271 - π279 PAGES
102-103 PRIVATELY SENT TO TS1989 (& FAMILY).

COMFORT FOOD

π282  SUM TWO-WEEKS AGO I DISCOVERED IN THE DICTIONARY (π286
"SNAPPY" MEANS "TO MOVE SWIFTLY AND SMARTLY" REF. TOO FOOD
CART "SNAPPY DOGS" WEST SANTA CRUZ (SEE FACEBOOK) SOLD IN
PARKING-LOT SANTA CRUZ MOUNTAIN BREWERY MY FAVORITE BEER
NAMED "SWIFT STREET AMBER ALE" SEE ALSO FAT TIRE (FORT
COLLINS, COLORADO) ALSO "TAYLOR DOGS" WATSONVILLE, TO ME,
THIS IS AUSPICIOUS ASWELL HELLA-FUNNY! AWESOME...

BILLY SUNDAY STYLE

π283  MY CELLMATE A RA B1 - 102001U OWNED ONE BOOK I
STARTED READING. 22 MAY 20 "AUTOBIOGRAPHY OF HERBERT W. ARMSTRONG
p66 "THE NIAGARA RIVER LESSON" (REF. π126 "FLOWING FAR AND SWIFT"
"DECEMBER 25, 1913" (SEE p122) MENTION "TITUSVILLE IN PENNSYLVANIA"
(TITUS 1:8 "LOVER") AS "NIAGARA RIVER IS VERY SWIFT" & "WAY OF
THE SWIFT ON-RUSHING WATERS" & "SWIFT RAPIDS OF THE RIVER"
p78-81 "CORONA" x4 p88 "RIG" (REF. π221(5)) p118 "CODGER"
(π228) p166 "AWESOME" p176 "THE FLU EPIDEMIC" WRITTEN "PEOPLE
WERE DYING ALL OVER THE NATION, AND ESPECIALLY IN THE LARGER
CITIES" & "PEOPLE... WEARING CLOTH MASKS OVER THEIR MOUTHS
AND NOSES TO PREVENT BREATHING A FLU GERM" ON p179
"ROUND AND ROUND" (RATT; CF "STYLE" TS5) p216 "FALSE GOD" (TS7)
p257 "HUMAN NATURE" MICHAEL JACKSON p260 "CLEAN" (TS1989)

p262 CHAPTER 18 "LEARNING WHETHER GOD ANSWERS PRAYERS" OF "UNANSWERED PRAYERS" GARTH BROOKS p271 "STRIPES" REF. 1 PETER 2:24 (SEE NKJV STUDY NOTE; WATCH: BILL MURRAY MOVIE).

π284 JUST NOTICING I PAUSED READING p372 ON THE 25TH AS ON TUESDAY FIRST VISIT TO LAW LIBRARY. INTERESTING INDEED IN RE DES MOINE (IOWA) LOMA DILLON NICKNAME "SHE-BANG" REF. "SHE BANGS" (RICKY MARTIN; WILLIAM HUNG ON "AMERICAN IDOL") DEFINED SLANG "A SITUATION OR ORGANIZATION".

## THE DALAI LAMA

π285 SEE π252 & π254 "THE WORLD OF TIBETAN BUDDHISM" p13 IN RE THE "ATTAINMENT OF ENLIGHTENMENT" THAT "IT IS CRUCIAL TO HARBOR NO ILLUSION OF A SWIFT AND EASY PATH." THE DALAI LAMA TENZIN GYATSO IS THE RECIPIENT OF THE 1989 NOBEL PRIZE FOR PEACE.

## HORIZONTAL ESCAPE

π286 MY SECOND VISIT LEGAL LIBRARY 2ND OF JUNE AUSPICIOUS "BEAMSCHER" (π243; "RIGHT(S) TO REDRESS I" π11) AS "BEAM" DEFINED AS "HORIZONTAL SUPPORT" &c "HORIZONTAL ESCAPE" BY THICH THIEN TAM "PURE LAND BUDDHISM IN THEORY AND PRACTICE" FIND "SWIFT" x9 "SWIFTER" p124 & "SWIFTLY" x28! ON PAGE 220 "A LOVER SOMETIMES HAS TO TRAVEL LONG DISTANCES AND ENDURE MANY HARDSHIPS JUST TO GET TO THE RENDEZVOUS" PAGE 272 "THERE IS NO GREATER SADNESS, NO GREATER TRAGEDY IN THE WORLD THAN THE SEPARATION OF DEATH.... THEREFORE, THOSE WHO ASPIRE TO BE OF BENEFIT TO THEMSELVES AND OTHERS SHOULD BE PREPARED AND READY FOR IT." CF. WITH TS6 "LOOK WHAT YOU MADE ME DO" & "DELICATE". SAMSARA: THE CONTINUITY OF EXISTENCE AS CYCLE OF EXISTENCE...

(.35)                    Y ~RLBA        2 JUNE 20

FORTUNATE 5.

19 JUNE 20

## JUSTICE MUST BE ADMINISTERED

¶ 332   OBSERVING DEUTERONOMY 16:18-22 vv 19-20 "YOU SHALL NOT PERVERT JUSTICE; YOU SHALL NOT SHOW PARTIALITY, NOR TAKE A BRIBE, FOR A BRIBE BLINDS THE EYES OF THE WISE AND TWISTS THE WORDS OF THE RIGHTEOUS. YOU SHALL FOLLOW WHAT IS ALTOGETHER JUST...." SEE NKJV STUDY NOTE 16:19 "JUSTICE IS THE QUALITY OF DEALING WITH PEOPLE FAIRLY. JUDGES PARTICULARLY WERE EXPECTED TO REFLECT GOD'S JUST NATURE (32:4) BY NOT DEALING WITH THE ACCUSED ON THE BASIS OF DISCRIMINATION, FALSE WITNESS, OR HEARSAY." REF PSALM 72:2 "HE WILL JUDGE YOUR PEOPLE WITH RIGHTEOUSNESS, AND YOUR POOR WITH JUSTICE." AS DEFINED (¶ 206) "JUSTICE" MEANS "FAIRNESS" OR "THE PRINCIPLE OF MORAL RIGHTNESS [STRONG'S #4941; CF. ¶ 303 "INADMISSABLE HEARSAY" SEE ALSO ¶ 53 & ¶ 146 "THE NOBLE EIGHTFOLD PATH"]; EQUITY."

## MAYOR MARY CAMPBELL

¶ 333   HERMOSA BEACH MAYOR MARY CAMPBELL HAS BEEN MAILED CV-25 WILLIAM ROBERT BRAMSCHER V. HERMOSA BEACH POLICE DEPARTMENT, ET AL ALSO YA100270 PRELIMINARY HEARING PAGES 27-34, 42, 43, 47, 48, 52, 53-56 & 58-64, 67, 71-73, 115-119 & 57 WITH HBPD #19-8001006 - CRIME/INCIDENT REPORT MICHAEL FROST #12155 LISTEN: "EXODUS (PRETTY LIGHTS REMIX)", "GET UP, STAND UP", "ONE LOVE / PEOPLE GET READY (PHOTEK REMIX)" (CF. "...READY FOR IT?") & "SUN IS SHINING" (CF. "DAYLIGHT") BOB MARLEY.

## TRANSCRIPT OF PROCEEDINGS

¶ 334   THE "REPORTER'S TRANSCRIPT OF PROCEEDINGS PRELIMINARY HEARING" TUESDAY 18 JUNE 2019 BY PAULETTE L. HODGKINS CSR #8942, RMR OFFICIAL REPORTER 23RD JUNE 2019.

(126)

π335  NO DOUBT THE ENTIRE TESTIMONY OF HERMOSA BEACH
COMEDY & MAGIC CLUB MANAGER JOHN CHRISTOPHER CUFF
IS HEARSAY (π332) CEC §1200(a) TOTALLY VOID VOE ANY
INDEPENDENT EVIDENCE OF A CHARGED CRIME (JURY INSTRUCTION #359)
THE PROSECUTIONS FOUNDATION OF THE CRIMINAL ACTION AGAINST
WILLIAM ROBERT BRAMSCHER PURSUANT GOV CODE §2650 UPON
"INFORMATION THAT SUCH OFFENSES HAVE BEEN COMMITTED"
IN YA100270 INITIALLY POLICE REPORT (SEE π333) ALSO AN
AFFIDAVIT FOR ARREST (GUY DOVE) A VERBATIM COPY SAID POLICE
REPORT. ADDITIONALLY, A SEARCH WARRANT AFFIDAVIT WAS
ALSO AUTHORIZED BY TORRANCE COURT.

π336  AS THE PROSECUTION DENIED THE EXISTANCE OF THE
AFFIDAVIT FOR ARREST (GUY DOVE) AT ARRAIGNMENT ASWELL
PRELIMINARY HEARING THE POLICE REPORT (SEE π333)
FULFILLS π335 "INFORMATION" BUT THE PROSECUTION FAILED
TO CALL AS A WITNESS ANY HERMOSA BEACH POLICE DEPARTMENT
OFFICER ALTHOUGH JAIME RAMERIZ WAS DESIGNATED BY
THE PROSECUTION AS THE CASE "INVESTIGATING OFFICER" (P3)
WHO AUTHORED THE SEARCH WARRANT AFFIDAVIT (π335) A
VERBATIM COPY SAID POLICE REPORT.

π337  AS THE READER THE SHOCKING DIFFERENCES BETWEEN THE
POLICE REPORT (SEE π333) ARE SELF-EVIDENT JOHN CHRISTOPHER CUFF
TESTIMONY. THE FOLLOWING POINTS HIGHLIGHTED.

(1) POLICE REPORT "[FRILOT] SPOKE TO THE RP (JOHN CUFF) WHO
    STATED THE FOLLOWING" WITH P32 L22 "WE FILED A POLICE
    REPORT" CF. DDA MS STOLLER P56 L26-27 "[CUFF] DOESN'T
    KNOW WHAT'S IN THE POLICE REPORT. IT'S IMPROPER
    IMPEACHMENT." REALLY? WTF! SEE P52 L6-12 &c.

(127)

(2) ON p31 L17 "SALT AND PEPPER" LISTEN: "I DESIRE", "LET'S TALK ABOUT SEX [TAYLOR SWIFT]", "R U READY" (CF. "READY FOR IT") "SHAKE YOUR THANG" (CF. "SHAKE IT OFF") "NONE OF YOUR BUSINESS", "PUSH IT" (CF. "PUSHING 2Ø" SABRINA CARPENTER π251 &c) & "WHATTA MAN" BY SALT-N-PEPPER WITH A "GOOD ENOUGH" (BOBBY BROWN) DASH OF "MONY MONY" (BILLY IDOL) AS "MATRIMONY" BEING "THE ACT OR STATE OF BEING MARRIED" WITH A "REBEL YELL" (BILLY IDOL)! SEE p47 L21-25.

(3) ON p43 L4 "WHO ARE THE OWNERS".

(4) ON p47 L6-9 &c "FALSE POLICE REPORT".

(5) ON p53 L10-16 "YOU CAN'T JUST SUBMIT A POLICE REPORT [SEE π333]. IT'S HEARSAY [SEE π335]." &c.

(6) ON p53 L28 "THERE'S RULES OF EVIDENCE."

(7) ON p55 L15 AS PRO SE INFORMA PAUPERIS HAS "THE OPTION TO SUBPOENA THAT OFFICER." CF. π336 "INVESTIGATING OFFICER".

(8) ON p59 L1 "TAYLOR SWIFT"! TAY, YOU KNOW THIS NEVEREVER HAPPENED #ICON8 &c. C&MC MANAGER JOHN CHRISTOPHER CUFF IS A LIAR. CUFF IS TOTALLY LAME! FUCKING IDIOT!

(9) ON p60 L6 "TAYLOR SWIFT --" SAMEAS π337(8).

(10) ON p62 L25-26 "BRAMSCHER IS THE VICTIM OF FIRST AMENDMENT RETALIATION BY HERMOSA BEACH POLICE DEPARTMENT" SEE π333 cv-25 &c.

(11) ON p71 L3-1Ø "MANAGER RICHARD" IN RE "DECLARATION UNDER PENALTY OF PERJURY RICHARD BARRETT" (4 MAY 2Ø).

(12) ON p73 L2-4 "THE COURT: PROP. 115 HEARSAY IS. THIS ISN'T A POLICE OFFICER. [CUFF] NOT QUALIFIED TO TESTIFY TO PROP. 115 HEARSAY." REF. WHITMAN v. SUPERIOR COURT, 1991, 54 CAL 3d 1063, 1991 CAL LEXIS 55Ø1.

(128)

(13) UPON THE LAST PAGE 57 L12-15: Q "SO THE POLICEMAN IS LYING?" MS. STOWER: "OBJECTION, YOUR HONOR, IMPROPER QUESTION." THE COURT: "THAT'S SUSTAINED," CITING PEOPLE V. JOHNIGAN, 2011, 196 CAL APP 4TH 1084. "IT IS SETLED THAT A CRIMINAL DEFENDANT CAN BE ASKED WHETHER PROSECUTION WITNESSES ARE LYING" (PEOPLE V. HAWTHORNE, 2009, 46 CAL 4TH 67) AND "SIMILARLY, CROSS-EXAMINATION ALONG THIS LINE SHOULD NOT BE CATEGORICALLY PROHIBITED." REF. CAL. CRIM NO 222.

## JAY LENO

π338   JAY LENO -- JOHN CHRISTOPHER CUFF MENTIONS YOU ON PAGE 58 L24-25. EVERYTHING CUFF TESTIFIES IS A LIE. HOSPITALITY? HELP ME PLEASE...

## KEVIN NEALON

π339   KEVIN NEALON -- BOTH CASES 2018 & 2019 YOUR INVOLVED SEE PAGE 59 L21-25. PLEASE HELP ME...

## SARAH SILVERMAN

π340   SARAH SILVERMAN -- YOU IZ WICKED FUNNY & WICKED PRETTY. ON PAGE 61 L5-13 CUFF LIES. I SNAPPED THE PHOTO 8 MARCH 18 AND MADE NO COMMENTS FOR WELL OVER A WEEK AFTER L10-11 "OWNERSHIP DECIDED THEY DID NOT WANT MR. BRAMSCHER TO ATTEND KEVIN NEALON." I AM CERTAIN (TOTALLY) YOU, JAY & KEVIN THE OWNERS π337(3). I AM INNOCENT TWICE SARAH ("EW!" LOL) PLEASE HELP...

## PAUL PRESTIA, ESQ                    E

π341   FORTUNATE 5 PLEASE CONTACT NEW YORK ATTORNEY PAUL PRESTIA ON MY BEHALF. PAUL WAS CIVIL ATTORNEY FOR MY FRIEND KALIEF BROWDER (65 BROADWAY, STE 7 - 10006)

## CRIMINAL JUSTICE REFORM

π 342  CONTINUING ππ 301 - 309 A CORRECTION AS MIS-STATED UPON π 309 "HOW IS IT POSSIBLE FOR 22 FUCKING YEARS NON-GANG MEMBERS CHARGED 'TERRORIST THREATS'" AS THIS STEP ACT IS NOW 32 (REF: π 221(1)) YEARS CALIFORNIA LAW YET SINCE 2000 NOW 20 YEARS A THREE STRIKES FELONY, 32 YEARS....

π 343  AS PROMISED, ALSO π 309, I SECURED A PRINTED COPY OF PRUNTY (SEE ππ 305 - 307) YOU-GOTTA LISTEN: "UMBRELLA" RiRi (RIHANNA) AS IN CASES APPLYING THE STEP ACT THE PROSECUTION MUST DO MORE THAN ALLEGE THE EXISTENCE OF "A BROADER UMBRELLA GANG" (CONC. & DIS. OPN. OF CORRIGAN, J., POST, AT P. 91)(REF. "UMBRELLA" π 323; REF. "91" π 123).

π 344  IN RE "NOSCITUR A SOCIIS" (π 307) CANON OF CONSTRUCTION IMPLIES THAT A WORD LITERALLY IS KNOWN BY ITS ASSOCIATES CF. π 194 "TRANSITIVE PROPERTY MATHMATICS" WHEREAS IF PENAL CODE §422(a) TERRORIST THREATS WAS CREATED WITHIN THE STEP ACT REQUIRING THE EXISTENCE OF A "CRIMINAL STREET GANG" THEN A CONVICTION PC §422(a) REQUIRES EVIDENCE OF DEFENDANT'S PARTICIPATION "CRIMINAL STREET GANG" IN THE WORDS OF JUSTICE CANTIL-SAKAUYE, C.J., CONCURRING AND DISSENTING "FOR THE BENEFIT OF, AT THE DIRECTION OF, OR IN ASSOCIATION WITH ANY CRIMINAL STREET GANG, WITH THE SPECIFIC INTENT TO PROMOTE, FURTHER, OR ASSIST IN ANY CRIMINAL CONDUCT BY GANG MEMBERS" (§186.22(b)(1)).

π 345  AS ADJUDICATED FACT(S) BOTH YA097929 & YA180270 BRAMSCHER ALLEGEDLY ACTED ALONE (SEE π 302) SEE FOOTNOTES CA(3) "STEP ACT'S LANGUAGE". NO DOUBT THE EVIDENCE BOTH YA097929 & YA180270 INSUFFICIENT TO QUALIFY BRAMSCHER PC §422(a) TERRORIST THREATS PROSECUTION NOR CONVICTION.

(130)

¶346  REMEMBERING JUDGE BERSHON ¶337(12) "PROP. 115" ON 15 JUNE 2∅ DISCOVERED LEXIS NEXIS WHITMAN V. SUPERIOR COURT, 1991, 54 CAL 3d 1∅63, 82∅ P.2d 262, 1991 CAL. LEXIS 55∅1. CITING SUPREME COURT OF CALIFORNIA JUSTICE KENNARD, J., CONCURRING AND DISSENTING PURPOSE PROP. 115 TO CREATE "A SYSTEM IN WHICH JUSTICE IS SWIFT AND FAIR" (PROP. 115, § 1, SUBD. (c), PRIMARY ELEC. (JUNE 5, 199∅) [STATS. 199∅, No. 1 DEERING'S ADV. LEGIS. SERVICE, p. 265]). TAYLOR ALISON SWIFT . . .

¶347  FIRST THINGS FIRST (REF. #13 KURT WARNER) PROPOSITION 115, PC §§ 866(a), 872(b)("HEARSAY STATEMENTS RELATED BY A POLICE OFFICER") & CAL. EVID. CODE §12∅3.1 ARE TOTALLY UNCONSTITUTIONAL BASED UPON THE LANGUAGE PC §872(b) PRELIMINARY HEARINGS BOTH YA∅97929 & YA1∅∅27∅ PROSECUTION ONLY WITNESS C&MC MANAGER JOHN CHRISTOPHER CUFF 1∅∅% HEARSAY IT APPEARS DUE PROCESS REQUIRES TESTIMONY OF THE INVESTIGATING OFFICER (E.G. YA1∅∅27∅ MICHAEL FRILOT) AT PRELIMINARY HEARING & TRIAL. SEE ¶¶335 & ¶336; CRIMINAL LAW §138; CAL CONST., ART 1, §3∅(b); CF. "1. TESTIMONY OF NONINVESTIGATING OFFICERS OR "READERS'" CA(2), HN6. POLICE OFFICERS ARE "DECLARANTS" PC §872 REF. CAL. CONST. ART 1 §15 (CONFRONTATION CLAUSE). CLEARLY PC §866(a) VIOLATES EQUAL PROTECTION (¶173) "MAGISTRATE DISCRETION" AS JUDGES MAY SIMPLY NOT BE TRUSTED AS PROOF YA∅97929 & YA1∅∅27∅ SEE ALSO STANFORD RAPE CASE & BOULDER RAPE CASE &c. SEE SCOTUS CRAWFORD V. WASHINGTON, 2∅∅4, 541 U.S. 36, 51 (ALL WHO "BEAR TESTIMONY" AGAINST THE ACCUSED ("FOURTH PETITION TO CORRECT ILLEGAL SENTENCE")). THIS PRELIMINARY HEARING EXCEPTION FOR HEARSAY DECLARANTS CAL. EVID. CODE §12∅3.1 DOES NOT APPLY TRIAL YA1∅∅27∅ SAID CONVICTION UNCONSTITUTIONAL & VOID!

(131)

¶ 348  IN WHITMAN KENNARD (¶346) SEE "SWIFT AND FAIR" & "PROBABLE CAUSE MAY BE BASED IN WHOLE OR IN PART UPON THE SWORN TESTIMONY OF A LAW ENFORCEMENT OFFICER RELATING THE STATEMENTS OF DECLARANTS MADE OUT OF COURT OFFERED FOR THE TRUTH OF THE MATTER ASSERTED" & "ATTENDANCE AT COURT IS AN OCCUPATIONAL HAZARD OF A CAREER IN LAW ENFORCEMENT" (E.G. YA100270 MICHAEL FRILOT) & "PROTECTION OF PRIVATE CITIZENS RATHER THAN POLICE OFFICER WITNESSES" & "MIRE THE CRIMINAL JUSTICE SYSTEM IN CONFUSION" & "VAGUE TEST" & "VAGUE AND CONFUSING TEST" & "A WORKABLE 'BRIGHT LINE' RULE FOR HEARSAY EVIDENCE AT PRELIMINARY HEARINGS". THANK YOU JUSTICE KENNARD!

¶ 349  PROPOSITION 115 "SWIFT AND FAIR" WAS ENTITLED THE "CRIME VICTIMS JUSTICE REFORM ACT" THE RETROACTIVE APPLICATION OF PROP. 115 CLEAR VIOLATION "EX POST FACTO" DOCTRINE REF. ¶301(5)(I) & IN RE PC §1192.7 (c)(38) VIOLATES THE SINGLE-SUBJECT AND REVISION PROVISIONS (ART. II, §8(d) & ART XVIII) OF THE CALIFORNIA CONSTITUTION.

¶ 350  BOTTOMLINE BOTH YA097929 & YA100270 THE PROSECUTION FAILED TO OFFER ANY "TESTIFYING OFFICER" & POLICE REPORT RULED AS INADMISSABLE HEARSAY NO CONTROVERSY (PRINCE) EXISTED! PROP. 115 VIOLATES DUE PROCESS VOIDING THE ADVERSARIAL PROCESS.

## HOSPITALITY II

¶ 351  BUILDING UPON ¶¶129-131, 238-242 TRAVELLERS AVOIDED, AS I HAVE HEARD, SODOM, GOMORRAH, ADMAH & ZEBOIIM. NOT ONLY DID SAID INHABITANTS ROB AND BRUTALIZE ALL STRANGERS THE RESPECTIVE JUDGES SHAKKARA (LIAR), SHAKRURA (ARCH-DECEIVER), KAZBAN (FALSIFIER) AND MAZLE-DIN (PERVERTER OF JUDGEMENT) DISPENSED RULINGS WHOLLY CONTRADICTORY ¶332. FOR SODOM AND GOMORRAH SEE GENESIS 18:16-19:38. FOR "JUSTICE" SEE ¶ 332,

GEN 18:19; JOB 36:6; PS 82:3; 103:6; IS 61:8; DAN 4:37; HOS 12:6;
ZECH 7:9; MATT 12:18 &c. ANGELS OF MERCY (CF. SWIFTNESS OF
LIGHTNING) MICHAEL & GABRIEL DESCENDED UPON SODOM ALONG
WITH THE SHEKINAH IN RESPONSE TO LAWS TO ABUSE ALL
STRANGERS. SEE DEUT 29:23; JER 50:40; AMOS 4:11; MATT 10:15; MARK 6:11 &c.
HOW YA LIKE THEM APPLES? WATCH: "GOODWILL HUNTING".

### ANDREA & SCOTT SWIFT

π352  ENCLOSED #19-1006 SUPPLEMENT "ASSISTING NARRATIVE"
DEAN DARKOW #10150 "TAYLOR SWIFT'S PARENTS ARE KILLED"
IS A MISREPRESENTATION OF MY POLITICAL MESSAGE(S) TO
SEEK REDRESS (UNITED STATES v POPA [CF. "CHIEF PAPA"], DC CIR
1999, 187 F.3d 672) ASWELL ANNOY (UNITED STATES v TOBIN,
1ST CIR 2009, 552 F.3d 29) THE HERMOSA BEACH POLICE DEPARTMENT.
I AM SORRY YOUR INVOLVED WITHIN AN EXPLAINATION OF
"KARMA." π123 TAYLOR SWIFT  VOGUE 73? &c. ☮♡ ~BbB~

### PURGATORIO

π353  CONTINUING πππ 315-318 AS "PURGATORY" DEFINED "A TEMPORARY
STATE IN WHICH THE SOULS OF THOSE WHO HAVE DIED IN GRACE
MUST EXPIATE THEIR SINS" (SUFFERING, EXPIATION, REMORSE) CF.
"BARDO TÖDROL CHENMO" ("TIBETAN BOOK OF THE DEAD") REF.
MILAREPA, "MY RELIGION IS TO LIVE — AND DIE — WITHOUT REGRET."
π354  WITHIN CANTO I "WHO ARE YOU?", "THE SUN, WHICH IS
RISING, WILL DIRECT YOU" ("DAYLIGHT"), CANTO II "A LIGHT
ALONG THE SEA SO SWIFTLY COMING", "FANNING" (SES πππ 172,
173, 253 ELLE FANNING); "THE BIRD DIVINE" (JER 8:7 "SWIFT"),
"VERY SWIFT AND LIGHT", "CELESTIAL PILOT" (STRONG'S #747),
"DEPARTED SWIFTLY AS HE CAME", "WHO BEARS THE OLIVE" (REF.
π34 "SOME OLIVE BRANCHES"; π242), "SONG OF LOVE" & "DOVES",
(133)

CANTO IV "SWIFT PINIONS AND THE PLUMES", "SMITTEN". CANTO V "SAW I NE'ER SO SWIFTLY", "CLOUDS OF AUGUST" & "BREATHE". CANTO VI "GERMAN", "LAMENTING". CANTO VII "WHO ARE YOU?" "SCARLET", "CORD" (SEE π 318). CANTO VIII "EVE THE BITTER FOOD" (π 242 &c). CANTO IX "NAKED SWORD", "AND BEGAN THE COURTEOUS JANITOR" (π 251-π 256 &c). CANTO X "NEEDLE'S EYE" (π 317), "ANGELIC BUTTERFLY" (ππ 123, 267 & 312). CANTO XI "ROUND AND ROUND" (RATT; cf. "STYLE"), "WHICH IS IN PARIS CALLE ILLUMINATING?" (cf. π 224; "LOVER"), "REPUTATION". CANTO XII "SMITTEN", "NIMROD" (π 318 - π 321), "THAT TOMYRIS WROUGHT, WHEN SHE TO CYRUS SAID" (π 178), "TREMULOUS MORNING-STAR" (π 267 - π 269). CANTO XIII "O THOU SWEET LIGHT!" (cf. "DAYLIGHT"), "GRACE SPEEDILY" (cf. "STATE OF GRACE"), "RIVER OF THE MIND" (π 126 "FLOWING FAR AND SWIFT"; LISTEN "THE RIVER" GARTH BROOKS), "BLACKBIRD AT THE LITTLE SUNSHINE" (PAUL McCARTNEY), "DIANA" (π 219). π 355 WITH CANTO XV "DAWN OF DAY", "SMITTEN", "SIGHT WAS SWIFT TO FLEE", "INEFFABLE", "BOW DOWN". CANTO XVI "FOLLOW ME", "UNBENT HIS BOW" ("THE ARCHER"), "GAIA" (π 190 &c), "BEHOLD THE DAWN" ("DAYLIGHT"). CANTO XVII "THY IMAGINATION WILL BE SWIFT", "CHANGED HER FORM INTO THE BIRD [JER 8:7 "SWIFT"] THAT MOST DELIGHTS IN SINGING", "FANNING IN THE FACE" (π 112 ELLE FANNING; SEE π 354). CANTO XVIII "BELOVED" (SONG OF SONGS; π 221(1)), "HONEY" (π 312), "REVERIE" x 2. CANTO XIX "I AM THE SIREN SWEET" ("ME!"), "WITH OPEN WINGS [ππ 123, 267, 312 & 354], WHICH OF A SWAN APPEARED". CANTO XX "FEAR NOT [ "FEARLESS"], WHILE I AM GUIDING [π 216 & π 277] THEE [ "ME!"]. CANTO XXII "I FOLLOWED UPWARD THE SWIFT-FOOTED SPIRITS", "HONEY" (π 312). CANTO XXIII "SWIFTER MOTION", "SHAMELESS" (GARTH BROOKS), "SWIFT HEAVEN"!
(134)

CANTO XXIV "STYLE" x2, "BREATHE". CANTO XXV "BREATHE", "DIANA" (π219 & π354), "VENUS" (π218 & π248). CANTO XXVI "WHO ARE YOU".

π356 WITH CANTO XXVII "THE GOATS, WHO HAVE BEEN SWIFT AND VENTURESOME" (SEE π283 p66 "GOAT ISLAND") (cf. π167 "VENTUROUS"). CANTO XXIX "SLOW OR SWIFT". CANTO XXXI "BOWSTRING AND THE BOW" & "ARROW HITS THE MARK" ("THE ARCHER"), "FOLLOW ME". CANTO XXXII "SMITTEN", "ARROW LOOSENED FROM THE STRING", "SWIFT A MOTION", "THE BIRD [JER 8:7 "SWIFT"] OF JOVE", "SWIFT A FLIGHT", "A SHAMELESS [GARTH BROOKS] WHORE [LOL], WITH EYES SWIFT GLANCING ROUND". CANTO XXXIII "MADONNA" (LISTEN: "CRAZY FOR YOU [TAYLOR SWIFT]", "DRESS YOU UP", "EXPRESS YOURSELF" "INTO THE GROVE" & "JUSTIFY MY LOVE"), "NAKED", "O LIGHT, O GLORY OF THE HUMAN RACE!" ("DAYLIGHT") END # # #.

## Janitorial Supervisor

π357 IN RE "WILDEST DREAMS" (π273) I AWOKE MONDAY 8 JUNE A FLIRTACIOUS LENNON STELLA! ON 13 (SATURDAY) JUNE LILY-ROSE MELODY DEPP (ππ 108, 179, 248) ESCORTED BY MUM VANESSA PARADISE (π253). HOLY ROSE SPOKE UNTO ME THAT SHE HAD A PUPPY (DOG → GOD; SEE π138 "HANG-DOG" & π282 "SNAPPY" ALSO "TAYLOR"; REF. BUDDHA MAITREYA π395 & ASANGA) ASKING THE PUPS' NAME LILY-ROSE STATED "JERUSALEM" STRONG'S #3389 (NKJV p476) as "PEACE" (REF. PS 122:6; PS 2:6 "HOLY HILL OF ZION"; NKJV p2060 "NEW JERUSALEM" STRONG'S #2419; 2537). SHALOM! π358 SELF-GRASPING EFFECT SELF-CHERISHING. LISTEN: "CHERISH" KOOL & THE GANG AND MADONNA. CF "FALSE GOD" ππ 241, 319-321. DEVELOPE LOVING KINDNESS, JOY, COMPASSION & EQUANIMITY FOR ALL...

HAPPY FATHERS' DAY / ☺ ♡    (135)    ~NbbN~ #BKS521    21 JUNE 20

TAYLOR ALISON SWIFT (TABBY) SCOOTER BRAUN & 24 JUNE 20
PEOPLE MAGAZINE:

¶357 DUE TO EXTREMELY LIMITED SUPPLIES (TO DONATE STAMPS & ENVELOPS &c SEE TITLE 15 §3134) THIS AND FUTURE MAILINGS SHALL BE LIMITED (SADLY) IN AUDIENCE. PREVIOUS ¶325 - ¶331 & ¶363 - ¶367 SENT ONLY TO TS1989 (& FAMILY) AND ¶357 - ¶362 SENT TO TS1989 (& FAMILY) ASWELL SCOOTER BRAUN PROJECTS.

                    SLAVE (SCLAVONIAN)

¶360 THESE UNITED STATES (?) ARE ON FIRE FUELED BY RAGE & HATRED OUR SHARED HISTORY ANTEBELLUM "SLAVERY" OUR LIBERTY BELL RINGING "WE DIDN'T START THE FIRE" (BILLY JOEL). INVESTIGATION OF THE HEBREW BIBLE (THE OLD TESTAMENT TEXT), HOWEVER, SHEDS LIGHT UPON THIS TRUTH OF DOGMATIC APPROVAL OF "SLAVERY" AS CHRISTIANS WOULD BELIEVE FROM THE BEGINNING OF TIME.

¶361 THE NKJV STUDY BIBLE PAGE 1934 "WORD STUDY" STRONG'S #1401 "SLAVE" (GK DOULOS) WITH PURPOSEFUL NEGLIGENCE FAILS TO REFERENCE THE OLD TESTAMENT REPORTING ONLY "THE NT DOES NOT ENDORSE SLAVERY, NOR DOES IT PROMOTE A POLITICAL [OR SOCIAL] CRUSADE AGAINST IT". IS NOT SILENCE UPON THE ULTIMATE ISSUE "SLAVERY" ACQUIESCE & COMPLIANCE? REF. JOHN 13:16 "A SERVANT ["SLAVE"] IS NOT GREATER THAN HIS MASTER"; NKJV PAGE 1942 "CULTURAL NOTE" AS "PAUL AND SLAVERY" WHEREAS "PAUL DID NOT APPROVE OF SLAVERY, BUT HE ALSO DID NOT CONDEMN IT" PHILEMON 16 &c; REVELATION 6:15 "EVERY SLAVE"; 13:16 "FREE AND SLAVE". CERTAINLY COMMON-SENSE DICTATES THE NT ADVOCACY OF "SLAVERY" EXAMINATION OF THE OT REVEALS THE FOUNDATION. REF. "CHATTEL" AS "SLAVE, BONDMAN" OF "WAGE-SLAVE" SEE ALSO "FAG, PEON, TOILER, WORKER".

¶362 FIND "SLAVE" OR "SLAVERY" OT GENESIS 37:12-36 "JOSEPH SOLD BY HIS BROTHERS" & 37:1-3 "JOSEPH A SLAVE IN EGYPT"

(136)

& EXODUS 21:1-11 "THE LAW CONCERNING SERVANTS" AS WELL
LEVITICUS 25:39-55 "THE LAW CONCERNING SLAVERY" &c.
SLAVERY, NO DOUBT, BORNE OF HEBREW INSTITUTIONS TO INCLUDE
(1) PARENTS SELLING THEIR DAUGHTERS AS CONCUBINES, EX 21:7-11
CF. "CONCUPISCENCE" AS "SEXUAL DESIRE; LUST" SEE π 320
(2) SOLD AS A SLAVE, EX 22:3 REF. MATTHEW 18:25 "HE BE
SOLD, WITH HIS WIFE AND CHILDREN" A FORM OF RESTITUTION, &
(3) BY POVERTY, LEV 25:39. THE ABOVE IS HOW HEBREW TREATED
HEBREW! NO DOUBT THESE "LAWS" MIRRORED WITHIN ALL
SOCIETIES IN HISTORY INCLUDING AFRICA.

π 363 NON-HEBREW "SLAVES" COULD BE PURCHASED LEV 25:44-45
"AND AS FOR YOUR MALE AND FEMALE SLAVES WHOM YOU MAY
HAVE — FROM THE NATIONS THAT ARE AROUND YOU, FROM
THEM YOU MAY BUY MALE AND FEMALE SLAVES. MOREOVER
YOU MAY BUY THE CHILDREN OF THE STRANGERS... THEY
SHALL BECOME YOUR PROPERTY." NON-HEBREW "SLAVES"
ALSO CAPTURED IN WAR EXAMPLE NUM 31:26 & 40. NO DOUBT
THESE "POLICIES" MIRRORED WITHIN ALL SOCIETIES IN HISTORY
INCLUDING AFRICA.

π 364 WITH π 360 - π 363 REFLECTING JEWISH LEGENDS
SHOULD NOT THIS "RAGE" & "HATRED" (π 360) BE DIRECTED AT
ORGANIZED RELIGION WHOS' TEXTS NO DOUBT PROMOTED &
SUPPORTED "SLAVES" & "SLAVERY"? THE DANGER OF ERASING
WORLD HISTORY (CAUSE) RESULTS IN REPETITION (EFFECT).

π 365 MIRRORING π 267 "LONE TREE" CF. "LONE PINE" IN
CALIFORNIA TODAY'S EARTHQUAKE (5.8; 22 JUNE 4.6) AS GODS'
WRATH JUDG 5:4; 2SAM 22:8, PS. 77:18; 97:4; 104:32; AM 8:8,
HAB 3:10, SEE ALSO JULY 4TH & 5TH 2019 π52 - π 54 REF.
DIGHA NIKAYA ii 107 CF. ACTS 16:25 & v26 "A GREAT
EARTHQUAKE,... FOUNDATIONS OF THE PRISON WERE SHAKEN".

(17)

¶366  DID YOU KNOW THE "EAGLE" REFERENCED IN SCRIPTURE IS THE GRIFFIN ("A FABULOUS BEAST WITH THE HEAD AND WINGS OF AN EAGLE AND THE BODY OF A LION") VULTURE ("CARRION-EATING BIRDS", "CARRION" AS "DEAD AND DECAYING FLESH"). REF ¶132 "CONSUMED BY VULTURE A PROCESS OF CAUSATION & EFFECTUATION". DID YOU KNOW "MATRIX" MEANS "MOTHER" AS "THE WOMB" EXODUS 13:12-15, REF ¶215.

## LONE PINE

¶367  INVESTIGATING ¶365 "LONE PINE" REF. ¶136 AS "LONESOME LOSER" (LITTLE RIVER BAND; SEE ¶126 "FLOWING FAR AND SWIFT") & ¶146 "SUN AGE" (SOLEDAD) & ¶170 "SOLE DAD" (AS SINGLE FATHER) & ¶171 "SPRING OF THE ARROW" ("THE ARCHER") "LONE" IS DEFINED (¶386) AS "SOLITARY; A LONE TREE" (REF. COLORADO; CF. BODHI TREE AS "FICUS RELIGIOSUS" IN RE "SAMBODHI" AS "AWAKENING") WHEREAS "PINE" AS "TO FEEL LONGING; YEARN" (CF. SELF-GRASPING "ME!" AS "THIRSTY" IN RE "LOVER" TS7) OR "TO WITHER AWAY FROM LONGING OR GRIEF. [< GK. POINE, PUNISHMENT.]" REF. LEV 26:37 AS "WASTE AWAY" SEE v36 "SHAKEN LEAF" REF. EZEK 24:23 "PINE AWAY IN YOUR INIQUITIES AND MOURN WITH ONE ANOTHER" FOLLOW EZEK 33:10 "AND WE PINE [WASTE AWAY] AWAY". A "PINE TREE" AS FOUND ISA 41:19 & 60:13.

¶368  A CALLBACK ¶384 LAMENTATIONS CHAPTER 4 AS v3 "OSTRICHES [ "SWIFT-RUNNING FLIGHTLESS BIRD"; JER 8:7 "SWIFT"] IN THE WILDERNESS [ "OUT OF THE WOODS" ALSO "SAFE & SOUND"]" v4 "THIRST" (SEE ¶367) v6 "WITH NO HAND TO HELP HER" (REF. "HOSPITALITY"; LISTEN: "SILENT LUCIDITY" QUEENSRYCHE & "I WANT TO HOLD YOUR HAND" THE BEATLES & "HOLD MY HAND" HOOTIE & THE BLOWFISH; WATCH: "GRANDMA'S BOY") v9 "FOR THESE PINE AWAY" v19 "OUR ANSWERS WERE SWIFTER [DEUT. 28:49] THAN THE EAGLES [¶366] OF THE HEAVENS" &c.

π 369 INVESTIGATE ALSO "PINEAL GLAND" AS "A SMALL, CONE-SHAPED ORGAN IN THE BRAIN OF MOST VERTEBRATES [BACKBONE OR SPINAL COLUMN] WHOSE FUNCTION IN MAMMALS IS UNCLEAR" REF. ARTIST THIRD EYE BLIND "GRADUATE" & "JUMPER" & "HOW'S IT GOING TO BE" & "SEMI-CHARMED LIFE" (π 221 (5)) & "I WANT YOU [TAYLOR SWIFT]" (REF. "I NEED YOU" BY TAYLOR SWIFT & "LOVER" TS7). SEE ALSO "PINEAPPLE" WITH ARTIST THE B-52's "STROBE LIGHT" & "LOVE SHACK". SEE ALSO "CHAKRAS" OR "ENERGY CENTERS" REALIZATION LUMINOSITY AS "CLEAR LIGHT" ("DAYLIGHT") AS WHITE ESSENCE THE CROWN ("PINEAL GLAND") OF THE HEAD REF. "AWAKENING" (π 367). SEE ALSO PSALM 36:9 "FOR WITH YOU IS THE FOUNTAIN OF LIFE; IN YOUR LIGHT WE SEE LIGHT" (π 369) REF. SERBIAN-BORN AMERICAN ENGINEER AND PHYSICIST NIKOLA TESLA (1856-1943) LOCATION THE INTEGRATRON (LANDERS, CALI) REF. TOO SUSIE TAYLOR (GOD DAUGHTER TIMOTHY LEARY; ZACH LEARY). LISTEN: "LOVE SONG" & "EDISON'S MEDICINE" & "THE WAY IT IS" (CF. 2PAC "CHANGES") & "GAMES PEOPLE PLAY" (CF. "BLANK SPACE" & "SHAKE IT OFF" TAYLOR SWIFT) & "CALL IT WHAT YOU WANT" (CF. TS6) ARTIST TESLA.

π 370 REFERENCING CARMEL (FRUITFUL; LOCATED SEVEN MILES SOUTH OF HEBRON 1 SAM 15:12; "ELIJAH'S MOUNT CARMEL VICTORY" 1 KIN 18:19-46) BY THE SEA (V42 "BOWED DOWN" CF. "LOVER" ALBUM ART TS7; V43 "GO UP NOW, LOOK TOWARD THE SEA") WHOLEHEARTEDLY SUPPORTING THE OHLONE NATIVE AMERICANS THE FATHER SERRA STATUE NO DOUBT REPRESENTS THE SYSTEMATIC GENOCIDE OF AMERICAN NATIVES IN RE MONTEREY BAY & SANTA CRUZ PERPETRATED BY SPANISH CATHOLIC MISSIONARIES DESERVING SWIFT REMOVAL FROM PUBLIC PROPERTY. REF. JOSHUA 6:21 "UTTERLY DESTROYED.. BOTH MAN AND WOMAN, YOUNG AND OLD" IN JERICHO (FRAGRANCE; π 98; LADONNA HARRIS).

TAYLOR SWIFT PRODUCTIONS

¶371 WORTH FURTHER INVESTIGATION THIS WORD "SWIFT" AS "MOVING OR CAPABLE OF MOVING WITH GREAT SPEED; FAST" OR "SMALL DARK BIRDS ... AND DARTING FLIGHT" (JER 8:7) AND VARIANTS "SWIFTER" "SWIFTLY" "SWIFTNESS" &C AS REPORTED ¶94 APPEARING ×32 THE NKJV (SEE ¶221(1)).

¶372 TAYLOR ALISON SWIFT "SHALL I COMPARE THEE TO A SUMMER'S DAY? THOU ART MORE LOVELY AND MORE TEMPERATE. ROUGH WINDS DO SHAKE ["SHAKE IT OFF"] THE DARLING BUDS OF MAY AND SUMMER'S LEASE HATH ALL TOO SHORT A DATE ["CRUEL SUMMER"] SOMETIME TOO HOT THE EYE OF HEAVEN SHINES ["DAYLIGHT"] AND OFTEN IS HIS GOLD COMPLEXION DIMM'D EVERY FAIR FROM SOMETIME DECLINES, BY CHANCE OR NATURE'S CHANGING COURSE UNTRIMM'D. BUT THY ETERNAL SUMMER SHALL NOT FADE NOR LOSE POSSESSION OF THAT FAIR THOU OWEST NOR SHALL DEATH BRAG THOU WANDER'ST IN HIS SHADE ["LOOK WHAT YOU MADE ME DO" & "DELICATE"] WHEN IN ETERNAL LINES TO TIME GROWEST. SO LONG AS MEN CAN BREATHE OR EYES CAN SEE, SO LONG LIVES THIS AND THIS GIVES LIFE TO THEE ["LOVE STORY"].

¶373 WILLIAM SHAKESPEARS "WORD RUNS VERY SWIFTLY" (PS. 147:15) CF. PSALM 45 "THE GLORIES OF THE MESSIAH AND HIS BRIDE" SET TO SHOSHANNIM (LILIES) AS A SONG OF LOVE MELODY V1 "MY TONGUE IS THE PEN OF A READY [". READY FOR IT?"] WRITER [CF. SCRIBE AS "EXPOUNDERS OF THE LAW" E.G. MATT 23:2 NOTE "THE SCRIBES WERE OFFICIAL COPIERS OF THE OT SCRIPTURES AND WERE ALSO TEACHERS OF THE LAW (7:23; 8:19)."] REF TO DABRIA "A SWIFT SCRIBE" (2 ESDR. 14:24), ECANUS "A SWIFT SCRIBE" (IBID) & SAREA "A SWIFT SCRIBE". VERSE 4 "AWESOME" V5 "ARROWS" ("THE ARCHER") V17 "I WILL MAKE YOUR NAME [GOO GOO DOLLS] TO BE [HAMLET iii 156] REMEMBERED ["WILDEST DREAMS"] GENERATIONS ... FOREVER AND EVER" SEE ¶95.

(140)

π374 SINCE LIFE IS JUST A CLASSROOM ("NEW ROMANTICS") "BOYS AND GIRLS" (ZECH 8:5; "ME!") DID YOU KNOW THAT THE BOOK OF EZRA 7:21 CONTAINS ALL LETTERS OF THE ENGLISH ALPHABET EXCEPT "J" WHICH IS THE TENTH LETTER? REF. π164 - π167 "TREASURE" BRUNO MARS. REPORTED IN vII EZRA (HELP) IS A PRIEST AND "A SCRIBE OF THE LAW OF THE GOD OF HEAVEN". THESE OT WRITINGS TELL THE STORY OF A NEW ORDER ("TRUE FAITH") OF LIFE IN JERUSALEM (π357) & JUDEA (FROM JUDAH; PRAISE). NOTE THAT THE TITLE OF EZRAHITE APPLIED TO HEMAN (I KIN 4:31) "THE SINGER" (I CHR 6:33; REF. π373 "PSALM 45" &c.).

π375 THIS LETTER "J" MAY STAND (π206) "JOULE" (A UNIT OF ELECTRICAL ENERGY (REF π369)) OR "JAPANESE" ("END GAME"; "TURNING JAPANESE" THE VAPORS (REF π317)) OR "JUDGE" (SEE π301 - π309 & π332 - π350 &c). NKJV "WORD STUDIES" INCLUDE "JUBILEE" (#3104) "JUDGE" (#8179) "JERUSALEM" (#3389) "JEWS" (#3062) "JUDGEMENT" (#4941) "JOY" (#8057) "JESUS" (#2424) LOCATING "JEHOVAH" EXODUS 3:14 "I AM WHO I AM." THE NUMBER "TEN" IS LOCATED NKJV GENESIS 18:32 (FROM FORTY-FIVE DOWN TO TEN) SEE π351 & EXODUS 34:28 AS "TEN COMMANDMENTS" & 2 KINGS 20:10 "SHADOW" & PSALM 92:3 "INSTRUMENT OF TEN STRINGS" & DANIEL 1:12 "TEN DAYS" 7:7 "TEN HORNS" v24 "TEN HORNS ARE TEN KINGS" FOLLOW REVELATION'S 12:3 "SEVEN HEADS AND TEN HORNS" & 13:1 "SEVEN HEADS AND TEN HORNS, AND ON HIS HORNS TEN CROWNS" NOTE AS TEN HORNS MAY SIGNIFY THE FINAL FORM OF OF GENTILE WORLD POWER" 17:12 "TEN HORNS... TEN KINGS."

π376 CALLBACK π195 "BOAZ" MAY ONLY MEAN AS "LOVELY" BUT HOLY MOSES MEET ASNAPPER (SWIFT; REF π232) LEADER OF CUTHAEAN COLONISTS INTO SAMARIA (EZ 4:18) TRANSLATED TO "WATCH MOUNTAIN" REF TEN REVOLTING TRIBES & SAMARITANS π240 - π242.

CRIMINAL JUSTICE REFORM

¶377 SUPREME COURT OF CALIFORNIA CHIEF JUDGE "CANTIL-SAKAUYE" IS STAMPED UPON EACH HABEAS CORPUS EN BANC DENIAL 2013 S249188 & S253191 ASWELL 2019 S260572 & S261806 CF. PRUNTY S210234 ¶306 STEP ACT (1988) "LEGISLATURE'S INTENT TO TARGET ONLY THOSE GROUPS BEARING SOME INDICA OF ORGANIZED CRIMINAL ACTIVITY" (LISTING CASES). SEE ALSO ¶307 - ¶309. IN PRUNTY CANTIL-SAKAUYE DOES CONCUR (IN PART) & DISSENT (IN PART) BUT THE APPLICATION OF PRUNTY IN RE BRAMSCHER (CONSIDER ARGUED PC 8422(a,c) v PC 8653M(a)) AVOIDED BY THIS SUPREME COURT OF CALIFORNIA IN ACCORD WITH 32 YEARS OF ILLEGAL/UNCONSTITUTIONAL PROSECUTOR MISCONDUCT & JUDICIAL MISCONDUCT RESULTING PROSECUTIONS & CONVICTIONS ("WOBBLERS"/THREE STRIKES) THE GENERAL PUBLIC THE TRUE VICTIMS THIS "EXECUTIVE/JUDICIAL GANG" OF THUGS SWORN TO PROTECT & UPHOLD JUSTICE INSTEAD DISPENSING FRAUD — THE TOTALLY ABSOLUTE MISCARRIAGE OF JUSTICE THE FAMILIAR MAXIM "IGNORANCE OF THE LAW" IS NO EXCUSE NO DOUBT HOLDS TRUE — SIMPLE COMMON SENSE...

¶378 FURTHER INVESTIGATION LED TO PEOPLE v MOORE, 2004, 118 CAL APP 4TH 74, 2004 CAL APP LEXIS 634 (SEE ¶301(5)(I) & ¶304) "C HISTORY OF PROPOSITION 21" ENACTED 7 MARCH 2000 ENTITLED "GANG VIOLENCE AND JUVENILE CRIME PREVENTION ACT OF 1993" (HEREAFTER "GVJCP") NO DOUBT VIOLATES BOTH THE "EX POST FACTO" CLAUSE (SEE SOUS ¶301(5)(I)) ASWELL SELF-EVIDENT (AS ARGUED MOORE) SINGLE-SUBJECT RULE IN LEGISLATIVE CONSTRUCTION. SEE ¶349

¶379 AN "EX POST FACTO" LAW MAY (i) MAKE CRIMINAL WHICH WAS NOT SO AT THE TIME OF THE ACT, OR (2) WHICH INCREASES THE PUNISHMENT. LINDSEY v WASHINGTON, 1937, 301 US 397, 57 SCT 797, 81 LED 1182. THE PLAIN AND OBVIOUS MEANING AND

(143)

INTENTION "EX POST FACTO" LAW PROHIBITION "THAT NO STATE SHALL PASS ANY [E.G. GVJCP] [ANY] EX POST FACTO LAW" IS THAT LEGISLATURES OF SEVERAL STATES SHALL NOT PASS LAWS. CALDER v. BULL, 1798, 3 US 386, 1 L.Ed 648; ART 1, §9, CL 3; ART 1 §10, cl 1. HOW YA LIKE THEM APPLES? PROPOSITION 21 IS UNCONSTITUTIONALLY VOID! SEE SOLIS.

¶380 ALTHOUGH ¶379 SATISFIES ESTABLISHING PROP 21 FATALLY VOID THEREFORE A CHILD COULD EXPLAIN THAT "GANG VIOLENCE" & "JUVENILE CRIME PRENVENTION" ARE WHOLLY UNREGULATED. TWO-SUBJECTS. JUDGE McADAMS IS A FUCKING IDIOT! SEE ¶349.

¶381 A FURTHER ASSAULT UPON THE STEP ACT & GVJCP IS AN EQUAL PROTECTION CLAIM THAT LAWS APPLICABLE TO ONLY "GANG" MEMBERS VIOLATES BOTH THE DUE PROCESS CLAUSE & EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT UNITED STATES FEDERATION CONSTITUTION. SEE ¶173; UNITED STATES v ARMSTRONG, 1996, 517 US 456, 470 (DISCRIMINATORY EFFECT); UNITED STATES v REDONDO-LEWIS, 9TH CIR 1994, 27 F3d 439, 441-42 (HARSHER TREATMENT); IN RE UNITED STATES, 5TH CIR 2005, 397 F3d 274, 284-85 ("SIMILARLY SITUATED").

¶382 UNTIL READING MOORE (¶378) NO-CLUE GVJCP ILLEGALLY/UNCONSTITUTIONALLY BACK-DATED TO "1998" IN RE STEP ACT AND MOORE SAMEAS SOLIS APPLICATION THIS BLATANT DOUBLE JEOPARDY VIOLATION THREE STRIKES LAW (PEN. CODE, §§ 667.5, SUBD (c), 1192.7, SUBD. (c)(38), 667, SUBDS.(b)-(i), 1170.12). AS YOUR NARRATOR HAS ARGUED IN COURTS THE TITLE OF PC §1192.7 (a)(i) "IT IS THE INTENT OF THE LEGISLATURE THAT DISTRICT ATTORNEYS PROSECUTE VIOLENT SEX CRIMES . . . ." IS A WHOLLY SEPERATE TOPIC FROM "SERIOUS FELONY" (SUBD. (c)). SEE ¶349 & ¶380. THE ABOVE ARGUMENTS ARE ROOTED IN CONSTITUTIONAL LAW COMPLETELY ABSENT (VOID) OF ANY AMBIGUITY APPLICATION SHOULD-BE EFFORTLESS & EVEN-HANDED!

¶383 It is adjudicated the speech/conduct Bramscher accused of both YA077721 & YA100370 is proscribed and punished PC 653m(a) extracted "Every person who... telephones,... addresses to the other person any threat to inflict injury to the person or property ... is guilty of a misdemeanor." In truth, at county jail credit is day-for-day so at maximum sentence 365 days actual custody time is pled guilty or found guilty at trial is 180 days. In 2018 Bramscher spent actual 267 days (YA077721) & actual 394 days 2019-2020 (YA100370) totalling sum 661 actual days with LASJ credit applied sum 1,322 days with two strikes! This is fucking serious folks! Help.

¶384 Instead of "threat" courts (SCOTUS) use this term "true threat". R A V v St Paul, 1992, 505 US 377, 382-383. Research led to Elonis v United States, 2015 135 S Ct 2001, 2015 U.S. Lexis 3719. Elonis used Facebook to share "graphically violent language and imagery" posted by "A Rap-Style nom de plume "Tone Dougie" often posting disclaimers that his lyrics were "fictitious" with no intentional "resemblance to real persons." Justice Thomas dissenting provides a history including "1754 English threat statute" worth reading and includes "But one purpose of construing statutes 'to avoid constitutional questions'... is not a license for the judiciary to rewrite language enacted by the legislature.'" See Elonis v United States, 1997, 523 US 53, 57-60, 118 S.Ct. 469. In re PC 8423(a) (capability (mens rea)) is "willyfully" & also "specific intent" of 18 U.S.C.J. 3875.

¶335 Call it what you want auspicious or creepy "Tone Dougie" Facebook post "There's one way to love you but a thousand ways to kill you. I'm not going to rest until your body is a mess soaked in blood and dying from all the little cuts." See ¶311 ≠ DBATC! (TG7)

(190)

<u>PARADISO</u>

<u>π 386</u> CONTINUING ππ 315-318 & ππ 353-356 "PARADISE" DEFINED "OFTEN PARADISE HEAVEN" OR "A PLACE OF IDEAL BEAUTY OR LOVELINESS". FIND "PARADISE" (PLEASURE GROUND) STRONG'S #3857; REF. GARDEN OF EDEN (GEN 2:8); LUKE 23:43; REV 2:7; SEE π 253.

<u>π 387</u> WITHIN CANTO I "SHINE", "BELOVED", "<u>BREATHE</u>", "CROWN", "SHAKEN IT OFF" (CF. "SHAKE IT OFF"), "BOW" ("THE ARCHER"), "CORD" (SEE π 315 &c) & "CLOUD". CANTO II "AS <u>SWIFT</u> ALMOST AS YE THE HEAVENS BEHOLD", "CLOUD ENCOMPASSED US... SUN IS STRIKING" ("DAYLIGHT"), "RAY OF LIGHT" & "MADONNA", "<u>NAKED</u>". CANTO III. "CRYSTALLINE" (π 221(1)), "SWEET GUIDE" (CF. π 273), "DESTINY", "<u>SWIFT</u> IN MY REMEMBRANCE" ("<u>WILDEST DREAMS</u>") & "THE WEB... SHUTTLE TO THE END" (π 195). CANTO IV "<u>BREATHE</u>", "BOW DOTH HIT UPON SOME TRUTH" (π 314) "O LOVE OF THE FIRST LOVER, O DIVINE", "LADY" (KENNY ROGERS), "SPARKS OF LOVE" (CF. "SPARKS FLY"; JOB 5:7). CANTO V "ARROW THAT UPON THE MARK" ("THE ARCHER"), "THOUSAND" (≠DSATC). CANTO VI "LILIES" x2, "MELODIES", "ROMEO" ("LOVE STORY"). CANTO VII "MELODY", "<u>SWIFT</u>-HURRYING SPARKS" ("SPARKS FLY"; JOB 5:7), "PARADISE" x2. CANTO VIII "CUPID" (π 147), "CROWN", "GERMAN" (π 221(2)), "BOW SHOOTS FORTH... SHAFT DIRECTED TO ITS MARK". CANTO IX "'AH, BRING <u>SWIFT</u> COMPENSATION TO MY WISH, THOU BLESSED SPIRIT, I SAID, 'AND GIVE ME PROOF THAT WHAT I THINK IN THEE I CAN REFLECT!'", "SMITTEN". CANTO X "LUCENT", "NEW MELODY", "PARADISE", "ROSE". CANTO XI "BELOVED", "TWO PRINCES" (SPIN DOCTORS), "CORD" (SEE π 315 &c), "FAITHFULLY" (JOURNEY; π 236). CANTO XII "THE DANCE" (GARTH BROOKS), "CORD" (π 315 &c). CANTO XIII "<u>SWIFTER</u>", "<u>HUMAN NATURE</u>" (MICHAEL JACKSON), "ROSE" x2, "DIRECT AND <u>SWIFT</u>".

<u>π 388</u> WITH CANTO XIV "MELODY", "PARADISE", "<u>SWIFT</u>", "LUTE", "MELODY". CANTO XV "PARADISE!", "BOW OF BURNING SYMPATHY", "CORONAL", "CORNELIA NOW" (π 316 "CORNELIA ST."; "TAYLOR SWIFT NOW" SEARCH FACEBOOK #TAYLORSWIFTNOW) CANTO XVI "BELOVED",

"A NEW FELONY OF SO MUCH WEIGHT" (¶166 &c), LILY, CANTO XVII, "BELOVED", "ARROW", "BELOVED... ARROW... BOW", "STREET" ("NEW ROMANTICS"), "WHO ON THE LADDER BEARS THE HOLY BIRD" (Job 3:7), "WEB" (¶178), CANTO XVIII "PARADISE", "A CLOUD ITS OWN SWIFT FIRE", "AN ARTIST TWAS AMONG THE HEAVENLY SINGERS", "FLY INNUMERABLE SPARKS" ("SPARKS FLY"; Job 5:7), "LILY", CANTO XX "DAYLIGHT", "SPARKS" ("SPARKS FLY"; Job 5:7), "SECOND DEATH", "REDEMPTION", CANTO XXI "MIDDLE... LIGHT... SWIFT", "LIGHT DIVINE", CANTO XXII "SWIFT...WING", "UNCLOUDED", "SEVEN" (cf "7" PRINCE), "SWIFT", CANTO XXIII "BIRD... BELOVED" (Job 3:7, SONS OF SPARKS), "LIVING LIGHT", "LUCENT", "GENTLE GUIDE AND DEAR!", "TO AID ME, TO A THOUSANDTH OF THE TRUTH" (¶DBETC, "PARADISE", "CUT OFF" (¶DBETC), "ROSE... LILIES", "SUNSHINE" (MATISYAHU), "CLOUD", "CORONAL", "MELODY... CLOUD", "MELODY", "BABYLON" (DAVID GRAY, ¶321), "HE WHO DOTH KEEP THE KEYS OF SUCH A GLORY" (LUKE 12:52), CANTO XXIV "SWIFT", "FIRE SO HAPPY" (cf "LIGHT MY FIRE" THE DOORS & "BURNIN FOR YOU" BLUE OYSTER CULT; SEE ¶263) "GREATER BRIGHTNESS", "FANTASY" (MABORA CHILLY) "MELODY", "THIS THE BEGINNING, THIS IS THE SPARK [ "SPARKS FLY", Job 5:7] WHICH AFTERWARDS DILATES TO VIVID FLAME, AND, LIKE A STAR IN HEAVEN, IS SPARKLING IN ME", CANTO XXV "LAUREL CROWN", "DOVE" (¶211 - ¶216), "BREATHE" "ECLIPSING OF THE SUN" (REF "CORONA"), CANTO XXVI "BOW AT SUCH A TARGET" ("THE ARCHER"), "CORDS" (SEE ¶315 &c), "EAGLE OF CHRIST" (¶366), "NIMROD" (SEE "FALSE GOD" ¶319 - ¶321) "EL WAS ON EARTH THE NAME OF THE CHIEF GOOD" (FOR "EL" SEE ¶¶ 182, 184, 111, 137 & 218 - 222 IN RE VENUS" ¶218 WATCH "CAN'T STOP THE FEELING" JUSTIN TIMBERLAKE), "ELI" (cf "ELOI, ELOI, LAMA SABACHTHANI [ HAST THOU FORSAKEN ME? ]" AS AN ARAMAIC OR SYRO-CHALDAIC STATEMENT ; MATT 27:46 & MARK 15:34), CANTO XXVII "PARADISE", "MELODY", "CLOUD", "KEYS" (¶192 &c), "AND UP INTO THE SWIFTEST HEAVEN IMPELLED ME", "FLEET" (¶221(5)), CANTO XXVIII "HALF CONQUERING THE LIGHT", "SWIFTLY WHIRLED", "SPARK"

(446)

("SPARKS FLY"; JOB 5:7), "LADY" (KENNY ROGERS), "AND KNOW THOU, THAT ITS MOTION [π165] IS SO SWIFT THROUGH BURNING LOVE [SEE CANTO XXIV] WHEREBY IT IS SPURRED ON", "SPARKS" ("SPARKS FLY"), "MELODY". CANTO XXIX "THREE ARROWS FROM A THREE-STRINGED BOW" ("THE ARCHER"), "AMBER" (311; ππ 282, 273 & 311), "JEROME" (A RA BI-10600IU), "SO SWIFTLY", CANTO XXX "COMIC OR THE TRAGIC POET", "SPARKS" ("SPARKS FLY"), "SUNSHINE OF MINE EYES" (MATISYAHU), "SPARKS" ("SPARKS FLY"), "SHE BE READY" ("... READY FOR IT?")! SEE ALSO "ROSE" & "ROSE ETERNAL" IN RE LILY-ROSE MELODY DEPP AS "HOLY ROSE" π177 &c CF. "ME BEATRICE" TOO "ME!" TAYLOR SWIFT!! CANTO XXXI "SNOW-WHITE ROSE" (π177), "FANNING" (π253), "PARADISE" (ELLE FANNING π253), "MY LADY" (KENNY ROGERS), "OLD MAN" (π221(3)), "ME BEATRICE", "CROWN", "OLD MAN" (π221(3)), "QUEEN OF HEAVEN", CANTO XXXII "ROSE", "GRACE THE LIGHT SUPREME" ("STATE OF GRACE" & "DAYLIGHT"), "AVE MARIA, GRATIA PLENA" (CF. "MY MARIA" BROOKS & DUNN), "ROSE", "GOOD TAILOR" (TAYLOR ALISON SWIFT). CANTO XXXIII "HUMAN NATURE" (MICHAEL JACKSON), "CLOUD", "BELOVED", "RAY OF THE HIGH LIGHT WHICH OF ITSELF IS TRUE", "O LIGHT SUPREME", "LIGHT ETERNAL", "ONE [u2] SIMPLE ["SIMPLE THINGS" JIM BRICKMAN] LIGHT" ("DAYLIGHT"), "THAT LIGHT ONE [u2] SUCH BECOMES", "HIGH LIGHT", "IRIS IS BY IRIS" (GOO GOO DOLLS π223), "O LIGHT ETERNE" & "FLASH OF LIGHTNING" ("THIS IS WHAT YOU CAME FOR" RIHANNA LYRICS BY TAYLOR SWIFT). END # # #

## DEVIL INSIDE II

π 357 CALLBACK EZRA 2:13 "THE PEOPLE OF ADONIKAM [THE LORD IS RAISED] SIX HUNDRED AND SIXTY-SIX" REF. REVELATION 13:18 "666" CALLED "ADONIJAH" (THE LORD IS JEHOVAH) NEHEMIAH 10:16 THE FOURTH SON OF DAVID (HAGGITH) 2 SAMUEL 3:2,4. REF. π140-π144. ADONIJAH THE OLDEST SURVIVING SON KING DAVID SEE 1 KING 9 "STONE OF [SERPENT]" SEE "EL" ππ 103,184,111,139, 218-220 & 388.

It ¶?¶ is it too simple a conclusion the denial of Jechijahs' birthright and execution (1 King 2:26) as a beast worshipping the divine asp (viper) known as the African cobra? See also Serapis or Seraphim (burning) Isaiah 6 2-7 v3 "Holy, Holy, Holy" also known as "Eternal Flame" (תַּלְ Suzanna Hoffs) Fire Serpent of Atlantis — Fire God Votan. cf also Greek Pythagoras as "I am the Serpent", 'Devil Inside' INXS, also listen "Burn For You" & "Mediate" & "Need You Tonight" (cf "I Need You" Taylor Swift) & "Never Tear Us Apart" & "New Sensation" (cf "New Romantics" TS7).

LOVER IS7

¶371 Further investigation (see ¶¶133, 171, 207-210 &c.) Taylor Swift seventh (TS7) album "Lover" (Hosea 3:1; Titus 1:5) from ¶206 "God, the Lover, seeks his beloved [Song of Songs] in order to rescue her [Noah]" reveals confluence all previous paragraphs (¶) this "Love Story" witnessed by the fortunate five &c. Enjoy the show. "Ready for it?"
¶372 "Prayer in time of Chastening" Psalm 38 "To bring to remembrance" ("Wildest Dreams"; ¶371-¶373) as "Chasten" is to correct by punishment or reproof v2 "Your Arrows pierce me deeply" ("The Archer") v6 "I am bowed down" (¶207) v11 "My [Lover] and my friends stand aloof from my plague [calamitous visitation], and my relatives stand afar off" v16 "Hear me" (James 1:19 'Swift') v17 "For I am ready to fall" v17 "endings" ("End Game") v20 "Because I follow what is good" (Titus 1:8 "Lover of what is good"), Awesome!
¶373 "A Prayer for Help in Despondency" Psalm 38 "A Contemplation of Heman the Ezrahite" (¶374) as "Despondency" is "Loss of hope, dejection" (cf ¶372 Psalm 38:15 NKJV page 856 note study "Hope strengths" ¶317b) v5 "Cut off" (¶DBATC ¶?¶) v7 "Judah v5 "You have put away my

(143)

ACQUAINTANCES FAR FROM ME; YOU HAVE MADE ME AN ABOMINATION TO THEM" V10 "SHALL THE DEAD ARAISE AND PRAISE YOU? SELAH" ("DELICATE") V11 "SHALL YOUR LOVING-KINDNESS BE DECLARED IN THE GRAVE?" ("LOOK WHAT YOU MADE ME DO") V12 "SHALL YOUR WONDERS BE KNOWN IN THE DARK?" ("DAYLIGHT") V14 "WHY DO YOU HIDE YOUR FACE FROM ME" (TS5 & TS7 ALBUM ART ; π207) V15 "READY TO DIE FROM MY YOUTH" (REF. PSALM 91 ; π123) V16 "YOUR TERRORS HAVE CUT ME OFF" (#DBATC π311) V18 [LOVER] AND FRIEND YOU HAVE PUT FAR FROM ME, AND MY ACQUAINTANCES INTO DARKNESS" (CF. PSALM 38:11). AWESOME!

π374 IN RE "FALSE GOD" (π319 - π321) CALL-TO-ACTION "PAKOD" (π321) 2 TIMOTHY 3:1-9 V2 "FOR MEN WILL BE LOVERS OF THEMSELVES, LOVERS OF MONEY, BOASTERS, PROUD, BLASPHEMERS, DISOBEDIENT TO PARENTS, UNTHANKFUL, UNHOLY" V3 "UNLOVING, UNFORGIVING, SLANDERERS, WITHOUT SELF-CONTROL, BRUTAL, DESPISERS OF GOOD [CF. TITUS 1:8 "LOVER OF WHAT IS GOOD"], V4 "TRAITORS, HEADSTRONG, HAUGHTY, LOVERS OF PLEASURE RATHER THAN LOVERS OF GOD" &c. AWESOME!

π375 IN ACCORD "THE MAN" TS7 2 TIMOTHY 3:10 - 17 "THE MAN OF GOD AND THE WORD OF GOD" NKJV NOTE AS "TEN DIFFERENT QUALITIES" AS (1) DOCTRINE (2) MANNER OF LIFE (3) PURPOSE [JUSTIN BIEBER] (4) FAITH [GEORGE MICHAEL] (5) LONG-SUFFERING (6) LOVE (7) PERSEVERANCE (8) PERSECUTIONS (9) AFFLICTIONS [AT ICONIUM REF. TAYLOR SWIFT & HERMOSA], & (10) ENDURED. AWESOME! REF π374 "J".

π376 HOLY MOSES WORTH MENTIONING 2 TIMOTHY 3:8 "AS JANNES [CHRISTOPHER CUFF] AND JAMBRES [HANNAH BATES]" THE COMEDY & MAGIC CLUB MAGICIANS WHO OPPOSED ~BbBb~ (#GONZA)!

## JANITORIAL SUPERVISOR

π377 IN RE π351 "π351 - π365" ERR AS SELF-EVIDENT AS DOUBLE. MY BEST MAN DINO CAGGIULI PAISANOS (HERMOSA) DONATED STAMPS & ENVELOPES!

TAYLOR ALISON SWIFT (TERRY) SCOOTER BRAUN                    30 JUNE 20

PEOPLE, MENS JOURNAL, ELLE & DISCOVER MAGAZINES:

                    PLEASE HELP

¶398  LISTEN (EVERYTHING I DO) T  DO IT FOR YOU (BRYAN ADAMS)
ASWELL ECHOING THE WORDS MARTIN LUTHER KING JR "AN
INJUSTICE ANYWHERE IS AN INJUSTICE EVERYWHERE". LISTEN
TO "I BELIEVE IN YOU" (BOB DYLAN) & "JUST BREATHE" (PEARL JAM)
          CRIMINAL JUSTICE REFORM

¶399  CONTINUING THE TOPIC "PCP 115" ¶337(12) & ~346 -
¶350 &C PLEASE EXAMINE JUSTICE MOSK (CONCURRING AND
DISSENTING) IN RAVEN v DEUKMEJIAN, 1990, 276 CAL RPTR 326,
52 CAL 3d 336, 801 P2d 1077, 59 USLW 2447, CALLBACK TOO
¶218  "WHO WILL NOT CHOOSE A RAVEN FOR A [GUY] DOVE?"
(M.N. DREAM II 2 114). SEE ¶211 - ¶218 IN RE HERMOSA BEACH
POLICE DEPARTMENT DETECTIVE GUY DOVE &C. CF GENESIS 8:7
"RAVEN". RAVEN PROVES, NO DOUBT, SUPREME COURT OF CALIFORNIA'S
MAJORITY JUSTICES INCOMPETENT INTERPRETATION OF NOT ONLY
"SINGLE SUBJECT RULE" (ART. II § 8. SUBD. (d)) BUT THIS BINDING
CONSTITUTIONAL DOCUMENT CELEBRATED UPON JULY 4TH FORE
SUM 244 YEARS. PCF ASSEMBLY CONSTITUTIONAL AMENDMENT No 2 (1948)
¶400  THIS "SINGLE SUBJECT RULE" WAS TO STOP "HAM AND EGGS"
PROPOSALS ("LOGROLLING"/"OMNIBUS") AND READS "AN INITIATIVE
MEASURE EMBRACING MORE THAN ONE SUBJECT MAY NOT BE
SUBMITTED TO THE ELECTORS OR HAVE ANY EFFECT". AS DEFINED
(¶206) "SINGLE" AS "NOT ACCOMPANIED BY ANOTHER OR OTHERS;
SOLITARY" & "SEPARATE, INDIVIDUAL; EVERY SINGLE ONE OF YOU" AS
"SUBJECT" IS DEFINED "ONE THAT IS THE OBJECT OF STUDY"
SEE COUNTY (LEGISLATIVE INTENT) ¶321 - ¶329 & ¶342 - ¶350
WITHIN PROPOSITION 115 "39 [SEE ¶331(9)] SUCH RIGHTS [WERE]
AFFECTED AND CONSTITUTION ILLUMINATED BY [PCF 115]" UNDER THE
"SEDUCTIVE TITLE" OF "CRIME VICTIMS JUSTICE REFORM ACT"

                    (152)

π401 WITH π400 ESTABLISHED NO DOUBT PROPOSITION 21 "GANG VIOLENCE AND JUVENILE CRIME PREVENTION ACT OF 1998" ("GVJCP") FROM π301(5)(I) SOLIS & π378 - π385 MOORE IS "HAM AND EGGS" ("LOGROLLING"/"GRABBAGS") VOID OF EFFECT AS UNCONSTITUTIONAL. REF. YA097929 & YA100270 "SERIOUS FELONY" (π301(5)(I) SOLIS &c) ASWELL THE PLACEMENT PC 31192.7(c)(38) (π348 & π349 WHITMAN &c) SEPERATELY VIOLATES THE "SINGLE-SUBJECT RULE FOR STATUTES". AFFILIATES v. SWOAP, 1985, 173 CAL APP 1187, 219 CAL RPTR 664; HARBOR v. DEUKMEJIAN, 1987, 43 CAL. 3d 1078, 240 CAL. RPTR. 569, 742 P.2d 1290 (SAME). WTF? AWESOME . . .

## 2:20 - CV - 04324 - RGK - AS

π402 UPON 23 JUNE 20 U.S. MAGISTRATE JUDGE SAGAR REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES "GRANTED" BUT ALSO "ORDER REGARDING SCREENING IN PRO SE CIVIL RIGHTS CASE" (28 USC §1915(e)(2) AND/OR §1915A) REALLY? WTF! I DEMANDED A "JURY TRIAL"! HOW IS THIS FAIR? HOW IS THIS THE AMERICAN WAY OF ACCESS TO COURTS & REDRESS? SEE ALSO CV 18-06002-RGK(AS) & CV 18-02328-RGK(AS) AS 2018 U.S. DIST LEXIS 139113/2019 U.S. APP LEXIS 10373 & 2017 USDISTLEXIS 4774.

## INTERDEPENDENT 20/20

π403 MAYBE YEAR 2022 WE MAY ALL ACKNOWLEDGE EACH PERSONS' HAPPINESS ("ME!" TS7) IS INDUSITABLY CONNECTED TOO EVERYONE ELSES . . . READY FOR IT? AWESOME! PAGES 150 & 151 SENT TO DENVER PRESS CLUB, THE BEACH REPORTER, L.A DAILY NEWS, ATTY PAUL PRESTIA, ESQ & H.B MAYOR MARY CAMPBELL &c (TOTALLING 20). IF YOUR IN HERMOSA BEACH PLEASE VISIT BOTH MICKEY'S DELI & PAISANOS PIZZA & PASTA — TELL'EM "GONZO ~BEEN" SENT YA!!

π404 PERCEIVE YOURSELF AS ALL THINGS. WITH BUDDHA, "LIFE IS UNCERTAIN, DEATH IS CERTAIN." LISTEN: "COLOUR MY WORLD", "BEGINNINGS", "JUST YOU 'N' ME" ("ME!"), "NO TELL LOVER" ("LOVER") & "SATURDAY IN THE PARK"

¶405  WELL, IT WOULD SEEM MY REQUEST FOR FINANCIAL
SUPPORT FELL UPON DEAF-EARS (REF JAMES 1:19 "SWIFT TO
HEAR") THIS MORNINGS' CALL FOR CANTEEN FORMS AND "ME!"
EMPTY-HANDED! NO DOUBT HB COMEDY & MAGIC CLUB MANAGER
IN 2018 & 2017 NAME-DROPPED "ICON" TAYLOR SWIFT &
SEEMINGLY BOTH YE077927 & 1A120270 RESULTING FROM MY
RAIN-RETREATS HERMOSA BEACH ASWELL AFFECTIONS FORD
TS1959 (CAUSE) RESULTING JAIL/PRISON SENTENCES (¶383)
THIS LONG-SUFFERING I ENDURE (EFFECT). WHERE ARE THESE
CELEBRITES  JAY LENO (¶333), KEVIN NEALON (¶339), SARAH
SILVERMAN (¶340) & TAYLOR SWIFT (MAL 3:5). SEE "ISRAEL"
HOSEA 3:1 "GO AGAIN, LOVE A WOMAN WHO IS LOVED BY A
LOVER [LIT FRIEND]. . . WHO LOOK TO OTHER GODS ["FALSE GOD"]
AND LOVE THE RAISIN CAKES [SONG 2:5; NKJV NOTE "ANCIENT
SYMBOLS OF SEXUAL PASSION (SEE V 5)"] OF THE PAGANS."

           BILLY SUNDAY STYLE
¶406  IN RE SONG OF SONGS "THE DAUGHTERS OF JERUSALEM"
(SEE ¶357) 1:4 "WE WILL RUN AFTER YOU" LISTEN/WATCH
"RUN TO YOU" WHITNEY HOUSTON, "READY TO RUN" DIXIE CHICKS
& "WANT YOU BACK" SHINA! NOW YA LIKE THEM APPLES? LOL.
SEEMINGLY, THIS "THE LOVELIEST OF SONGS" ATTRIBUTED TO SOLOMON
(REF MT 1:1 ¶¶393-398) MAY BELONG JOSEPH (INCREASE) THE
PIOUS & ASENATH (DAUGHTER OF NEITH, THE EGYPTIAN MINERVA; SEE NKJV
NOTE GEN 41:45 "BELONGING TO (THE GODDESS) NEITH" OF "POTI-PHERAH
MEANS "HE WHOM RA (THE SUN GOD) GAVE") WITH, AS I HAVE
HEARD, SEVEN (OF TS+ &) MAIDENS (¶216 BORN THE SAME DAY
COMPARE SONG 1:3 "THEREFORE THE VIRGINS LOVE YOU" (SEE
¶170) V5 "O DAUGHTERS OF JERUSALEM" (¶357). SEE ALSO
"SLAVE" ¶363 - ¶365. REF "HONEYCOMB" & "BEES OF PARADISE"

                    ( 152 )

π 318 π 319 π 320 "MARIE" (F1, 1985) YOU AND MAKE YOU TO BE SEVEN PILLARS [CF. PROV 9:1 "WISDOM HAS BUILT HER HOUSE [PARADISE]; SHE HAS HEWN OUT HER SEVEN PILLARS"] IN THE CITY OF REFUGE." LISTEN: "PARADISE CITY" GUNS N' ROSES. "PAKOD. I HAVE, NO DOUBT, VISITED YOU".

<u>π407</u> CONTINUING "FALSE GOD" π249 & π321 "SNAKE-SKINS" AS I HAVE HEARD AFTER ESAU SLAYED NIMROD (POSSIBLY WITH THE SWORD OF METHUSELAH) RULING OVER BIRD, BEAST & MEN. JACOB THEN RECEIVED THE "SNAKE-SKINS" GIVEN TO JOSEPH. ADDITIONALLY JACOB TAUGHT JOSEPH THREE SIGNS OF THE UNDISPUTED REDEEMER (REF. RUTH 4:10 "DEAD MAY NOT BE CUT OFF" CF. π311 # DBATC; STRONG'S #1350, STRONG'S #637; TITUS 2:14 "REDEEM US FROM EVERY LAWLESS DEED"):

(1) YODHEWAWHE

(2) APPOINTING OF ELDER'S (OLD MAN; SEE π221(3))
    REF. TITUS 1:5-9 (V5 "LOVER OF WHAT IS GOOD")

(3) ALOHA. "BECAUSE YOUR LOVINGKINDNESS IS BETTER THAN
    LIFE, MY LIPS SHALL PRAISE YOU" (PS 63:3). PAKOD,
ADDITIONALLY, FOR YOUR ENTERTAINMENT, FROM A TRANSCRIPT YA100270 INTRODUCED AT TRIAL ILLEGALLY VIA C&MC EMPLOYEE HANNAH BATES (ILLEGAL FOUNDATION/NO CONVERSATION) IN CLOSING THIS GOOD-FAITH (PC 653M(a)) CONSTITUTIONAL RANT YOUR HUMBLE NARRATOR VERBATIM "WELL GUESS WHAT? I'M THE GOD DAMNED SNAKE AND YOU DIDN'T SHED SHIT." HOLY MOSES!

<u>π408</u> IN RE π374 & π375 "J" (LISTEN: "PETER PIPER", "KING OF ROCK", "CAN YOU ROCK IT LIKE THIS" & "DOWN WITH THE KING" RUN-DMC) EZRA 7:21 "TREASURE" (BRUNO MARS) REF. "JEWEL" (JOY) CONTAINING TEN (10) LETTERS "JEHONATHAN" (GOD-GIVEN) DAVID'S STOREHOUSE (π234 & π335) 1 CHRONICLES 27:25, "JIPHTHAHEL" (GOD OPENS) VALLEY BETWEEN ZEBULUN & ASHER JOSHUA 19:14, 27 & "JESHOHAIAH" (BOWED; CF. π236 (π207)) A SIMEONITE 1 CHRONICLES 4:36.

(153)

CRIMINAL JUSTICE REFORM

#409 IN CALIFORNIA CERTAIN CRIMINAL INFRACTIONS ARE CALLED "WOBBLERS" AS EXAMPLES OF BRAMSCHER BOTH YA017721 (2213) & YA017721 (2214) PC 422(a) CRIMINAL THREATS AS EXTRACTED "SHALL BE PUNISHED BY IMPRISONMENT IN THE COUNTY JAIL NOT TO EXCEED ONE YEAR, OR BY IMPRISONMENT IN THE STATE PRISON" (SEE PAPACHRISTON v JACKSONVILLE, 1972, 92 S CT 839 (VAGUENESS); KOLENDER v LAWSON, 1983, 103 S.Ct 1855 (ARBITRARY OR DISCRIMINATORY LAW ENFORCEMENT)) BEING CHARGED AS FELONIES (TWO STRIKES; THESE STRIKES LAW PC 667.5(c) & 1170.7(c)(38) & 667(e-1) & 1170.12) CURRENTLY SERVING SIX YEARS IN STATE PRISON &... VERSUS DISNEY LAND NEVADA RESIDENT AVERY DESMOND BOWIE ROBINSON BEING CHARGED TWO COUNTS PC 422(a) CRIMINAL THREATS AS MISDEMEANORS & OTHER CHARGES 2021 SENTENCED FEBRUARY 2022 TO ONLY 180 DAYS (WILL SERVE 90 DAYS MAXIMUM DAY-FOR-DAY CREDIT; SEE #385) BY ORANGE COUNTY SUPERIOR COURT JUDGE SCOTT STEINER. WTF? #410 JUDGE ALAN B. HONEYCUT SENTENCED BRAMSCHER IN YA017929 TO TWO YEARS (730 DAYS) & YA130270 TO SIX YEARS (2190 DAYS) & FUCKING MICKEY MOUSE ROBINSON (SERIAL VAGRANT) GET 180 DAYS A SENTENCING DIFFERENCE OF 1730 DAYS! HOW IS THIS POSSIBLE? PROSECUTOR DISCRETION IN VIOLATION OF DUE PROCESS & EQUAL PROTECTION (SEE NACHTIGA v SUPERIOR COURT OF LOS ANGELES, 1972, 23 CAL APP 3d 1012 100 CAL RPTR 673) PC 17(b)(4)
    WHEN THE PROSECUTING ATTORNEY FILES IN A COURT HAVING JURISDICTION
    OVER MISDEMEANOR OFFENSES A COMPLAINT SPECIFYING THAT THE
    OFFENSE IS A MISDEMEANOR, UNLESS THE DEFENDANT AT THE TIME
    OF HIS ARRAIGNMENT OR PLEA OBJECTS TO THIS OFFENSE BEING MADE
    A MISDEMEANOR, IN WHICH EVENT THE COMPLAINT SHALL BE AMENDED
    TO CHARGE THE FELONY AND THE CASE SHALL PROCEED ON THE FELONY COMPLAINT.
WTF? HOW VAGUE IS THIS BULLSHIT! GET A FEW SHOVELS...

(454)

¶411   PLEASE SEE PC 16 CRIMES (1) FELONIES, (2) MISDEMEANORS & (3) INFRACTIONS NO "WOBBLERS" AS (1)-(3) ARE SPECIFICALLY ALTERNATIVES! FUTHERMORE BRAMSCHER PRO SE NEVER-EVER "OBJECT[ED] TO THE OFFENSE [PC 422(a)] BEING MADE A MISDEMEANOR"! SEE SESSIONS V DIMAYA, 2018, 138 S CT 1204, 2018 US LEXIS 2497 WITH JUSTICE GORSUCH (CONCUR IN PART) "LEAVING THE PEOPLE IN THE DARK ABOUT WHAT THE LAW DEMANDS AND ALLOWING PROSECUTORS AND COURTS TO MAKE IT UP" ID AT 1224 CITING SMITH V. GOGUEN, 1974, 94 S.CT. 1242 ("LEGISLATURES MAY NOT 'ABDICATE THEIR RESPONSIBILITIES FOR SETTING THE STANDARDS OF CRIMINAL'.") & GRAYNED V. CITY OF ROCKFORD, 1972, 92 S.CT. 2294 ("VAGUE LAWS ALSO THREATEN TO TRANSFER LEGISLATIVE POWER TO POLICE AND PROSECUTORS, LEAVING THEM THE JOB OF SHAPING VAGUE STATUTE'S CONTOURS THROUGH THEIR ENFORCEMENT DECISIONS") & HOFFMAN ESTATES V. FLIPSIDE, HOFFMAN ESTATES, INC, 1982, 102 S.CT 1186 ("STRINGENT VAGUENESS TEST" IN RE FIRST AMENDMENT FREEDOMS). SEE ALSO YICK WO V HOPKINS, 1886, 6 S.CT. 1044 (EQUAL PROTECTION); PEOPLE V ADAMS, 1974, 43 CAL APP 3d 697, 117 CAL RPTR 905 ("POWER TO PRESCRIBE PUNISHMENTS FOR DEFINED OFFENSES IS A LEGISLATIVE POWER WHICH MAY NOT BE DELEGATED TO AN ADMINISTRATIVE AGENCY OR OFFICIAL"). TAY & SCOOTER, PLEASE HELP US.

## EUREKA

¶412   "THE CONSTITUTION IS CLEAR ON THE FUNCTIONS OF EACH OF THE BRANCHES. THE LEGISLATIVE WILL MAKE THE LAWS. THE JUDICIAL WILL INTERPRET THE LAW. THE EXECUTIVE WILL DECIDE POLICY AND ENFORCE THE LAW" (COOPER "BEHOLD A PALE HORSE", p118). CALIFORNIA SEAL OF THE SENATE "LEGIS" (LAW) & THE ASSEMBLY SEAL "LEGISLATORUM EST JUSTAS LEGGS CONDERE" (IT IS THE DUTY OF THE LEGISLATURE TO MAKE JUST LAWS) AS DOUBLESPEAK OR BULLSHIT SAID SEALS' ARE LIES. THIS IS TRUTH. "I HAVE FOUND π!" PAKOD. SELAH

LOVE. WILLIAM (√BEEN)

TAYLOR ALISON SWIFT &c.                                    24 AUGUST 20

## TAYLOR'S ALBUM HIDDEN MESSAGES

π497 PLEASE KNOW π455 - π482 & π482 - π496 MAILED TO TAYLOR SWIFT, SCOOTER BRAUN & PEOPLE MAGAZINE ON/ABOUT AUGUST 4TH AND 9TH RESPECTIVELY. INCLUDED WITHIN THIS MAILING ARE MAGAZINES DISCOVER, MEN'S JOURNAL, ELLE & US WEEKLY. π498 SCOOTER (REF. STAGE MANAGER MUPPETS OF "INVISIBLE STRING" MARIONETTE) PLEASE SHARE "ALOHA" & #KEEPSWINGING WITH SCOTT BORCHETTA FROM #GONZO! ALSO, SHARE WITH YOUR WIFE YAEL COHEN "SHĀLEM" (GENESIS 33:18) CORRESPONDING TO HEBREW WORD "SHALOM" (π357 & π362) AS "PEACE" (STRONG'S #1515).

### WILLIAM BOWERY

π499 #ICON8 TAYLOR SWIFT "FOLKLORE" (SEE π457 - π483 &c) WAS COWRITTEN WITH "MYSTERIOUSLY UNTRACEABLE WILLIAM BOWERY" REPORTS US WEEKLY (10 AUGUST 2020) YOUR NARRATOR SPECULATES MISTERY BOWERY (CF. "THE ARCHER" IN RE ONE WHO SHOOTS WITH A BOW AND ARROW — "ARCHERY") IS WILLIAM ROBERT BRANSCHER!! π500 IN RE "WILLIAM" SEE "THE FIRST EPISTLE OF WILLIAM TO THE NEW ROMANTICS" π93 "WILL I AM (WHO I AM) A THIRSTY (π40; MATT 25:35) BONDSERVANT [REF. "SLAVERY" π360 - π364] FORE CAPTAIN (STRONG'S #747; HEB 12:2) TAYLOR ALISON SWIFT (JAMES 1:19) A TRUE STEWARD OF THE MYSTERIES (1 COR 4:1-5) IN OUR COMMON FAITH: GRACE, MERCY, PEACE (TITUS 1:4)" &c. SEE π95. π501 IN RE "BOWERY" SEE DEFINITIONS (π206) FOR "BOW" AS "TO BEND THE BODY, HEAD, OR KNEE IN ORDER TO EXPRESS GREETING, CONSENT, COURTESY, OR VENERATION" SEE E.G. π207 - π210 (NOTICE π210 "COLUMBINE - THE - DOVE" REF. π218 "PERSON ADVOCATING PEACE") TS7 "LOVER" ALBUM ART ALSO "A CURVE OR ARCH" SEE E.G. π239 "RAINBOW CONNECTION" (KERMIT THE FROG; "WILL I AM"; GEN 9:12-13 & EZEK 1:28) ALSO "A WEAPON" BOW & ARROW(S) SEE E.G. π139

"A WELL-EXPERIENCED ARCHER" ¶191 "BY CUPID'S ["FOLKLORE";
STRONGEST BOW" AND SEE ALSO ¶171 BUDDHIST "FOLKLORE"
BIOGRAPHY "LIVING OUT OF THE GAME" (LALITAVISTARA; CF. "BLANK SPACE"
& "SHAKE IT OFF" & "END GAME") STORY "SPRING OF THE ARROW"
ALSO REF. TO "CUPID'S CRAFTY ARROW" AS "CUPID" IN ROMAN
MYTHOLOGY (¶483(3)) IS (¶206) "THE GOD OF LOVE" IN LATIN AS
"CUPERE, TO DESIRE" (U2).  FOR MORE EXAMPLES "BOW" PLEASE
SEE ¶¶ 291(2),(3), 314, 316, 355, 370, 387, 388, 391, 408 & 463.
¶502 IN RE "BOWERY" SEE DEFINITIONS (¶206) FOR "ERY" AS
"A PLACE" OR "A COLLECTION OR CLASS" OR "A STATE OR CONDITION:
SLAVERY" OR "ACT; PRACTICE" OR "CHARACTERISTICS OR QUALITIES OF".
PLEASE TAKE NOTICE ASWELL "BOWER" (¶206) AS "A SHADED, LEAFY
RECESS. [<OE būr, DWELLING.]" ASIS MANHATTAN (NEW YORK) STREET
"BOWERY" KNOWN FOR MOTELS/HOTELS FREQUENTED BY THE HOMELESS
(REF. "I DON'T WANNA LIVE FOREVER") KNOWN AS (¶206) "TRANSIENT"
(REF. "DUKKHA" ¶¶ 117, 126, 128, 190, 192, 193, 283, 319, 356 & 444).

## PEACE

¶502 THIS SONG "EASTER EGG" AS "PEACE" IS THE SCRABBLE
(REF. "AWESOME" IN "ME!") "ACE" IN T$S TUNE "NEW ROMANTICS"
(SEE ¶500 &c) WITH LYRIC "I'D SWING WITH YOU FOR THE FENCES
[SEARCH FACEBOOK "#KEEPSWINGING" REF. SCOOTER BRAUN]/SIT WITH
YOU IN THE TRENCHES [REF. "...READY FOR IT?" EASTER EGG "91" ASIS
PSALM 91; REF. "END GAME"]/GIVE YOU MY WILD ["WILDEST DREAMS"],
GIVE YOU A CHILD" (SEE ¶51 "HOW YOU GET THE GIRL" IN RE "PETIT MORT"
RE #IDWLF & "DELICATE"; ¶337(2) SONGS ARTIST SALT AND PEPPER
"I DESIRE", "LET'S TALK ABOUT SEX [TAYLOR SWIFT]", "R U READY [CF.
"...READY FOR IT?"]", "SHAKE YOUR THANG [CF. "SHAKE IT OFF"]",
"PUSH IT [CF. "PUSHING 20" SABRINA CARPENTER ¶251 &c]" &c).  SEE ¶123.
¶503 FOR REFERENCES TO PEACE SEARCH YOUTUBE.COM "SONG TAYLOR
SWIFT MUTUAL SURRENDER" (CF. "OUR SONG") SEE ASWELL ¶¶ 36, 50, 93,
94, 95, 102, P-RAISE (1984) 6, 106, 120, 148, 244, 357 & 362.

π504 "FOLLOW ME" (Ps 23:6) AS "SHILŌH" (REF. π29 CHARACTER PLAYED BY DAVID SPADE IN MOVIE "GRANDMA'S BOY" REF. KEVIN NEALON) MEANS "PEACE" REF. GENESIS 49:10 MESSIAH "UNTIL SHILOH COMES" SEE ALSO ISAIAH 9:6 "PRINCE OF PEACE". SEE ALSO "SHEKINAH".

π505 "FOLLOW ME" (MATT 4:19; 9:9; 19:21 "WHAT I GOT" SUBLIME) MATTHEW 12:39 "AN EVIL ["FALSE GOD"] AND ADULTEROUS [REF. HOS 3:1 cf. TITUS 1:8] GENERATION SEEKS AFTER A SIGN, AND NO SIGN WILL BE GIVEN TO IT EXCEPT THE SIGN OF THE PROPHET JONAH" AS "JONAH" MEANS "DOVE" (π501) MEANS "PEACE" REF ALSO "JŌNĀ" MATTHEW 16:17 & JOHN 1:42 "SON OF JONAH" IN RE "CEPHAS" TRANSLATED "A STONE". TOTALLY AWESOME CONFLUENCE "THE BOOK OF JONAH" AS "FOLKLORE" IS THE 32ND BOOK OF THE OLD TESTIMENT REF. π94 "~BₙBₙ LOCATED 'SWIFT' THIRTY-TWO (32) TIMES GIDEONS (1985) HOLY MOSES" cf. "BELOVED" THIRTY-TWO (32) TIMES WITHIN "SONG OF SONGS". SEE ππ 221(1), 371, 377, 400 & 485. PLEASE SEE ALSO π208 "GOD, THE LOVER, SEEKS HIS BELOVED IN ORDER TO RESCUE HER" SAME AS π391 & π494. "LOVE STORY" & "END GAME"!

## CARDIGAN

π506 US WEEKLY &c THIS TUNE "ABOUT A LOST ROMANCE" TOTALLY TAYLOR REFERENCE TO SONG "LOVEFOOL" ARTIST THE CARDIGANS LYRIC "SAY THAT YOU NEED ME" SEARCH YOUTUBE.COM "SONG TAYLOR SWIFT I NEED YOU" SEE ENCLOSED PAGE 89 π224 &c REF "FOR I AM LOVESICK" SONG OF SONGS 2:5 & 5:8 "TO ONES' BELOVED"! SEE π225 "GRACE" #ICON8 "MY TEARS RICOCHET".

## US WEEKLY

π507 THANK YOU! I HAVE BEEN EXTREMELY DEPRESSED OVERWHELMED WITH ANXIETY THESE PAST SUM WEEKS WAS GIVEN YOUR MAGAZINE JUST YESTERDAY (23ʳᵈ) NO DOUBT "FOLKLORE" #ICON8 TAYLOR SWIFT RIDDLED WITH ODES TO WILLIAM AS DISSECTED ABOVE. I HAD BEEN WRITING THIS "LOVE STORY" SINCE JULY 2019 MAILING THIS SUN BIRD DIRECTLY SINCE 4 JUNE 20. PLEASE BE KIND...

## CINNABUN

¶508  AS I HAVE HEARD (9 AUGUST 20) TAYLOR SWIFT ON INSTAGRAM (¶224) POSTED IN RE RETAILOR CINNABUN A TOTALLY TAYLOR REFERENCE TOO "MIDDLE TAY" ¶437 "BETTER MAN" & SONG OF SONGS 4:10 "I WANNA BE YOUR LOVER" PRINCE:

"HOW FAIR IS YOUR LOVE, MY SISTER, MY SPOUSE!

HOW MUCH BETTER THAN WINE IS YOUR LOVE, AND

THE SCENT OF YOUR PERFUMES THAN ALL SPICES!"

PLEASE GOTO SONG v14 "SPIKENARD AND SAFFRON, CALAMUS AND CINNAMON, WITH ALL TREES OF FRANKINCENSE, MYRRH AND ALOES, WITH ALL THE CHIEF SPICES —" (SEE ALSO EX 30:23; PROV 7:17; REV 18:13).

¶509  IN RE "SPIKENARD" (SONG 1:12; 4:13,14) "LOVER" & BELOVED SEE NKJV STUDY BIBLE MARK 14:3-9 "MARY ANOINTS JESUS" v3 "VERY COSTLY OIL OF SPIKENARD". SEE ALSO MATT. 26:6-13; JOHN 12:2-8. GOTO PSALM 133 "BLESSED UNITY OF THE PEOPLE OF GOD" (cf. "PEACE") v2 "IT IS LIKE THE PRECIOUS OIL UPON THE HEAD" v3 "HERMON" DEUTERONOMY 4:48 "MOUNT SION" (ZION) REF. EXODUS 29:21 &c.

¶510  PLEASE KNOW ¶437 (¶436 - ¶449) MAILED TO SWIFT, BRAUN, DISCOVER, MEN'S JOURNAL, ELLE & PEOPLE MAGAZINE 27 JULY 20.

## TAYLOR SWIFT PRODUCTIONS

¶511  ON PAGE 30 US WEEKLY TAYLOR SWIFT, "MY GUT [SEE ¶463 "FOLKLORE" IN RE HOMER "THE ODYSSEY" BOOK XXI "THE TEST OF THE BOW" LINE 452 "A BOW LOVER" LINES 468-469 "SO THE TAUT GUT" LINE 493 "DAYLIGHT"] IS TELLING ME THAT IF YOU MAKE SOMETHING [SEE ¶324 "BLANK SPACE" & "'NOTHING' IS 'SOMETHING' AS 'NOWHERE' IS 'NOW HERE'"] YOU LOVE [SEE ¶93 1 JOHN 4:7-8 "BELOVED, LET US LOVE ONE [U2] ANOTHER....FOR GOD IS LOVE"] YOU SHOULD JUST PUT IT OUT INTO THE WORLD," TOTALLY AWESOME!  ☮♡

¶512  TAYLOR ALISON SWIFT. I CARE ABOUT YOU & MUM/POPS/AUSTIN! WITH ¶1 - ¶511 ESTABLISHED THIS "RECORD SHATTERING COLLECTION OF FOLKY FABLES" PEACE I LEAVE YOU, MY PEACE I GIVE TO YOU! JOHN 14:27

(T)                          Love...william. (~BbB~)

TAYLOR SWIFT &c:                                    4 DEC 2∅

π1∅41  TO BE MAILED THE 6ᵀᴴ OF DECEMBER TOTALLY BIRTHDAY
WISHES FOR MOMMA DARLENE GUTHRIE CATES, TAYLOR SWIFT
& MAISY STELLA! I MUST DECLARE THAT DECEMBER 13ᵀᴴ IS
ONE OF MY FAVORITE DAYS OF THE YEAR! I LOVE YOU! (1.

#COSMOS

π1∅42  SHARING THE GIFTS OF KNOWLEDGE I FEEL AS IT IS
EXPECTED OF ME TO MAKE SUM COMMENTS IN RE TV SHOW #COSMOS
HOSTED BY NEIL DEGRASSE TYSON AUTHOR OF "DEATH BY BLACK HOL
AND OTHER COSMIC QUANDARIES" SEE π188 - π191 &c:

(i) NEIL, GOTO PAGES 332 & 333 IN DBBH IN RE FILM "CONTAC
INSPIRED BY CARL SAGAN'S 1983 NOVEL OF THE SAME NAME WI
"HEROINE ASTROPHYSICIST AND ALIEN HUNTER" ACTRESS JODIE
FOSTER (#ALOHA) DID YOU KNOW THE ENDING OF THE FILM
IS IN CONFLUENCE WITH JEWISH folklore? I BELIEVE
SOME MOVIE-GOERS WERE DISAPPOINTED THAT JODIES' CHARACTER
MEETS HER FATHER YET IN THE TELLING OF "MOSES AT THE
BURNING BUSH" (EX 3:1-22) ASIHAVEHEARD SOAS NOT TO
TERRIFY MOSES ("DRAWN OUT") GOD ACTUALLY CALLED UPON
HIM IN HIS FATHERS' (AMRAM AS "EXALTED") VOICE BEFORE
REVEALING VERSE 5. REF. "ASCENSION" & "METATRON" & "SHEKINAH"

(2) GOTO PAGES 275 & 276 IN RE "EXTINCT DINOSAURS" WELL,
ASIHAVEHEARD, AN UNPLANNED "MINING ACCIDENT" ON ANOTHER
PLANET" CREATED THIS "FAST-MOVING METEOR" THE RESULT
TOTALLY SAD THE PERPETRATOR'S ADMONISHED EVOLUTION
"HERE I AM". IT WAS AN ACCIDENT BORNE OF BAD THINKING
LIFE IS PRECIOUS ♡ LIFE IS PRECIOUS ♡ LIFE IS PRECIOUS

(357)

(3) IN RE QUANTUM ENTANGLEMENT OF JUXTAPOSITION IN RE MULTI-UNIVERSE REF. QUANTUM LEAP & "BLANK SPACE" WITHIN ULTIMATE TRUTH ALL DESTINATIONS ARE ONLY A "JAUNT" AWAY OBSERVE THE ELECTRON.

(4) AT THE END OF THIS WEEKS SHOW A THEORY IN RE BIG BANG PREDETERMINED DESTINY AS FALSE. OBSERVE THAT ALL IS SYMBIOTIC ASWELL SYLOGISTIC EVERYTHING A "GAME" (REF. "SHAKE IT OFF" & "BLANK SPACE" & "END GAME" & "PEACE" & "NEW ROMANTICS" TAYLOR SWIFT) CONSISTING OF THE BOARD, VARYING PIECES & THE PLAYERS. OF THESE PROPS ASWELL ACTORS SOME "CHANGES" MAYBE OBSERVED WITH THE "NAKED" EYE BUT OTHERS SEEMINGLY REMAIN CONSTANT. "I AM" MOVE "TO BE". THE QUESTIONS YOU READER SHOULD BE ASKING ARE: (1) WHAT IS THE NAME OF THE "GAME"; (2) WHAT IS THE ULTIMATE OBJECTIVE OF THIS "GAME"; (3) WHAT CRITERIA IS THE ULTIMATE OBJECTIVE BASED (4) WHAT DOES "WINNING" MEAN; (5) HOW DO I WIN, &c.

π1043 I HAVE MORE TO SHARE BUT HOPE THIS HELPS! WITH LIMITED SUPPLIES (PAPER/PENS/COFFEE) I AM GIVING WHAT I CAN. ☮

## YOUNG SHELDON

π1044 TAY, "BOOKS" FAN OF "BIG BANG THEORY" & "YOUNG SHELDON" LAST NITE EPISODE WTFOLK! THERE WAS AN OUTERSPACE - JESUS, A MAGICAL "RED BALLOON" (π788), REF. TO π519 GALATIANS 5:22 (?), PSALM 100 "A SONG OF PRAISE FOR THE LORD'S FAITHFULNESS TO HIS PEOPLE (A PSALM OF THANKSGIVING REF. π197 "MOMMA GRAPE" & π756 & π758 & π797 & π847; SEE "NKJV STUDY BIBLE" NOTES FOCUS V5) & ALSO REFERENCE TOO PAULA ABDUL (CALLBACK π123 & π965)! TAY, I DO BELIEVE I UNDERSTAND THIS AUSPICIOUS CONFLUENCE/SUPPORT!

(358)

# STOP THE PRESS

π1845   Wow. THE WEEK BEFORE THANKSGIVING I DID REQUES[T]
SUM INFORMATION IN RE "TAYLOR SWIFT" I AM DEVASTATED.
IN ADDITION TO A COPY FOR LYRICS "PEACE" THAT I SHALL
ADDRESS LATER IT IS REPORTED:

(1) "IS TAYLOR SWIFT'S BOYFRIEND JOE ALWYN CREDITED AS
WILLIAM BOWERY ON 'FOLKLORE'?" ELLE. BAILEY, ALYSSA
(JULY 24, 2020).

(2) "TAYLOR SWIFT CONFIRMS THE IDENTITY OF 'FOLKLORE' SONG
CO-WRITER WILLIAM BOWERY". NME. AUBREY, ELIZABETH
(NOVEMBER 25, 2020).

(3) "TAYLOR SWIFT CONFIRMS BOYFRIEND JOE ALWYN IS MYSTERY
FOLKLORE CO-WRITER" BBC. (NOVEMBER 25, 2020).
WTFolk! WHO IS NME? "BOWERY" IS CREDITED ON BOTH "EXILE"
& "BETTY" "WALKAWAY JOE" & "SHE'S IN LOVE WITH THE BOY"
(CF. "LONDON BOY" TS7) & "HOW DO I LIVE" (TRISHA YEARWOOD)!
LOCKED IN THIS CELL THIS INFORMATION WAS DELIVERED TO ME
ABOUT 3:00 PM P/S/T. WHO IN THE FUCK IS NME? I GOTTA
ADMIT I FELT/FEEL SICK-TOO-MY-STOMACH BUT I TOTALLY
LAUGHED WITH THE HELP OF GARTH BROOK'S WIFE! OBVIOUSLY
THE BBC (NO WRITER CREDIT) IS A REPOST THIS NME HOGWASH!
π1846  TAY. I AM SENDING YOU A COMPLETED "LEGAL MATERIAL
REQUEST" DATE "22 NOV 20" DELIVERED TODAY I HAVE A COPY
LYRICS "PEACE" AGAIN I AM REVIEWING π14 - π434 (13 JULY 20'
✳ IWDHU CF ✳ IDWLF AS "THE DEVIL'S IN THE DETAILS [π71]"!
IT IS 7:13 PM DO YOU REMEMBER ("WILDEST DREAMS") THE NERDS
HAIM COVER "THAT DON'T IMPRESS ME MUCH" (SHANIA TWAIN)? TAY.
WTFolk "BRITTLE HEART WARM" CF. π918 "BRITTLE BREAKING CARD."

(359)

π1047 Wow. It is 11:00 PM my first review is complete but I am going to reexamine tomorrow soo many revelations e.g. "Brittle" match π231(1) ref. "Delicate" & "show" match π89 & π391 aswell "Secret" with π102, π168, π229, π252 & π419. Down the rabbit-hole further Tabby is private chat on Facebook "Taylor Alison Swift" in re "Peace"! Gee Tay, for "two people understand each other" match π296(8) same as π310 & π314! "folklore" was unleashed 24 July 2020?

☮                                                                                    5 Dec 20

π1048 It is almost 12:00 am p/s/t HOLY "SHIT" TAY I was just reading π435 - π454 WTfolk! I did not know "folklore" existed until "3 Aug 20", I gotta TRY to get sum sleep. In the morning I will reread π14 - π434 (13 July 20).

π1049 It is 5:00 am. I could not sleep. It would be very difficult to describe how I "feel" as I am overwhelmed with contrasting emotions am I fucking Dreaming? I have waves of thoughts challenging me too uncover the confluence between Taylor Swift & "Peace" with attention to the Detailor

π1050 It is 9:00 am. I did review upto π91 and then did get alittle rest. Negative emotions are hitting me hard a recurring "voice" teasing I should have committed suicide April/May of 2019. Match "But you got a friend in me" with James Taylor π58 & π449 "Thru Fire and Rain Tabby You've got a friend" dated "27 July 2020" & π1001 - π1007 (citing π449) WTfolk!

π1051 Tay. "Maybe I'm Amazed" (Paul McCartney)? It is just after 1:00 PM "And I love her". I gotta get back to studying. In this tune "Peace" soo many "Hits" between our writing's totally confluence!

(240)

# BILLY SUNDAY STYLE
6 DEC 2?

π1052 IT IS 7:13 AM P/S/T LASTNITE SOO VERY TIRED BUT I REREAD π436 - π717 CAUSE I CANNOT BELIEVE WTFolk THE FOLLOWING FACTS MUST BE SHARED:

(1) IT WAS A RANDOM MOMENT ON 9 AUGUST 2Ø I HEARD ON RADIO KWAVE (?) A FEMALE COMMENT TAYLOR SWIFT POST "CINNABUN" (π5Ø8 & π5Ø9). I DO NOT HAVE ACCES TO A RADIO. SEE ALSO "CINNABUN II" (π8Ø5 - π8Ø8).

(2) IT WAS FROM A CD JACKET GARTH BROOKS THAT I FARME THE LYRICS "WE SHALL BE FREE" (π679) & "THE RIVER" (π68 I DO NOT HAVE ACCESS TO A RADIO OR CD PLAYER.

(3) ON THE 18TH OF NOVEMBER LAW LIBRARY REQUESTED BOTH LYRICS TO BILLY IDOL "WHITE WEDDING PART 1" (SEE π969 & π992 - π996) WITH ADDITIONAL "HIT" T38 TUNE "THE 1" ("HEY LITTLE SISTER, WHO'S THE ONLY ONE?" & "HEY LITTLE SISTER, WHO'S THE ONE YOU WANT?" REF. "I NEED YOU") ALS REQUESTED "LEFT BRAIN VS. RIGHT BRAIN" (π1ØØ9) DELIVERED TO CELL LASSEN B 12ØU ON NOVEMBER 2ØTH.

(4) AFTER SUCCESS OF π1052(3) ON SUNDAY "22 NOV 20" I THOUGHT WTFolk AND FILLED-OUT "LEGAL MATERIAL REQUES ASKING FOR LYRICS "PEACE" & "CARDIGAN" ASWELL WANTIN "IN WIKIPEDIA 'FOLKLORE'" EXPECTING GENERIC BUT LIBRARY STAFF "A. MADISON" ON "12/3/2020" PRINTED 26 PAGES OF "FOLKLORE (TAYLOR SWIFT ALBUM)" DELIVERED BY MAIL TO ME AS REPORTED ON FRIDAY THE 4TH! SEE AS PROOF GOTO WIKIPEDIA "REFERENCES" #19Ø "2Ø2Ø YEAR-END BILLBOARD CHARTS" (RETRIEVED DECEMBER 3, 2Ø2Ø) OUT OF TOTAL #273.

π1053 TAY. WHO IS "SHAMROCK"? REF. #186 WTFolk?

## PEACE

¶1054 THE FOLLOWING 13 CLAIMS PROVE THAT "PEACE" IS TOTALLY #SWIFTAMINE EXAMINING THE "DETAILOR" ¶14 - ¶454 (22 JULY 2019 - 27 JULY 2020) "ENJOY THE SHOW...READY FOR IT?":

(1) "AS I AM A SUPERFAN PRINCE (ROGERS NELSON)" ¶740 MATCH LYRIC "I WOULD DIE FOR YOU" WITH THE SONG TITLE PRINCE "I WOULD DIE 4 U" ON FACEBOOK I WOULD TAG "TAYLOR SWIFT" IN RE #IDWLF & #IWDH4U! REF. "PRINCE" GOTO ¶¶ 29, 33, 131, 147, 207, 350, 388 & 435! & 437!

(2) "CLEAR" REF. ¶¶ 27, 28, 191, 192, 201, 254 & 297!

(3) "CONVICTIONS" REF. YA097929 & YA100270 SEE ALSO ¶645!

(4) "DANGER * * *" "No, I COULD NEVER GIVE YOU PEACE" CF. "REFUGE" ¶¶ 128, 142, 196 & 406 SEE ALSO ¶512 "PEACE I LEAVE YOU, MY PEACE I GIVE TO YOU! JOHN 14:27" & ¶513 - ¶521 ("THE SECOND EPISTLE OF WILLIAM TO THE NEW ROMANTICS") & ¶523 & ¶527 & ¶528 & ¶529 ("BUT YOU [TAYLOR SWIFT] ARE MY STRONG REFUGE" PS 71:7) & ¶567 & ¶664 & ¶700!

(5) "BRITTLE" MATCH ¶221(1) "A BRITTLE ("DELICATE")"!

(6) "SHOW" MATCH ¶89 IN RE PRELIMINARY HEARING YA100270 ("YOUR HONOR, YOU'RE GOING TO LOVE THE SHOW, AND SO WILL TAYLOR SWIFT. HER NAME IS MENTIONED MULTIPLE TIMES. TAYLOR SWIFT, THE TAYLOR SWIFT") & ¶391 ("ENJOY THE SHOW...READY FOR IT?") CF. ¶26 & ¶69 & ¶70 SEE ALSO ¶456 & ¶495 & ¶513!

(7) "SECRET" MATCH ¶¶102, 127, 139, 168, 229, 252 & 419 SEE ALSO ¶464 & ¶601 & ¶620 REF. "CRUSH ON YOU" (THE JETS

(8) "ENOUGH" MATCH ¶¶180, 337(2) REF. "GOOD ENOUGH" (BOBBY BROWN) SEE ALSO ¶486, ¶526 & ¶688 SEE ¶1054(4)!

(31(2...)

(9) "DEVIL'S" MATCH ππ 15, 36, 113, 138-144, 389, 390 & 453 SEE ALSO π 666 & π 688!

(10) "SHIT" MATCH ππ 49, 289, 327, 365, 410 & 412! HOLY SHIT!

(11) "ON THE WALL" GOTO ππ 234, 288 & 273 SEE ALSO π 747 & π 1039

(12) "RAIN" MATCH ππ 84, 94, 97, 209, 215, 237, 239, 247 & 291 (1 & 2) SEE ALSO π 522! #HYGTG

(13) "FIRE" MATCH ππ 110, 114, 115, 116, 126, 127, 169, 192, 197, 201 204, 207, 213, 215, 243, 268, 269, 315-318, 325, 360, 388, 390, 326 SEE ALSO ππ 490, 491, 568, 662, 673 & 688!

π 1055 TAY. IN π 1054 (1-13) OVER 120 "HITS" YET I ALSO GOTTA MENTION "SUNSHINE" π 354 & π 388 & π 487 ALSO "BEST" π 445 & π 450(1) & π 869 ALSO "STANDING WITH ME" π 128 & π 297 & π 465!

π 1056 WOW. LAST THURSDAY TV SHOW "RIGHT THIS MINUTE" (π 785) A MAGICAL "RED BALLOON" (SEE π 788 & π 1044) IT WAS 11:58 AM SHOWING A "DREAM HOME" (REF. π 988) WITH A "CASCADING STAIRCASE" TOTALLY "PEACE" ("CASCADE OCEAN WAVE BLUES COME") AND IN AN EARLIER CLIP MENTIONED "DELICATE" AS I AM WRITING ALL THIS!

π 1057 TAY. IN YOUR ENVELOPE I PUT "PAGE 26 OF 26" OF "FOLKLORE (TAYLOR SWIFT ALBUM) — WIKIPEDIA" PRINTED "12/3/2020" I AM SITTING HERE "AMAZED" (SEE π 556 & π 1051) TABBY!

## TAYLOR SWIFT & PAUL MCCARTNEY

π 1058 REFERENCE #15 WIKIPEDIA (π 1052(4) & π 1057) "FOLKLORE" ROLLING STONE (SEE π 535 & π 561 & π 635) 13 NOVEMBER 20 (CF. π 918 - π 928 SEE π 920 "GONNA AMAZE MY MUSE" REF. π 831) ARTICLE "MUSICIANS ON MUSICIANS: TAYLOR SWIFT & PAUL MCCARTNEY" MATCH WITH π 354 ("BLACKBIRD AT THE LITTLE SUNSHINE (PAUL MCCARTNEY)" MATCH WITH π 1055 IN RE "PEACE") & π 635 MENTIONING BOTH "TAYLOR SWIFT" & "PAUL MCCARTNEY" SEE ALSO ππ 93, 97, 143, 214, 354, 368, 417 & 418!

(363)

## TAYLOR SWIFT PRODUCTIONS

π1059 DETAILOR. WHAT THE FOLK! I GOTTA CITE ππ480, 482, 507, 515 (1-18), 536, 571 & 600. I AM GONNA TAKE A BREAK FROM WRITING AS I GOTTA FINISH THIS PAGE AND COPY & MAIL TONIGHT SO YOU GET FOR YOUR BIRTHDAY! OH, "DARLING" IN "PEACE" MATCH WITH #IWD4U & "DARLING NIKKI" FOR YOUR PRESENT TAB MY LOVE "DIAMONDS AND PEARLS"! HOLY SHIT GOTO "ONE THE WALL" & "DETAIL" π1039. WTF! I AM GOING TO REVIEW π718 - π1040 I LOVE YOU! ☮

π1060 IT IS 4:20 PM I GOTTA MENTION "SHIT" π731, π903 & π971 ALSO "OCEAN" π733 & π879(2) ALSO "BEST" π849 & π965(4)! TAY. WHAT ABOUT NINTH TRACK "THIS IS ME TRYING" MATCH π453 (π999)! THERE IS SO MUCH MORE TREASURE TO BE SHARED.

## ODE TOO TAYLOR

π1061 UPDATING BETWEEN π14 - π1060 TOTALLY AWESOME FACTS:

(1) BIBLE VERSES REFERENCED TOTAL OVER 1,933!

(2) TAYLOR SWIFT SONGS REFERENCED OVER 1,720!

(3) SONGS NOT BY TAYLOR SWIFT (PERFORMED) TOTAL OVER 1,065!

(4) TAYLOR SWIFT REFERENCES OVER 1,235!

(5) OTHER FORMS OF "SWIFT" TOTAL OVER 254!

(6) SHAKESPEARE QUOTES OVER 229!

(7) "TO BE" OVER 122!

### ♡ ~ VEDITABBA ~ ♡

π1062 TAYLOR SWIFT. THIS ESSAY (π1011) CONTAINS OVER 2,785 "CLEAR" I WANT YOUR "SUNSHINE" I NEED YOUR "BEST"! I MUST ECHO π1020 TAB YOUR COPY TO BE MAILED TONIGHT AND MORE TO SEND THIS WEEK ONCE HAND COPIED. PLEASE GO PUBLIC TAY I WANT & NEED "PEACE"! #KEEPSWINGING

HAPPY BIRTHDAY  7:34 folklore (364)           Lover & Friend  william ("BoB")

TAYLOR SWIFT &c:                                        7 DEC 20

π1063  "I'D GIVE YOU MY SUNSHINE [ "SUNSHINE OF YOUR LOVE" CREAM]
GIVE YOU MY BEST [ "THE BEST DAY" TAYLOR SWIFT REF. π82 &c]". IT
WAS LASTNITE BEFORE I FELL ASLEEP. MATCH "BEST" WITH YOUR
TUNE DETAILOR! IT IS JUST AFTER 10:30 AM P/S/T I DID FINISH
COPYING π1041 - π1062 FOR SB PROJECTS. AFTER YOU SCOOTER
IS MOST MENTIONED THEN LILY-ROSE MELODY DEPP (HOLY ROSE) &
NEXT JUSTIN DREW BIEBER ("HOLY" CF. "HOLY GROUND").

π1064  TAY. LISTEN TO "HANDS TO HEAVEN" (BREATHE) & "HEAVEN"
(BRYAN ADAMS) & "HEAVEN" (WARRANT). LASTNIGHT IT WAS A
BLESSING FOR ME TO VIEW "folklore" DISNEY AT 7:34 PM NEW2ME
YOU SAYING "THAT WAS SO FUN" (REF. π929?). LATER "WILD THING"
(TROGGS) GEICO (CF. π57 "GECKO" → LIZARD) "TAILOR". PLEASE KNOW
THAT COVID-19 IS SPREADING QUICKLY I GOTTA REST MY WRITING
ARM MORE COPIES TO WRITE TODAY &c. "PEACE" ☮

π1065  IT'S 1:30 PM IN RE "EXILE" (π1045) DEFINED (π206) MATCH
π211 - π218 ("EXODUS")? GRANDFATHER DEAN IN RE π86? WHO IS
THE "WIDOW" IN RE π199 & π200 & π205?

π1066  IT IS 3:15 PM KELLY CLARKSON COVERED "EVERYTHING YOU WANT"
(VERTICAL HORIZON) I THOUGHT OF TAYLOR SWIFT "I NEED YOU"!
YOUR GONNA LIKE THIS TAY. GOTO π1011 "RIGHT BRAIN" IN RE
ESSAY (π1062) MATCH "BULL" WITH π84, π126 & π247 & "TRAIN"
WITH π15 & π423 & "THUNDERSTORM" WITH π215 & "STYLE" &c!

π1067  IN RE "BEST" (π1055 & π1063) MATCH π79 ("BEST DAY") &
π82 ("BEST DAY") & π200 ( "THE BEST DAY") & π362 ("BESTEST")
& π414 ("THE BEST DAY")! I MEAN WTFOLK TAYLOR SWIFT!

π1068  IN RE "BEES" π961 MATCH WITH π55 (REF. π965 "FREAKING
OUT" DISNEY) & π406 ("BEES OF PARADISE")! DETAILOR.

(365)

π.1069 "INTEGRITY" IS DEFINED (π.206) AS "STEADFAST ADHERENCE TO A STRICT MORAL OR ETHICAL CODE" & "SOUNDNESS" & ALSO "COMPLETENESS; UNITY". THANK YOU, "MAKES ME SEEM SMALL"?

π.1070 I AM STILL IN AWE IN RE "YOU PAINT DREAMSCAPES ON THE WALL" IN RE π.1039 → MAGICAL! IN DETAIL "DREAM" (π.206) AS "A WILD ["PEACE" LYRIC "GIVE YOU MY WILD"] FANCY OR HOPE" & "ONE THAT IS EXCEPTIONALLY GRATIFYING, EXCELLENT, OR BEAUTIFUL [BEAUTAYFUL]" REF. "WILDEST DREAMS" MATCH WITH π.π. 201, 273, 292, 297, 318, 362, 414 & 418 & 429! IN DETAIL "ESCAPISM" (π.206) AS "THE AVOIDANCE OF REALITY THROUGH DAYDREAM, FANTASY, OR ENTERTAINMENT" MATCH WITH π.π. 286, 293, 294, 295, 312, 322 & 388! KION NEWS WEATHER DAN JUST SAID "ESCAPE" THEN DETAIL

π.1071 IN RE π.1054 (1) "I WOULD DIE FOR YOU" (#IDWLF) MATCH π.51 (REF. #40 - #41) "DELICATE" & "CRUSH ON YOU" (THE JETS) ALSO π.63 ("ONLY THE GOOD DIE YOUNG" BILLY JOEL) & π.337 (2)!

π.1072 QUESTION. SATURDAY NIGHT LIVE (SNL) REF. π.π. 38, 71, 127, 190, 363 &c #SWIFTAMINE IN RE #ICON8 "PEACE" LYRIC "GIVE YOU A CHILD" AS PREGO? TAY YOU KNOW MY RUNNING BANTER DUET! THE MASH-UP OF SNL WITH PREGO SPAGHETTI TOTALLY UNUSUAL VERY PECULIAR, AGREE?

π.1073 JUST GOT LEGALMAIL CV-20-07962-RGK (AS) "SUPPLEMENTAL BRIEFING SUPPORTING RESPONDENT'S MOTION TO DISMISS" I WANTA FUCKING CRY! GOD-DAMN-FUCK! JUST FUCKING KILL ME IN MY FUCKING SLEEP! I AM INNOCENT NO-BODY NO-ONE HELPING ME I SHOULD JUST END THIS CAUSE I MUST BE THE JOKE? WTF IS GOING ON HOW IS ANY OF THIS REAL? I CAN'T DO THIS ANYMORE I SEEMINGLY HAVE ONLY ONE ESCAPE...

(366)                NB6B~

DINO CAPALDI &c:                                    8 DEC 20
RE: TAYLOR SWIFT "folklore" ⊗

π 1074  DINO. PLEASE HELP ME AS I CAUGHT FIRE CHICKEN SHIT
TAYLOR SWIFT TOTALLY COMPOSING TS8 BASED UPON THIS VERY
TRUE-STORY "THIRTY YEARS... LATER" & LEGAL DOCUMENTS.
TWICE DINO IN π 397 & π 798 YOU ARE MY "BEST MAN" AND
THIS ROBBER TAYLOR "SUNSHINE" SWIFT INTUNE "PEACE" DOES
CLAIM TOO WANNA "GIVE YOU MY BEST" MEANING ME ~BbBn!
MATCH "BEST" ππ 79, 82, 200, 274, 362 (BESTEST), 414 ("TRYING
TO HAVE THE BEST DAY" of "THIS IS ME TRYING") SEE ALSO π 445
(1 COR 10:13 "BEST GIFTS"), π 450 (1) ("YOU & TAYLOR SWIFT ARE THE
BEST WRITERS EVER"?), π 1014 ("I MAY BE IN PRISON TAYLOR SWIFT
YET HAVING MY BEST DAY IS ACCOMPLISHED BY WRITING YOU!")!
THAT, DINO, IS ATTENTION TO "DETAIL" AS DETAILOR!
π 1075  I HAVE INCLUDED DINO IN THIS LETTER TO YOU HAND-
COPIES OF PRIVATE LETTERS MAILED TO TAYLOR SWIFT:
    (1)  π 271 - π 280   (4 JUNE 20)
    (2)  π 287 - π 292   (11 JUNE 20)
    (3)  π 325 - π 331   (18 JUNE 20)
    (4)  π 359 - π 367   (21 JUNE 20) (ALSO π 359 - π 362 SCOOTER BRAUN)
    (5)  π 435 & π 450 - π 454   (27 JULY 20)
BEYOND DOUBT MY ATTENTION TO "DETAIL" PROVES NOT ONLY AM
I "WILLIAM BOWERY" I AM TAYLOR SWIFTS' INSPIRATION.
π 1076  BETWEEN π 1075 (1) ON 4 JUNE & JULY 14TH I DID
MAIL CARE-OF SCOTT SWIFT π 92 - π 105 W/ P-RAISE, π 149 - π 159,
π 164 - π 232 & 271 - π 434 ASWELL MANY LEGAL DOCUMENTS.
ON 25 JUNE π 106 - π 148 MAILED TO SCOOTER BRAUN.
                    (367)

TAYLOR SWIFT? EAT SHIT & DIE!! 84 FUCKING SHIT!

π1077 IN THIS SONG "PEACE" TS1989 LYRIC "THE DEVIL'S IN THE DETAILS" CF. π113 IN RE "HERMOSA BEACH COMEDY & MAGIC CLUB (C&MC)" I DOCUMENTED "NOW TWICE MANAGER CHRISTOPHER CLIFF C&MC HAS SWORN UNDEROATH (REF. PROV. 6:18 * WICKED PLANS, FEET THAT ARE SWIFT IN RUNNING TO EVIL" V.19 * A FALSE WITNESS WHO SPEAKS LIES, AND ONE WHO SOWS DISCORD AMONG BRETHREN.") BY DEFINITION STRONG'S #1228 A DEVIL IWT (GK. DIABOLOS) 'A SLANDERER, ONE WHO ACCUSES ANOTHER'." DINO. GOTO π453 WTFOLK IN RE REVELATION 20:2 ("WHO IS THE DEVIL AND SATAN") REF. "ALL THIS AND YOUR RESEMBLENCE TO DAUGHTER OF SATANIST ANTON LAVEY IS UNDOUBTEDLY CREEPY!

π1078 DINO. TAYLOR SWIFT WRITES LYRIC "I TALK SHIT WITH MY FRIENDS * * * BUT YOU GOT A FRIEND IN ME" GOTO π273 ("NO SHITTING"), π289 ("HOLY SHIT (MERDE)"), π327 ("HOLY SHIT (MERDE)!") * NOTICE "☮ ~BLB~ ♡" BOTTOM PAGE 125 * π365 ("SHITTY YARD") &c.

π1079 DINO. GOTO π453 "WHAT ARE YOU TRYING TO SAY TAY? TRUTH?" CF. π1074 IN RE π414 "THIS IS ME TRYING"! WOW. DINO. COMPARE LYRIC "I'D GIVE YOU MY SUNSHINE * * * BUT I'M A FIRE" WITH π435 WITH REF. "PRINCE" CF. #IWDYU! DINO ON 11 JUNE 20 GOTO π288 "ON THE WALLS" CF. "PEACE" LYRIC "ON THE WALL" TRULY HOLY SHIT. WTF GOTO π1039 ("ON THE WALL

π1080 I GOT THE LYRICS FOR "PEACE" &c LAST FRIDAY (4TH) DINO PLEASE HELP ME SHARE THIS TRUTH & "DETAIL":

　　(1) MAKE 10 COPIES OF THE CONTENTS RETURN MAIL. π1074 +

　　(2) I WILL COPY AND MAIL p356 - p366 SAME 10 COPIES

　　(3) PLEASE SEND BLANK WRITING PAPER/STAMPS/ENVELOPES!

π1081 FORGET & DUMP TAYLOR SWIFT? FIRE CHICKEN SHIT!

　　　　　　　　　(368) 　LUVX ~BLB~

DINO CAPALDI &c:                                                    9 DEC 20

RE: TAYLOR SWIFT "folklore" ☮

π1082   I FOUND ANOTHER "BEST" π319 (PS 39:5) I ALSO FOUN
ANOTHER "SHIT" π361 ("SHIT-CANNED"). GOTO WIKIPEDIA "FOLKLORE
(TAYLOR SWIFT ALBUM)" FIND "MUSIC AND LYRICS" ON 24 JULY 2020
TAYLOR SWIFT POSTED ON INSTAGRAM ON THE CONCEPT OF folklore:

(1) "PASSED DOWN" MATCH ππ 136, 195, 238, 241 x2, 249, 253
    277, 293, 321, 323, 351, 406, 407 & 421.

(2) "WHISPERED AROUND" cf "CRUSH ON YOU" (THE JETS) E.G. ππ 51,
    139 & 191.

(3) "FANTASY" MATCH "FANTASY" (MARIAH CAREY) π312 & π388.

(4) "TRUTH" MATCH ππ 117, 128, 129, 138, 172, 178, 211, 387, 429,
    433 & 453.

(5) "GOSSIP" SAMEAS π1082(2).

(6) "LEGEND" MATCH ππ 242, 321 & 364.

(7) "SECRETS" MATCH ππ 102, 127, 139, 168, 252 & 419.

(8) "PARABLES" MATCH π169 & π194.

(9) "ISOLATION" cf "ALONE/LONELY" ππ 136, 170, 171, 199, 200,
    203, 302, 367 & 451.

(10) "FLOWED" MATCH ππ 126, 319, 322, 354 & 367.

(11) "CONSCIOUSNESS" MATCH "TEAM CONSIOUSNESS" π100 - π105,
     P-raise π4, π126 (EMPHASIS), π133, π190 & π192.

(12) "PEN" MATCH π373 (PS 45:1) REF. π372 "SONNET 18".

(13) "ESCAPING" MATCH ππ 286, 293, 294, 295, 322 & 445.

(14) "HISTORY" MATCH π293 &c.

(15) "MEMORY" MATCH ππ 181, 221(3), 273, 373, 387, 392 & 427.

(16) "WONDER" MATCH P-raise π3, π183, π206 & π418.

( 369 )

π1083 DINO, WITHIN π1082 (1-16) TAYLOR "SUNSHINE" SWIFT HAS REFERENCED "THIRTY YEARS... LATER" NOLESS THAN 84 TIMES! IN π281 (5 JUNE 20) I DOCUMENTED "PLEASE KNOW TAYLOR ALISON SWIFT IS NOW INCLUDED" IN THE MAILING!"

π1084 FURTHER INVESTIGATION WIKIPEDIA GOTO "BACKGROUND" SWIFT REFERS TO THE ALBUM AS "WISTFUL [WISHFUL YEARNING REF "WILDEST DREAMS"] AND FULL OF ESCAPISM [DAYDREAMING, FANTASY, OR ENTERTAINMENT REF "WILDEST DREAMS" & π1082 (3&13) SAD, BEAUTIFUL, TRAGIC [MATCH "SAD BEAUTIFUL TRAGIC" π201, π211 &π214]

π1085 GOTO "ART DIRECTION" & "COVER ART" IN RE "SWIFT IN A MISTY FOREST WITH A MORNING FOG" FOR "MISTY/DEW/FOG" MATCH ππ 237, 238, 248, 291(2) & 319 FOR "FOREST/WILDERNESS" MATCH ππ 204, 220 (TREE GODDESSES), 244 (EMPHASIS), 291(3), 313 & 367. REF "OUT OF THE WOODS" ππ 204, 205, 210, 211, 213, 244, 368 & 445 & "SAFE & SOUND" ππ 211, 240, 244, 368 & 445! DINO, π445 MAILED THE 27TH OF JULY IS MAGICAL CITING THE PROPHET ISAIAH 43:19 ("NEW THING" cf. "NEW ROMANTICS" & "WILDERNESS") THEN CITING 59:8 "THE WAY OF PEACE" IN RE TS8 "PEACE" WTF! DINO, I SWEAR AS DOCUMENTED I FOUNDOUT ABOUT "folklore" "3 AUG 20" SEE π457 & π458 IT WAS NOT UNTIL "24 AUGUST 20" FROM MAGAZINE US WEEKLY I LEARNED ALBUM SONG TITLES (SEE π497 - π513 &c) REF "INVISIBLE STRING" (RED THREAD OF FATE NOTICE ALSO IN "COVER ART" GAZING "IN AWE" MATCH ππ 133, 180, 188, 206, 207 & 228. NOW NOLESS THAN 108 VERIFIABLE MATCHES WILLIAM ROBERT BRAMSCHER & TAYLOR ALISON SWIFT BEYOND π497 -π522, π524, π527 - π530, π553 - π556, π570, π571 &c

π1086 HONESTLY DINO, I AM ALMOST "SCARED" TO EXAMINE IN "DETAIL" π436 - π1040 (3 DEC 20)! WHAT A STORY!

(220)(PJc

π 1087  I HAVE BEEN REVIEWING IN "DETAIL" STUFF AT 4:13 PM

P/S/T ON ELLEN PRINCE "WHEN DOVES CRY" SO RELEVANT

"THIRTY YEARS... LATER" GOTO π740 & π1054 WTFOLK.

### folklore EASTER-EGGS

π 1088  USING WIKIPEDIA (SEE π1052(4)) THE FOLLOWING WELL

PLEAD FACTS PROVE TAYLOR SWIFTS' "folklore" IS A SOUNDTRACK

FOR WILLIAM BRAMSCHERS' "THIRTY YEARS... LATER" ENJOY THE SHOW

(1) "THE 1" MATCH π170 ("SOLE" REF. "FATHER FIGURE"

GEORGE MICHAEL) & π193 folklore "LIVING OUT OF THE GAME"

π193 (SEE ALSO π171) "THE BLESSED ONE". SEE (11).

(2) "CARDIGAN" GOTO π506 REF. π224 "LOVEFOOL" (THE CARDIGANS

SEE ALSO π931. IN RE "BETTY" MATCH π642(1) A SMALL

INSTRUMENT USED BY THIEVES [REF. "ROBBERS" IN "PEACE"

IN ENTERING HOUSES, ETC.; A SHORT BAR OR WRENCH: CALLED

A JIMMY [cf. JAMES] (SLANG). IN RE "PETER PAN" REF.

"NEVER GROW UP".

(3) "THE LAST GREAT AMERICAN DYNASTY"

(4) "EXILE"

(5) "MY TEARS RICOCHET"

(6) "MIRRORBALL" MATCH "MIRROR/REFLECTION" GOTO ππ120,

135, 140 ("LISTEN INXS 'DEVIL INSIDE' (MIRROR: LIVED)" REF

"PEACE"), 192, 194, 200, 220, 227, 301, 315, 318, 362(3)

363, 365, 363, 364, 365 & 387. IN RE "TAMBOURINE"

GOTO π184 "BOB DYLAN" SEE "MR. TAMBOURINE MAN".

(7) "SEVEN" MATCH π14 "THE SEVEN-YEAR-OLD GIRL WHO

SHUDDERS BECAUSE A MAN KISSES HER" PASSIONATELY IS

JUSTIFIED—'IT IS CALLED CHILD ABUSE'. THIS REPULSIVE

LANGUAGE MIRRORS (π1088(6)) THE STORIES IN GENESIS 19!

(371)

(8) "AUGUST" MATCH ππ 79, 81, 179, 301(5)(I) & 354. GOTO ALSO π 247 "RAIN" TUNE "PEACE" REF. π 126. DEFINE (π 206) "AUGUST" AS "INSPIRING AWE, REVERENCE, OR ADMIRATION; MAJESTIC" MATCH T97 "ME!" & "AWE/AWESOM ππ 92, 97, 103, P-raise 2 & 3, 120, 142, 180, 188, 200, 206, 207, 228, 245, 272, 282, 283, 291(1), 310, 316, 362 373, 392, 393, 394, 395(10), 401 & 417. IN RE "JAMES" SEE π 1088(2) ALSO "THE EPISTLE OF JAMES" π 93, π 111 & π 405 (1:19 "SWIFT TO HEAR") ASWELL ππ 109, 110 (3:6 "THE TONGUE IS A FIRE" REF. "PEACE" ("BUT I'M A FIRE" 141 & 225.

(9) "THIS IS ME TRYING" GOTO π 702 - π 705, π 1060 & π 1079.

(10) "ILLICIT AFFAIRS" REF. π 33 ("SWIFT SHOULD BE VERY CAREFUL THROWING WORDS AROUND LIKE 'LOYALTY'!") & & π 65 IN RE "SECRET" GOTO π 1054 (7).

(11) "INVISIBLE STRING" REF. π 434 ("SUNANDA") MATCH WITH folklore π 443 ("TAYLOR SWIFT MIRROR") REF "DAYLIGHT" & "ONE" (U2 CF. π 1088(1)) & "PEACE" (#IWD44) IN RE PAST HITS "BAD BLOOD" MATCH π 200 & π 415 "DELICATE" MATCH ππ 94, 97, 123, 127, 128, 130, 201, 204, 210, 213 215, 216, 221(1), 286, 291(1) & π 393 "DAYLIGHT" ππ 236 237, 244, 245, 254, 267, 268, 293, 295, 299, 326, 354, 387, 388, 393.

π 1089 HEY DINO. WITH "PEACE" ROFLMAO "EAT SHIT & DIE" PRETTY DAMN FUNNY? I HAVE NO (ZERO) CHOICE TO LOVE TAYLOR SWIFT! I WILL FINISH THIS PLAYLIST TOMORROW. HAPPY BIRTHDAY TAYLOR SWIFT! WHAT A "LOVE STORY"!
( 372 )    Love william (~B6B~

DINO CAPALDI &C:                                    10 DEC 20

RE: TAYLOR SWIFT "folklore" ☮

π 1090  IT IS THURSDAY MORNING TAYLOR ALISON SWIFT TO BE
CONTINUING "THIRTY YEARS... LATER" SOUNDTRACK:

(12) "MAD WOMAN" cf. "DEVIL" ("PEACE") GOTO π15 "MARY
MAGDALENE, OUT OF WHOM HE HAD CAST SEVEN DEMONS"
(MARK 16:9; MATCH π690) IN RE "WIDOW" MATCH ππ 199,
200, 204, 205 & 368 IN RE "WITCH HUNTS" π676! ALSO
RECOMMENDED ππ 619, 675, 676, 678, 683, 714 & 715. REF.
MOVIES "PRINCESS BRIDE" (WITCH/WIFE) & "GRANDMA'S BOY"!

(13) "EPIPHANY" DEFINED (π206) "A CHRISTIAN FEAST OBSERVED
ON JAN. 6 CELEBRATING THE VISIT OF MAGI [ "MAGIC" REF.
"RUDE" ARTIST MAGIC! & COMEDY & MAGIC CLUB GOTO EX.
7 & 8; LEV 19:31; 20:6; JER 39:3; MATT 2:1-12; 8:11
("EAST AND WEST" REF. "PEACE"); 24:27 ("FOR AS THE
LIGHTNING COMES FROM THE EAST AND FLASHES TO THE
WEST" REF. ♥TIWYCF & "PEACE"); LUKE 13:29 ("EAST
AND THE WEST" REF. "PEACE"); ACTS 8:9; 13:6, 8; cf.
"CLOWNS" DEFINED (π206) "A BUFFOON WHO ENTERTAINS BY
JOKES, ANTICS, AND TRICKS, AS IN A CIRCUS" REF. "PEACE" &
"MAGDALA" ("TOWER" SEE π1090 (12)) & "MAGDIEL" ("PRAISE"
GEN 36:43)] TO JESUS" OR "A REVELATORY [MANIFESTAYTION]
ESP. OF A DIVINE BEING."

(14) "BETTY" SEE "CARDIGAN" (π1088(2)) & "AUGUST" (π1088(3)

(15) "PEACE" GOTO π1054 (1-13) IN RE (6) "SHOW" MATCH ππ 456,
459, 495 & 513 (7)"SECRET" ππ464, 601 & 620 (8) "ENOUGH" π688
(9) π688 ("RUNNING WITH THE DEVIL" VAN HALEN) REF. MOVIE "WATER-
BOY" (10) "SHIT" MATCH π971 ("HOLY SHIT")! SEE π717.

(373)

(16) "HOAX" AS DEFINED (π206) "AN ACT INTENDED TO DECEIVE OR TRICK" (CF. "CHEAT") AS "NOTE OF SADNESS" BUT FULL OF HOPE" MATCH π51 "HOW YOU GET THE GIRL" TS 1989 "I CORINTHIANS 13:7 BEARS/BELIEVES/HOPES/ENDURES" REF. ⨁ IDWLF (CF. "PEACE" & ✱IWDHU) & "DELICATE" & "CRUSH ON YOU (THE JETS) & ✱CIWYW! IN RE "TRICK" SEE π1090(3) &c.

(17) "THE LAKES" IN RE "RED ROSE" MATCH π179. "MOST LILY-WHITE OF HUE, OF COLOUR LIKE THE RED ROSE ON TRIUMPHAN BRIER" (MIN. DREAM iii 1 96) IN RE LILY-ROSE MELODY DEPP "HOLY ROSE" (SYMBOL OF THE VIRGIN GODDESS) REF. ππ 108, 148, 179, 182, 237, 248, 296(8), 357, 387, 388, 425, 620, 766-770, 921 & 1016. REF. "HOLY GROUND" & "HOLY" (JUSTIN BIEBER & CHANCE THE RAPPER).

π1091 WTFolk! IN "folklore" (π1088(1-11) & π1090(12-17)) THE "DETAILS" REVEAL DETAILOR SWIFT NOLESS THAN 200 MATCHES BASED UPON WIKIPEDIA "FOLKLORE (TAYLOR SWIFT ALBUM)". WANT "WIT" ROB SHEFFIELD OF ROLLING STONE GOTO π168 & π198! DOES 13 MANAGEMENT & REPUBLIC RECORDS KNOW THAT TAYLOR SWIFT DID ABDUCT (RAPE) MY TRUE STORY ASWELL JUSTN DREW BIEBER "STUCK WITH YOU" (ARIANA GRANDE) & "LONELY" & "HOLY" (SEE π1090(17); CHANCE THE RAPPER).

π1092 FROM π1082 TAYLOR SWIFT POSTED "I'VE TOLD THESE STORIES TO THE BEST OF MY ABILITY WITH ALL THE LOVE, WONDER, AND WHIMSY THEY DESERVE. NOW ITS UP TO YOU TO PASS THEM DOWN." WHAT KINDA OF "WOMAN" FUCKING STEALS FROM SOMEONE "INNOCENT" IN PRISON PASSING-OFF MY PAIN FOR HER PLEASURE? TAYLOR SWIFT YOUR A FUCKING CUNT I "HOPE" YOUR "FIRE" ("PEACE") BURNS DOWN YOUR "CHRISTMAS TREE FARM EAT SHIT & DIE!            (374)          #GONZO ∾B6B∾

Taylor Swift &c.                                           10 Dec 2
                                                        & 11 Dec 2

π1093  Did you know that "Clown" ("Peace") means "wag"
Goto Lamentaytions 2:15 in re "Shake" match "Shake it off"
ref. "Tennis Court" (Lorde)! "Danger"? Watch "Austin Powers"
clowning "around" as "corner" is "You Belong with Me"!
"Darling" as (π206) "lenient or merciful" or "mild; pleasan"
same as "Honey" or "Truelove" (watch "True Romance") or
"Apple of one's eye" ("The 1") or "Light ["Sunshine"] of
one's life" ("The 1") see "Love"! WTFolk.

π1094  Lastnite during "The Big Bang Theory" (π1044) OMG
"Good Girl" Karlie Elizabeth Kloss ⚡Kaylor! During show
"Star Trek: Discovery" Geico "Tailor".

π1095  Since Taylor Swift is the "Devil" in Detailor all
Day yesterday till now (2:00 pm p/s/t) I examined song
"Peace" asa parable (parallel) between "Our" & "Friend".
I am going to handcopy your six pages ⚡taylorswiftnow.

π1096  Detail? Number "33" Tay today I found 2 Peter 2:1
("Swift Destruction" ref. "False God") goto "NKJV Study Bible"
page 1992 "Teaching and Learning ["New Romantics"] is importan
because it involves truth and error [cf. "unscathed"]. What
a student learns becomes ingrained in the heart and soul"
goto π1021 Tay. Match 1:19 "Light that shines" ("Sunshine")
& "Dark Place" ("I Know Places") & "Day Dawns" ("Daylight")
& "Morning Star" ("Starlight") & "In your hearts" ("Heart")!

π1097  Unusual indeed CO Garza (π649) opened the cell
door lastnite for dinner Giddy saying you were dropping
new music again see goto π1000 ⚡DBATC! WTFolk???

                        (375)

π 1098 TAY. IN RE *WINK* IDIOM "QUICK AS A BUNNY" OR "SWIFT AS A WINK"? FOR "WINK" AS "TO SHINE WITH INTERMITENT GLEAMS"? AN INFORMAL FOR "CLOWN" IS "CARD" AS IN "CARDIGAN"? CF. "GIVE" WITH "ROBBERS" MATCH PRINCE "THIEVES IN THE TEMPLE" OR MATCH "SUNSHINE" WITH PRINCE TUNE "U MAKE MY SUN SHINE"! CF. "DREAMSCAPES" WITH "DREAMIN' ABOUT U". TAY, "LET'S HAVE A BABY"!

π 1099 OH! *WINK* MATCH JOB 15:12; PSALM 15:19 REF. V20 "PEACE" & V21 "AHA, AHA!". REF. "TAKE ON ME" (AHHA) & "ME!". PROVERBS 6:13 & 10:10 ("T.R.O.U.B.L.E." TRAVIS TRITT) CF. ACTS 17:30

π 1100 TAY. I WANT YOU TO WRITE/COMPOSE A TUNE NAMED "HELL-FOR-LEATHER". THIS IS, I BELIEVE, THE INSPIRATION FOR MEATLOAF ALBUM "BAT OUT OF HELL" CF. "BLUES" WITH "A BLUE STREAK" FOLLOW "GREASED LIGHTNING" OR "WILDFIRE" OR "LIKE THE WIND"! THINK "CELERITY" MATCH "PEACE" AS "RAISE-THE-DEVIL" (CF. "PAINT THE TOWN" E.G. "DREAMSCAPES" IN RE "BAT OUT OF HELL" SONG "PARADISE BY THE DASHBOARD LIGHT" (π 845) CF. "I'D SWING WITH YOU FOR THE FENCES" (BASEBALL "BAT") IN RE "LIKE THE WIND" GOTO π 1030 - π 1033 AS "SWIFT WIND" REF. "RIDE LIKE THE WIND" (CHRISTOPHER CROSS) WHATABOUT SONG "WILDFIRE"? DAMN, WHO SINGS THAT? MURPHY? I WILL REMEMBER ("WILDEST DREAMS")! WTF FOLK? THIS "π" IS WICKED AWESOME. TAY, "WILD" IS ASSOCIATED TO "RUDE" (MAGIC! REF. CLOWNS) CF. CONTROL, ORDER, PEACE, RESIST AS MARKED (NO NAME NO MARK) BY EXTREME EXCITEMENT, CONFUSION OR AGITAYTION E.G. "DELIRIOUS" (PRINCE) & "MAD WOMAN" ALSO "DIRTY" (CF. "CLEAN" CF. "CALM" IN RE *YNTCD! WANNA WANNA DUET? *WINK*

(376)

# PEACE — THE COMING MESSENGER

~THE COURSE~ ACTS 20:24 & 2TIM 4:7

① Our ["OUR SONG"; "OURS"] GEN 26:20; NUM 32:32; MARK 12:7
LUKE 20:14; 1 COR 1:2; 2 COR 1:14; TITUS 3:14 ("AND LET OUR
PEOPLE ALSO LEARN TO MAINTAIN GOOD WORKS, TO MEET URGENT
NEEDS, THAT THEY MAY NOT BE UNFRUITFUL."); 1 JOHN 2:2.

① COMING-OF-AGE [APPROACH; ARRIVAL; ADVENT] PS 19:5; MATT
24:3; ACTS 7:52 ("THE 1"); 1 COR 1:7; 1 THESS 3:13; JAMES
5:8; 1 JOHN 2:28; REV. 3:11; 22:7; 22:20; PS 39:5 ("AND
MY AGE IS NOTHING BEFORE YOU"); EPH 2:7; 3:5, 21; COL 1:26.
CF. TITUS 2:2 ("THIS IS ME TRYING"), 3 ("MAD WOMAN").

① COME AND GONE ["AND IT CAME TO PASS"] PS 18:6; MARK 13:31
CF. HEB 11:11 SEE JOB 17:11. REF. "THE BEST IS YET TO COME"
& "YOU MAKE ME FEEL SO YOUNG" & "YOUNG AT HEART (FRANK SINATRA

① SUDDENLY THE SUMMER PROV. 3:25; 1 THESS 5:3 & MAL 3:1 ("BEHO
HE IS COMING"); LUKE 2:13 ("SUDDENLY" v14 "GLORY TO GOD IN THE
HIGHEST, AND ON EARTH PEACE, GOODWILL [WILL I AM] TOWAR
MEN!" WATCH "GOODWILL HUNTING"); GEN 8:22; PS 32:4 ("MY
VITALITY WAS TURNED INTO THE DROUGHT OF SUMMER. SELAH
[ROCK]"); 74:17; ZECH 14:8 ("LIVING WATERS SHALL FLOW") REF.
v6 ("IT SHALL COME TO PASS") v7 ("LORD IS ONE" TSB "THE 1").
SEE ALSO "EVERYTHING HAS ITS TIME" ECC 3:1-8 (v8 "TIME OF PEACE
REF. "EVERYTHING HAS CHANGED" & "CHANGE"

① CLEAR [LIGHT, SHINING, LUMINOUS] SONG 6:10 ("WHO IS SHE WHO
LOOKS FORTH AS THE MORNING ["DAYLIGHT"], FAIR AS THE MOON,
CLEAR AS THE SUN, AWESOME AS AN ARMY WITH BANNERS?");
2. SAM 23:4 ("CLEAR SHINING AFTER RAIN"); 2 COR 7:11; REV 22:1.

NEVER [NOT EVER, AT NO TIME] JOHN 6:35; 11:26; 1 COR 13:8; HEB. 13:5; 2 PET 1:21. REF. ✠ WANEGBT.

COURAGE [STRENGTH, FORTITUDE] DEUT 31:6 ("BE STRONG AND OF GOOD ["LOVER"-TITUS 1:8] COURAGE; DO NOT FEAR ["FEARLESS"]) 2 SAM 10:12; PS 27:14 ("WAIT ON THE LORD; BE OF GOOD COURAGE"); EZRA 10:4; ACTS 28:15.

CONVICTIONS [TO ACCEPT AS TRUE; TO HAVE FAITH OR CONFIDENCE; TO COMMIT ONESELF] EX 4:5; MATT 9:28; MARK 9:28; JOHN 1:7; 11:27; ACTS 16:31; ROM 10:9 ("BELIEVE IN YOUR HEART" REF. "NEW ROMANTICS"); JAMES 2:18 ("EVEN THE DEVILS BELIEVE")

LONG [DESIRE GREATLY] ROM. 1:11 ("I LONG TO SEE YOU").

DANGER [A PERILOUS SITUATION] MATT 5:21; MARK 3:29; ACTS 19:27, 40 CF. "GUILTY" PROV. 30:10; MATT 26:66.

NEAR [CLOSE] PS 119:151; IS 56:1 (REF. "NEW ROMANTICS"); ZECH 14:1; MATT 24:33. REF. "NEARIAH" ("CHILD OF GOD") 1 CHR 3:22 & 1 CHR 4:42 ALSO SAINT NEARY LAGOON.

CORNER [WING, ANGLE] PROV 7:8 ("NEAR HER CORNER"), 12; 21:9 ("BETTER TO DWELL IN A CORNER OF A HOUSETOP, THAN IN A HOUSE SHARED WITH A CONTENTIOUS WOMAN" REF. "MAD WOMAN"). CF. PS 118:22 ("CORNERSTONE"); IS. 28:16-22; MATT 21:42; ACTS 4:11; EPH 2:20; 1 PET 2:6.

DARLING [MEANS ONLY, LONELY, SINGLY, UNITED; HENCE BELOVED] PS 22:20; 35:17. REF "SOLEDAD" 8 SONG.

CAUSE [MAY DENOTE A REASON] 2 SAM 13:16; [A WORD OR MATTER] DEUT 1:17; [A PLEA] JER 5:28; [A JUDGEMENT] 2 SAM 15:4; [OR A CONTROVERSY (PRINCE)] EX 23:2. SEE DEUT 1:17; 28:7; PS 140:12; ACTS 15:3. SEE ALSO PS 7:4 35:19; 67:1 ("SHINE" COLLECTIVE SOUL); 143:8 ("THE WAY").

CF. IS 51:22; JER 22:16; MATT 5:22; JOHN 15:25 & 18:37.
ALSO SEE CAUSEWAY [A RAISED PATH OR A CAST UP ROAD]
1 CHR 26:16, 18. REF PS 9:4; PROV 18:17; JER 5:28 ("MAD WOMAN"
32:37 ("SAFE & SOUND"); DAN 9:17 ("CAUSE YOUR FACE TO
SHINE ON [COLLECTIVE SOUL; "SHININ' ON" GRAND FUNK RAILROAD]

)LIVES [HAVE LIFE, CONDUCT LIFE] DEUT 8:3; JOB 19:25; PS
90:10. ROM 6:10; 14:7; 2 COR 13:4; GAL 2:20; REV 1:18.

)NO [PLACE A.K.A. "NO-AMON".] EZEK 30:14-16; JER 46:25;
NAH 3:8. REF AMEN ("MYSTERY") & "FALSE GOD".

)COULD MARK 14:8 ("SHE HAS DONE WHAT SHE COULD. SHE
HAS COME BEFOREHAND TO ANOINT ["BETTY"] MY BODY
FOR BURIAL" REF. "I WOULD DIE FOR YOU" & IWD4U).

)NEVER [NOT EVER, AT NO TIME] PS 15:5; 49:19. CF. JOHN
6:35; 11:26; 1 COR 13:8; HEB 10:11; 13:5; 2 PET 1:2].

)GIVE 1 CHR 16:8; 2 CHR 1:10; PS 17:1; 28:4; 37:4; 85:12;
119:34; PROV 23:26; MIC 7:20; MATT 5:42; 6:11; 19:21; JOHN
10:28; 13:34; ACTS 3:6; ROM 8:32; 1 COR 10:32; 2 COR 9:7;
EPH 4:27 ("NOR GIVE PLACE TO THE DEVIL"), 28; 2 THESS 2:13
("GIVE THANKS"); 1 TIM 4:15; 6:18; REV. 2:10; 2:28
("DAYLIGHT"); 21:6 & REV 22:12 ("KARMA").

)YOU AMOS 3:2; LUKE 10:16 (REF. "ME" & JAMES 1:19 ("SWIFT")
2 COR 12:14; EPH 2:1. GOTO "THE BEATITUDES" LUKE 6:20-26
(MATT 5:1-12) & 1 COR 3:22-("THINGS TO COME - ALL ARE YOURS"
V23 ("AND YOU ARE CHRIST'S, AND CHRIST IS GOD'S").

)PEACE LEV 26:6 ("GIVE PEACE" REF. "FEARLESS"); NUM 6:26
("THE LORD LIFT UP [*NASA] HIS COUNTENCE UPON YOU, AND
GIVE YOU PEACE" HOLY SHIT! GOTO "THIRTY YEARS... LATER"
PP449, 502-505 & 513-521, 523, 527-530, 618, 619 &c!

(379)

)FIRE GOTO "THE COMING MESSENGER" MAL 3:2 ("COMING" & "LIKE A REFINER'S FIRE" IN RE FURNACE AND A BELLOWS v3 ("REFINER AND A PURIFIER" SEE ALSO ZECH 13:9) SEE STRONG'S #784 REF "BEGIN AGAIN" & "NEW ROMANTICS".

)KEEP [HOLD FAST, PROTECT, PERFORM] PROV 3:21; HOS. 12:6; JUDE 21 ("LOVE"); REV. 3:10. SEE KEEPER [ONE ("THE 1") WHO WATCHES REF. "MAGDALA"] & GEN 4:9 ("BROTHER'S") SAMEAS ROM 16:14 ("BRETHREN" REF ♥ INTHAE).

)BRITTLE ["DELICATE"] GOTO JER 6:2 ("I HAVE LIKENED THE DAUGHTER OF ZION ["SUNNY" REF. "SUNSHINE"] TO A LOVELY AND DELICATE WOMAN") REF. DEUT 28:56 ("TENDER AND DELICATE" & "DELICATENESS AND SENSITIVITY") MATCH IS 47:1 ("O VIRGIN DAUGHTER" & "TENDER AND DELICATE [DAINTY]") CF. v8 ("WIDOW" IN RE "MAD WOMAN").

)HEART [HATE] LEV 19:17; [FEAR] PS 143:4; [JOY AND SORROW] IS 65:14; [LOVE] 1 TIM 1:5. GOTO JOHN 14:1 & 1 PET 1:22. SEE ALSO "HEARTILY" COL 3:23. REF. PS 16:7; 22:26; 45:1 ("PEN"); 57:7; 73:21; 90:12; 119:10; 139:23; PROV. 15:13; 27:19; 28:26; MATT 5:8 &c.

)WARM [TO GIVE HEAT TO, TO BECOME WARM] 1 KING 1:1; 2 KING 4:34; ECCL 4:11 ("THE VALUE OF A FRIEND" MATCH ♥ INTHAE); IS 44:16 ("AH, I AM WARM, I HAVE SEEN THE FIRE"); HAG 1:6 (REF. BUILDBACKBETTER.ORG); MARK 14:54 ("FIRE") GOTO JAMES 2:16 ("DEPART IN PEACE").

)CASCADE [SOAP, SOPE – CLEANSING AGENT] MALACHI 3:2 ("THE COMING MESSENGER") REF. JER 2:22 ("ME!") ! GOTO "WILLIAM BRAMSCHER" FACEBOOK "JANITORIAL SUPERVISOR AT TAYLOR SWIFT PRODUCTIONS"! ☺MGWTFOLK !
(…)

① OCEAN [SALT WATER]. SALT [FOOD] LEV 2:13; JOB 6:6
[OFFERINGS] EZEK 43:24 [DESTRUCTIVE] GEN 19:26; JUDG
9:45 [COVENANT] NUM 18:19 ("FOREVER & ALWAYS"); MATT 5:13;
MARK 9:50; COL 4:6 ("GRACE" REF. "NEW ROMANTICS"). WATER
PS 22:14; 23:2; JER 2:13; MATT 3:11; 10:42 ("COLD WATER");
1 PET 3:20; REV 22:17. CF. WASH PS 51:2; ACTS 22:16.
① WAVE [BILLOW, BREAKER] PS 42:7 ("WATERFALLS" REF CASCADE
JAMES 1:6 ("BUT LET HIM ASK IN FAITH, WITH NO DOUBTING,
FOR HE WHO DOUBTS IS LIKE A WAVE OF THE SEA DRIVEN AND
TOSSED BY THE WIND" REF. "I NEED YOU"); [OFFERING]
EX 29:24 (NOTE "EXODUS" OF "EXILE").
① BLUES NUM 15:38 ("BLUE THREAD" REF. "INVISIBLE STRING").
CF. SORROW [GRIEF, AFFLICTION, MOURNING] PS 38:17; 116:3
REF. PS 33:3; 40:3; 42:8; 69:12; 96:1; 118:14; 137:3;
144:9; PS 149:1; SONG 1:1 & "SHAKE IT OFF"
① COME [TO ARRIVE] PS 24:7; 50:3; SONG 4:8; MATT 11:28 ("ME"
JOHN 14:18; 1 COR 16:22; REV 3:20; 22:17 ("BLANK SPACE").
① PEOPLE RUTH 1:16 (REF. # 1WD4U); PS 89:15 (REF 100:3; 144:15)
TITUS 2:14; REV 21:3 [GENERALLY, PEOPLE OF GOD]
① THINK [RECKON, CONSIDER, BELIEVE] 1 COR 8:2 GOTO PROV 23:7.
SEE MATT 5:17 & 6:7 GOTO GAL 6:3 & JAMES 1:26.
① LOVE'S [ATTRIBUTE] 1 JOHN 4:8 [ACTION] JOHN 3:16 [REASON
1 COR 13:13 [LEARNED] 1 JOHN 4:19 [TEST] JOHN 13:35;
14:15 [GREATEST COMMAND] MATT 22:37-39 & JOHN 15:12.
GOTO SONG 2:4 ("BANNER OVER ME WAS LOVE"); 8:6 ("LOVE
IS AS STRONG AS DEATH" REF. # 1WD4U & # 1DWLF); LUKE 6:27
("BAD BLOOD" & "END GAME"); GAL 5:6; TITUS 1:8 ("LOVER")
SEE ALSO "LOVINGKINDNESS" PS 17:7; 40:10; 63:3; 92:2; 103:4.

○SHOW [REVEAL] PS 25:4 ; 50:23 ; 85:7 ; MATT 16:1 ; 24:24 ; JOHN 7:4 ; 1 COR 12:31 ; REV 4:1. SEE ALSO MATT 11:25 ; 1 COR 3:13 ("EACH ONE'S WORK WILL BECOME CLEAR ; FOR THE DAY WILL DECLARE IT, BECAUSE IT WILL BE REVEALED BY FIRE ; AND THE FIRE WILL TEST ["THIS IS ME TRYING"] EACH ONE'S WORK") ; GAL 1:16 ; 2 THESS 2:3 ; REV 21 & 22.

○I WOULD DIE FOR YOU REF. ✻IWD4U (PRINCE)! SEE π1100.

○SECRET [HIDDEN, CONCEALED, PRIVATE] JOB 11:6 ; 15:8 ; PS 25:14 ; 27:5 ("I KNOW PLACES") ; 31:20 (SAME) ; 139:15 ; PROV. 25:9 (REF. V10 "REPUTATION" T86) ; AMOS 3:7 ; MATT 6:6 ("SECRET PLACE" REF. "I KNOW PLACES") ; MATT 13:35 (LUKE 13:20, 21 REF. "PARABLE OF THE LEAVEN") ; LUKE 8:17 (MARK 4:21-25 REF. "PARABLE OF THE LAMP"). HUSH-HUSH.

○DEVIL [TO ANNOY] TAYLOR SWIFT (π206 "A MISCHIEVOUS OR DARING PERSON") REF. MOVIE "THE WATERBOY"! CF. "DEVILTRY".

○DETAILS [(π206) < OFR., PIECE CUT OFF REF. ✻DBATC] REF. MARK 2:21 (REF. "NEW ROMANTCS") GOTO ECC 3:7 ("A TIME TO TEAR, AND A TIME TO SEW ; A TIME TO KEEP SILENCE [SECRET] AND A TIME TO SPEAK," V8 "A TIME TO LOVE, AND A TIME TO HATE ; A TIME OF WAR, AND A TIME OF PEACE." REF. TAYLOR SWIFT "SPEAK NOW" & TAILOR (JOB 7:6 "SWIFTER") & DETAILOR & "TURN! TURN! TURN!" (THE BYRDS ; JER 8:7)) REF. "INVISIBLE STRING". CF. "CUTUP" IN RE "DEVIL"!

○FRIEND [CLOSE PLEASANT RELATIONSHIP] EX 33:11 ; PS 35:14 ; PS 88:18 ; PROV 18:24 ("BROTHER") ; LUKE 11:5-10 ("PARABLE OF THE PERSISTENT FRIEND"). CF. JAMES 4:4. REF. ✻INTHAF TAYLOR SWIFT PROV 17:17 ("A FRIEND LOVES AT ALL TIMES, AND A BROTHER IS BORN FOR ADVERSITY.") CF. "ANGEL",

DOLPHIN

(393)                HOUGHTON MIFFLIN

②ME REF. TAYLOR SWIFT ALBUM "LOVER" SONG "ME!"

① WOULD [DESIRED, THIRST] ACTS 26:29 ("HEAR" REF JAMES 1:19);
2 COR 11:1 ("FOLLY" AS "FOOL AROUND" MATCH "CLOWNS" v2 "CHASTE
VIRGIN" v3 "FEAR" CF. "FEARLESS"). REF. MATT 7:12 (LUKE 6:31)
GOTO LEV. 19:18 "YOU SHALL LOVE YOUR NEIGHBOR AS YOURSELF"
IN RE "LOVE'S" & "FRIEND IN ME" & ✡ INTHAF.

② BE [BECOMETH, SUITABLE OR FITTING] PS 93:5 (REF "FOREVER & ALWAYS"
& PROV 17:5 ("FOOL" MATCH "CLOWNS"); MATT 3:15 ("TO BE" REF.
"RAIN"); PHIL 1:27 ("HEAR" REF. JAMES 1:19 & "ONE SPIRIT, WITH
ONE MIND" MATCH "THE 1" & "NOT IN ANY WAY TERRIFIED" MATCH
"FEARLESS" & "ADVERSARIES" MATCH "BAD BLOOD" ALSO "END GAME"
& "SALVATION" MATCH "NEW ROMANTICS"?). 🜍 & ππ.

③ ENOUGH [SUFFICIENT, ABUNDANT, FULLNESS] PROV 27:27 ("GOAT"
MATCH π283 &c REF. "CASCADE"); 30:15 ("GIVE AND GIVE!"),
16 ("AND THE FIRE NEVER SAYS, 'ENOUGH!'"), 19 ("AND THE
WAY OF A MAN WITH A VIRGIN" MATCH "DELICATE" REF. BRITTLE
MATT 10:25 (REF. "BEELZEBUB" MATCH DEVIL); MARK 14:41
("ARE YOU STILL SLEEPING AND RESTING? IT IS ENOUGH! THE
HOUR HAS COME [CF. COME AND GONE]; BEHOLD, THE SON OF
MAN IS BEING BETRAYED INTO THE HAND OF SINNERS" v42
"RISE, LET US BE GOING. SEE MY BETRAYER IS AT HAND,")
LUKE 15:17 ("PARABLE OF THE LOST SON"); 22:38 ("SWORD"
MATCH TAYLOR SWIFT SONG TITLE??? SHIT! SEARCH YOUTUBE.COM).
GOTO HAGGAI 1:6 ("YOU HAVE SOWN [BLUES & DETAILS] MUCH,
AND BRING IN LITTLE [CF. SMALL]; YOU EAT, BUT DO NOT HAVE
ENOUGH * * * YOU CLOTHE YOURSELVES, BUT NO ONE [REF. "THE 1"]
IS WARM"). SEE ALSO ABUNDANCE ECC 5:12; LUKE 6:45; ROM
5:17 & ABUNDANT JER 51:13; 1 PET 1:3 (REF. "LOYAL LOVE").

INTEGRITY [PERFECTION, SINCERITY] GEN 20:5; 1 KING 9:4; JOB 2:3; 31:6; PS 25:21; 26:1; 41:12; PROV 10:9; 11:3; 19:1; 20:7; 28:6; TITUS 2:7 ("SHOWING INTEGRITY") REF. UPRIGHT PS 25:8; 49:14; 92:15; 112:2, 4; PROV 2:21; 10:29; 11:3, 6; 14:11; 15:8, 19; 28:10; ECCL 7:29. SEE ALSO PERFECT PS 18:30; 19:7; JAMES 1:4, 17; 3:2; 1 JOHN 4:18 (REF. "FEARLESS").

D MAKES [MAKER - CREATES, BUILDS] IS 1:31 ("SPARK" MATCH "SPARKS FLY" REF. "DIVINE SPARK" IN RE "HOLY GHOST" MATCH ⊕ HYGTG); IS 45:9 (SEE 29:23; 43:1; 45:11); HAB 2:18 (REF. "FALSE GOD"); HEB 11:10 ("BUILDER AND MAKER IS GOD" REF. תורה). SEE PS 18:33; 23:2; 46:9 ("END GAME"); 104:4; PROV 10:1; 13:12; 16:7; JER 51:16 (⊕ TIWYCF) MATT 5:45 ("DAYLIGHT"); MARK 7:37 (REF. "ME!"); PS 19:7; EPH 5:19 ("MAKING MELODY IN YOUR HEART").

☮ SEEM [TO APPEAR] PROV 14:12 (REF. ⊕ 1WD44); HEB 12:11 ("THE PEACEABLE FRUIT OF RIGHTEOUSNESS"); JAMES 1:26 (SEE V.26 IN RE "WIDOWS" REF. "MAD WOMAN") cf. LUKE 8:18 ("PARABLE OF THE LAMP") GOTO 1 COR 3:18 ("AGE" & "FOOL" REF. CLOWNS).

☮ SMALL (NOT LARGE, TRIVIAL, PETTY) NUM 16:13 ("WILDERNESS"); PROV 23:10 ("IF YOU FAINT IN THE DAY OF ADVERSITY ["BE READY FOR IT] YOUR STRENGTH IS SMALL"); IS 1:9; 49:20 (REF. JAMES 1:19 "SWIFT" & "I KNOW PLACES" & "ME!"); OBAD 2; ZECH 4:10 (REF. "SEVEN"); REV 20:12 (REF. ⊕ 1WD44).

☮ PAINT [DECORATE] 2 KING 9:30; JER 4:30; 22:14; EZEK 23:40

☮ DREAMSCAPES [IMAGES, THOUGHTS, EMOTIONS] DEUT 13:1 REF. GEN 37:6, 9; JUDG 7:13; DAN 2:28; MATT 1:20; 2:12; "WILDEST DREAM" cf. "ESCAPE" LUKE 21:36; HEB 2:3 (REF. "NEW ROMANTICS"); 2 PET 2:

(384)



π1101  IT IS SATURDAY MORNING 8:52 AM P/S/T THE  | 12 DEC 2
DETAILED KEY WORD EXAMINATION "PEACE" I AM AT LYRIC
LINE "YOUR INTEGRITY MAKES ME SEEM SMALL" WORD "SEEM"
PAGE 384. "SOMETHING" TOTALLY MAGICAL MATCH "ENOUGH"
(REF. "GOOD ENOUGH" BOBBY BROWN) WITH π1039 (PROVERB) SEE
PAGE 383 WORD DETAILS! CF. "LIVE" WITH #1WD4U.

π11.02  LASTNITE IT RAINED AT ABOUT 10:00 PM WHICH WAS
NICE. THAT IS THE TIME "BOOKS" TURNS-OFF HIS TV. WELL, I
GOTTALOT OF WORK TODO ON "PEACE" AND COPIES TO MAKE, OH
LOTS OF COMMERCIALS USING "BETTER" ASWELL "BEST"!

π1103  WOW. IT'S 10:53 AM "WAIT WAIT DON'T TELL ME" ON
TV RADIO SHOW (KCBX - WBEC NPR) TRIVIA QUESTION SHOW
CONFIRMATION TS9 MATCH π1000:

"WANNA KNOW SOMETHING? I HOPE I HAVE INSPIRED
YOU SOO DAMN MUCH THAT TS9 IS PENNED & READY
FOR RELEASE. TAY, TO YOUR MUM & POPS I JUST
HOPE I HAVE PROVEN HOW MUCH I LOVE YOU AND
THAT I DESERVE YOUR HAND-IN-MARRIAGE!"

I DO NOT KNOW TITLE OR SONG NAMES! WTFOLK.

π1104  IT IS 12:30 PM MY WRITING HAND SO SORE I HONESTLY
MUST TAKE A BREAK FROM WRITING. I DO NOT WATCH THE TV
MUCH SO I SHALL DO SOME READING & RELAX.

                                    13 DEC 20
π1105  HAPPY BIRTHDAY TAYLOR SWIFT. A NEW ALBUM? WOW.
YOU WERE IN MY DREAM LASTNITE SO WAS OPRAH! I WAS
TALKING TO OPAAH ON A TELEPHONE ABOUT YOU! SUPER POSITIVE.

                    (385)

π1106 I GOTTA ADMIT YESTERDAY I FELT ANXIETY NOT KNOWING ALBUM TS9 NAME OR TRACK INFORMATION BUT WHAT MADE ME LAUGH WAS FROM π997 "SHIRLEY" AND ON OUR LIMITED CHANNELS MOVIE "AIRPLANE" WAS ON! LASTNITE "RUDOLPH THE RED NOSE RAINDEER" BEFORE IT STARTED GEICO "TAILOR" THEN DURING BROADCAST A "CASCADE" & "DISNEY" COMMERCIAL.

π1107 I GOTTA MAKE YOUR COPY OF π1093 ~ π1100 THERE ARE RUMORS OF INMATE MOVEMENT BECAUSE OF COVID-19 AFTER I WOKE-UP THIS MORNING FOR BREAKFAST FEELING REFRESHED SEEMINGLY FOR THE FIRST TIME I LAID-BACK DOWN RESTING TILL 1:30 PM. HAPPY BIRTHDAY.

π1108 IT IS ABOUT 4:20 PM. HAPPY BIRTHDAY. BEYOND DOUBT π1 ~ π434 TOTALLY APART OF "folklore" BEYOND REASONABLE DOUBT. DARN, I WISH I COULD BE WITH YOU RIGHT NOW CAUSE YOU MEAN THIS UNIVERSE TO ME! I AM GOING TO FILLOUT A LEGAL REQUEST FOR INFORMATION ON TS9 CAUSE OBVIOUSLY I GOTALOT INVESTED! HOWABOUT A NEWSONG "THANX" IN RE ❀INTHAF, ❀TYFBAF &c? TSI∅! WE WORK AWESOME TOGETHER.

π1109 I HAVE NOT ACTUALLY SENT π1074 ~ π1092 TO DINO AS ALL THIS WRITING/COPYING IS LABORIOUS AND MY SUPPLIES LIMITED! SOMUCH TO SHARE THIS ANTICIPATION TO KNOW THE TITLE OF TS9 & TRACK NAMES IS "BLANK SPACE" TORTURE!

π1110 TAY. GOTO EPHESIANS 2:14-18 INRE "CORNER" V19-22!

π1111 IT IS 8:13 PM FEELING MOTIVATED I WROTE PAGES 387 & 388 GOING TO COPY NOW (WORDS "ON THE WALL" - "TRENCHE

π1112 WELL, I AM SUPER LOW ON INK! SENDING THIS WITH LOVE ON YOUR BIRTHDAY TABBY! I HAVE SENT YOU ALL EVIDENCE IN DETAIL YOU CAN HELP ME AND HELP OTHERS TOTALLY GANGSTER! ♔

(286)

love WILLIAM (NB6B

☮ ON THE WALL [DEFENSE] EZRA 5:3; PS 62:3; PROV 18:11; SONG 2:9 · 8:9 ("IF SHE IS A WALL"), 10 ("I AM THE WALL, AND MY BREASTS LIKE TOWERS [CF. "MAGDALA" MEANS "TOWER"]; THEN I BECAME [מ & יהוה] IN HIS EYES AS ONE WHO FOUND PEACE."); IS 59:10; 60:18 ("CALL YOUR WALLS SALVATION ["NEW ROMANTI AND YOUR GATES PRAISE"); ZECH 2:5 ("A WALL OF FIRE"); ACTS 23 2 COR 11:33; EPH 2:14 ("CHRIST OUR PEACE" V14 "FOR HE HIMSEL IS OUR PEACE, WHO HAS MADE BOTH ONE ["THE 1"], AND HAS BROKEN DOWN THE MIDDLE WALL OF SEPARATION"); REV 21:12 14 ("THE NEW JERUSALEM" AS "I KNOW PLACES" & "NEW ROMANTICS & "PEACE")!

☮ TALK [SPEECH] PS 71:24; 77:12; 105:2 ("WONDROUS WORKS"); 145:11; PROV 14:23; 24:2. SEE ALSO PS 37:30; EPH 5:4 ("NEITHE FILTHINESS, NOR FOOLISH TALKING, NOR COARSE JESTING, WHICH ARE NOT FITTING, BUT RATHER GIVING THANKS" CF. "CLOWNS" & "EPIPHANY").

① SHIT SEE "SHITRAI (SCRIBE) 1 CHR 27:29 & "SHITAH/SHITTIM" (THORN IN RE ACACIA ("POINT" GOTO EX 25:5, 10, 23; DEUT 10:3 REF. ALSO NUM 25:1; JOSH 2:1; 3:1; JOEL 3:18; MIC 6:5; "I KNOW PLACES"). [DUNG] 2 KING 10:27; IS 25:12; EZEK 4:12; LUKE 13:8; 14:35

☮ FRIENDS [FRIENDSHIP] JOB 19:14; PROV 14:20; JOHN 15:13 ("FRIEND"); 15:14 ("FRIEND"); 15:15 ("FRIEND") REF. #INTHAE

☮ WASTING [WASTE – WILD AND UNINHIBITED DESERT] IS 59:7 ("THEIR FEET RUN TO EVIL [CF. ROM 3:15 "FEET ARE SWIFT"], AND THEY MAKE HASTE TO SHED INNOCENT BLOOD × × ." WASTING AND DESTRUCTION [CF. 2 PETER 2:1 "SWIFT DESTRUCTION"] V8 THE WAY OF PEACE × × × KNOW PEACE."); LUKE 16:1 ("THE PARABLE OF THE UNJUST SERVANT").

☮ <u>HONOR</u> [HONOUR - RESPECT] Ps 7:5; 49:20; 66:2; 91:15; 96:6; 149:9; Prov 3:9; 15:33; 26:1; 29:23 [GOD] 1 Chr 16:27 [KINGS] Ex 20:12; 1 Pet 2:17 [WISE, GOOD] (SAME). SEE ALSO Ex 14:17; 1 Chr 29:28; Matt 13:57; John 5:44; Rom 2:7; Heb 2:7; 3:3; 1 Tim 5:17; 2 Pet 1:17; Rev 5:12.

☮ <u>KNOW</u> [PERCIEVE, REALIZE] Gen 3:22; Ex 6:7; 33:12, 13; Ps 20:6; 51:6; 139:23; Prov 1:2; 4:1; Eccl 1:17; Dan 2:3 2:30; 7:19; Mic 3:1; Matt 24:32 ("SUMMER"), 42; Mark 4:11; Luke 11:13; John 6:69; 21:15 ("I LOVE YOU"); Acts ("<u>KNOW</u> TIMES OR SEASONS"); Eph 3:19 ("LOVE"); 2 Tim 2:25; 1 John 2:3, 4, 20; 3:16, 19, 24; 5:19; Rev 2:2 [SEXUAL INTERCOURSE] Gen 4:1; Matt 1:25 (REF. "<u>WILD</u>"). "<u>DELICATE</u>"

☮ <u>SWING</u> [<u>HELP</u> - ASSIST, AID] Ps 33:20; 60:11; 46:1; 89:1 Luke 10:40 ("TELL HER TO HELP <u>ME</u>"); Heb 4:16; 13:6 [HELPER] Ps 30:10; 54:4; Rom 16:2 ("SHE HAS BEEN A HELPER" cf. "SHE HAS NEED OF YOU" MATCH "I NEED YOU").

☮ <u>FENCES</u> [WALLS] Job 10:11; Ps 62:3; Is 5:2 ("WILD"). SEE ALSO Job 19:8 ("HE HAS FENCED UP MY WAY" REF. "WALLED OFF MY WAY" REF. "DEVIL" (1:10; 3:23)).

☮ <u>SIT</u> [OCCUPY A SEAT, ABIDE] Ps 69:12 (REF. "<u>THIS IS ME TRYING</u>") Is 47:1 ("O VIRGIN DAUGHTER"); Matt 20:23; Mark 10:37; 12:36; Heb 1:13; Rev 3:21; Rev 18:7 ("I SIT AS QUEEN ["KING OF MY HEART"], AND AM NO WIDOW ["<u>MAD WOMAN</u>"]). [ABIDE - SOJOURN, ENCAMP, REMAIN] 1 Cor 7:24; 13:13; 1 John 2:1

☮ <u>TRENCHES</u> [RAMPART, BULWARK] 1 King 18:32 cf. 1 Sam 26:1 GOTO Luke 19:42 ("PEACE!"), 43 ("DAYS WILL COME UPON YOU WHEN YOUR ENEMIES ["<u>ENDGAME</u>"] * * * ENCAMPMENT").

* James 2:19 "DEVILS BELIEVE AND <u>TREMBLE</u>" → "<u>SHAKE IT OFF</u>"!

( 388 )

TAYLOR SWIFT &c:                                           14 DEC 20

¶1113  WILLOW.  BEFORE THE CAPTIVITY THE WILLOW WAS AN
EMBLEM OF JOY.  SEE LEVITICUS 23:40 ("WILLOWS OF THE BROOK")
JOB 40:22 ("WILLOWS BY THE BROOK"); PSALM 137:2 ("WE HUNG
OUR HARPS UPON THE WILLOWS IN THE MIDST OF IT."); ISAIAH 15:7
("BROOK OF THE WILLOWS").  THE "WEEPING WILLOW" OF BABYLONIA
IS A POETICAL TYPE OF SORROW.  AS DEFINED (¶206) "ANY OF VARIOUS
TREES OR SHRUBS HAVING USU. NARROW LEAVES AND SLENDER FLEXIBLE
TWIGS" CF. "WILLOWY" AS "SLENDER AND GRACEFUL."  REF. TO "WILL"
AS "COARSE OF ACTION" ("SELF-CONTROL; SELF-DISCIPLINE") CF. ALSO
"WILLPOWER" AS "THE STRENGTH OF WILL TO CARRY OUT ONES
DECISIONS, WISHES OR PLANS."  SEE "FREEWILL" (LEV 23:38; PS 119:108)
¶1114  TAY.  DO FOLKS NOT GET YOUR BIBLICAL REFERENCES?  DETAIL
"BROOK" [A TORRENT, SMALL STREAM, FRESHET, BED OF THE WATERCOURSE
WHEN DRY] JOB 20:17 ("FLOWING WITH HONEY AND CREAM"); PS 42:
("AS THE DEER PANTS ["THIRSTY" REF "LOVER"] FOR THE WATER BROOKS,
SO PANTS MY SOUL FOR YOU, O GOD" v2 "MY SOUL THIRSTS ["LOVER"]
FOR GOD, FOR THE LIVING GOD. WHEN SHALL I COME AND APPEAR BEFORE
GOD?"); PS 110:7 ("HE SHALL DRINK BY THE BROOK BY THE WAYSIDE;
THEREFORE HE SHALL LIFT UP THE HEAD [CF. TS7 "LOVER" ALBUM ART]").
THE "BROOK" IS ALSO USED FIGURATIVELY TO DESCRIBE FRIENDS WHO
FAIL TO BE STEADFAST (REF. ⚮ INTHAE ¶1002 "WHAT ABOUT YOUR FRIENDS"
TLC) GOTO JOB 6:15 ("MY BROTHERS HAVE DEALT DECEITFULLY LIKE
A BROOK, LIKE THE STREAMS OF THE BROOKS THAT PASS AWAY"
SEE VV 16-23 E.G. "FAIR-WEATHER FRIEND").
¶1115  COMPARE "EPIPHANY" (1 MACC 1:10 [ANTIOCHUS, 4]) & "WILLOW"
AS "FEAST" (STRONG'S #2282 "JOYOUS EXPRESSIONS) & "JOY" (STRONG'S #8057)
(389)

¶116 IMAGINE MY DISGUST WHEN I LEARNED THIS VERY MORNING THIEF DEEPAK CHOPRA "PARTNERED" WITH OPRAH (¶105) NBCNEWS "CREATING PEACE"! WHO IS NOT STEALING FROM ME WHILE I AM FREEZING-MY-ASS OFF "INNOCENT" IN PRISON, BULLSHIT! TAYLOR SWIFT WHY ARE YOU NOT HELPING ME? WTF!

☮ WILD [UNCIVILIZED, SAVAGE, UNDOMESTICATED, REF. HAVING A VALUE DETERMINED BY THE CARDHOLDER'S [CF. "CLOWNS" ALSO "CARDIGAN"] CHOICE] GEN 16:12; PS 104:11; IS 5:2 (PARABLE); MATT 3:4; ROM 11:24

☮ CHILD [OFFSPRING] PROV. 20:11; 22:6; IS 11:6; HOS 11:1; COR 13:11.

☮ SILENCE [QUIET] JOB 4:16; PS 8:2 (REF. "BABES AND NURSING INFANTS"); PS 39:2 ("I WAS MUTE WITH SILENCE, I HELD MY PEACE EVEN FROM GOOD [REF. "LOVER" TITUS 1:8]"); 94:7; IS 47:5 ("SIT IN SILENCE"); 65:6 ("I WILL NOT KEEP SILENCE"); 1 PETER 2:15 (DOING GOOD [REF. "LOVER" TITUS 1:8] YOU MAY PUT TO SILENCE THE IGNORANCE OF FOOLISH [CLOWNS] MEN").

☮ TWO PEOPLE TAYLOR ALISON SWIFT & WILLIAM ROBERT BRAMSCHER. [TWO] ECCL 4:9 (REF. ⚤ INTHAE & V11 "KEEP WARM"); MATT 19:5 ("TWO SHALL BECOME ONE FLESH"); 27:38 ("TWO ROBBERS" SAMEAS MARK 15:27 & LUKE 23:32); EPH 5:31 (SEE MATT 19:5); REV 11:3 (REF. MAL 3:5 "SWIFT WITNESS"), 4 ("TWO OLIVE TREES AND TWO LAMPSTANDS"), 5 ("FIRE" & "ENEMIES" REF. "END GAME"), 6 ("NO RAIN" BLIND MELON).

☮ UNDERSTAND [COMPREHEND] GEN 11:7; 1 CHR 28:9; JOB 6:24; 36:29 (REF. TS7 "LOVER" ALBUM ART); 42:3; PS 14:2; 19:2; 106:7; 119:27; PROV 2:5 (CF "FEARLESS"), 9; 14:8; 28:5; IS 6:9 (REF. JAMES 1:19 "SWIFT TO HEAR"); DAN 1:4; 10:12; 11:30; HOS 14; JOHN 12:40; ACTS 8:30; 28:27; 1 COR 13:2; 2 PET 3:16.

☮                                                                    ☮

π 1117  It was GMA Laura (π 1826) this morning I missed TS9 album name but heard "Willow" also your comment in re "Serenity"! This word "Serenity" sameas "Calm" (ref. ⇒ YNTCD), "Peace", "Quiet" (cf. Silence), "Tranquility" &c. I must investigate previous "π" where I wrote about "Samatha serenity meaning "to become calm" (ref. 止 & 寂止) Skt "Śam." see also "Samādhindriya" (concentration) as faculty cf. "Samādhibala" (concentration) as power resulting Micchā-Samādhi (wrong concentration) & "Sammāsamādhi" (right concentration). "Samadhi" means "collect" or "bring together" cf. "Covenant" (Gen 9:9; Luke 1:72; Heb 8:6) ref. "Come Together" (The Beatles seealso π 526 Aerosmith).

π 1118  Tay. This state of "Samatha" (Serenity) acts as the foundation (Job 4:19; Matt 13:35) Vipassanā (liberating insight in re Wisdom counter-acts ignorance).

☮ EACH [two or more considered separately] Luke 13:15 (ref. "Lame" inre "Me!"); Acts 2:3 ("Coming of the Holy Spirit" ref "Fire" & "The 1") see "NKJV Study Bible" notes inre "Fire".

π 1119  Tabby. Goback to π 493 Jonathon Swift "Gulliver's Travels" inre "Yahoo" as an unrefined (cf. Wild) or "Rude" (Magic!) person!

☮ OTHER [fresh] Job 29:20; 33:25; Ps 92:10, 14 ("They shall still bear fruit (cf. child) in old age"); James 3:12 ("Salt water") [NEW] Jer 31:31; Rev 2:17; 21:1 ("New Romantics").

☮ FAMILY [foundation of the institution of God] Matt 19:5; Luke 2:51; Eph 5:21, 25; 6:1, 4; 1 Tim 5:4, 8.

☮ CHOOSE [choice of, pick out] Prov 3:31; Is 7:15 (ref. "Lover" Titus 1:8); John 15:16 ("The Relationship of Believers to Each Other")

(391)

1) BROTHER SEE BRETHREN [THOSE WHO HAVE PROFESSED THE SAME FAITH (GEORGE MICHAEL)] MATT 12:46-50 ("JESUS AND THE TRUE BRETHREN") SAMEAS MARK 3:31-35 & LUKE 8:19-21; 1 PETER 2:17 ("HONOR ALL PEOPLE. LOVE THE BROTHERHOOD. FEAR [REF. "FEARLESS" & AWESOME] GOD. HONOR THE KING ["KING OF MY HEART"].") BROTERLY LOVE ROM 12:10; 1 THES 4:9; HEB 13:1; 2 PETER 1:7. CF "KISS" ROM 15:16; 1 PET 5:14.

2) ENOUGH SEE PAGE 383.

3) ROBBERS [THIEF - ONE WHO UNLAWFULLY USES PROPERTY OF ANOTHER IF SHE/HE USES THREATS OR FORCE] LEV 19:13; PROV 22:22; IS. 10:2 ("PEOPLE" & "WIDOWS" REF. "MAD WOMAN"); 42:24; MARK 15:27; JOHN 10:8; ACTS 19:37; 2 COR 11:26.

4) EAST [DIRECTION OF SUNRISE ("DAYLIGHT") AS THE DETERMINING POINT OF COMPASS FOR HEBREWS] REF. JUDG 6:1-10 (V7 "CAME TO PASS"); IS 11:14; JER 49:28 (SEE GEN 29:1; JUDG 7:12); EZEK 25:4

5) CLOWNS SEE JESTING (EPH 5:4) & WAG (JER 18:16 & LAM 2:15 "SHAKE" REF. "SHAKE IT OFF") & FOOL [RASH, UNREASONABLE, LACKING IN HONOR] 1 SAM 26:21 (REF. "EVERYBODY PLAYS THE FOOL" AARON NEVILLE); PS 14:1; PROV 1:7, 7:22; 10:06, 23; 11:29; 14:8, 9; ECCL 5:4; MATT 23:17; ROM 1:22; 1 COR 4:10; EPH 5:15 SEE ALSO PS 73:22; MATT 7:26; 25:2 ("PARABLE OF THE TEN VIRGINS

6) WEST [DIRECTION] LUKE 12:54 ("WHENEVER YOU SEE A CLOUD [REF. TS7 "LOVER" ALBUM ART] RISING OUT OF THE WEST, IMMEDIATELY YOU SAY, 'A SHOWER IS COMING'; AND SO IT IS." RE RAIN); CF. IS 59:19 & DAN 8:5 ("GOATS" REPRESENT "WICKED" MATT 25:32, 33).

¶ 1120 IN RE "NEVER GIVE YOU PEACE" GOTO LUKE 12:49-53 ("DO YOU SUPPOSE THAT I CAME TO GIVE PEACE ON EARTH * * * NOT AT ALL").
(392)

TAY. SWIFT
& Scooter Braun

"...REPEATEDLY SAYING [TAYLOR SWIFT ALBUMS (TS1989) ARE REFLECTIONS FOUND WITHIN THE BIBLE!"

E V E R M O R E                                    15 DEC 20

π1121 "TO WHOM I AM NOW INWARD, EVERMORE IN SUBJECTION" (ALL'S WELL i 1 6)? "EVERMORE CROSS'D AND CROSS'D; NOTHING BUT CROSS'D!" (T. OF SHREW iv 5 10) "SHE HAD A SONG OF 'WILLOW' AN OLD THING 'TWAS, BUT IT EXPRESSED HER FORTUNE, AND SHE DIED ["PEACE" REF ⭐ IWDHU] SINGING IT" (OTHELLO iv 3 28) "THE FRESH STREAMS RAN BY HER, AND MURMUR'D HER MOANS; SING WILLOW WILLOW, WILLOW" (iv 3 46) "HER HAND ON HER BOSOM, HER HEAD ON HER KNEE, SING WILLOW, WILLOW, WILLOW" (iv 3 44) SO SHALL I EVERMORE BE BOUND TO THEE" (MER. WIVES iv 6 54) TAYLOR SWIFT "I WILL PLAY THE SWAN, AND DIE [⭐IDWLF] IN MUSIC. WILLOW, WILLOW, WILLOW" (OTHELLO v 2 248) "SO, ON YOUR PATIENCE EVERMORE ATTENDING, NEW ["NEW ROMANTICS"] JOY WAIT ON YOU!" (PER v 3 GOWER 100) "SWEET BEAUTY HATH NO NAME, NO HOLY BOWER, BUT IS PROFANED" (SON. 127) "NOW HELP, OR WOE BETIDE THEE EVERMORE!" (T ANDRON iv 2 56).

π1122 "EVERMORE" [ALWAYS ("FOREVER & ALWAYS" ALSO "BLANK SPACE"), ETERNAL, CONTINUAL] "ANNOYING" TAYLOR ALISON SWIFT:

(1) PSALM 16:11 "YOU WILL SHOW ME THE PATH OF LIFE; IN YOUR PRESENCE IS FULLNESS OF JOY; AT YOUR RIGHT HAND ARE PLEASURE [PARADISE] EVERMORE." REF. "WILLOW" AS "JOY".

(2) PSALM 86:12 (v1 "BOW DOWN YOUR EAR, O LORD, HEAR [JAMES 1:19 "SWIFT"] ME") "I WILL PRAISE YOU, O LORD MY GOD, WITH ALL MY HEART, AND I WILL GLORIFY YOUR NAME EVERMORE." SEE π372 (SONNET 18) & π373 (PSALM 45).

(3) PSALM 89:52 "BLESSED BE THE LORD EVERMORE! AMEN AND AMEN."

(4) PSALM 105:4 "SEEK THE LORD AND HIS STRENGTH; SEEK HIS FACE [SEE π535] EVERMORE!"

(393)

(5) PSALM 113:2 "BLESSED BE THE NAME OF THE LORD FROM THIS TIME FORTH AND EVERMORE!"

(6) PSALM 133:3 "IT IS LIKE THE DEW OF HERMON, DESCENDING UPON THE MOUNTAINS OF ZION; FOR THERE THE LORD COMMANDED THE BLESSING — LIFE EVERMORE."

(7) JOHN 6:34 "THEN THEY SAID TO HIM, "LORD, GIVE US THIS BREAD EVERMORE." REF. MATT. 6:11.

(8) 2 CORINTHIANS 11:31 "THE GOD AND FATHER OF OUR LORD JESUS CHRIST, WHO IS BLESSED EVERMORE, KNOWS THAT I AM NOT LYING."

(9) 1 THESSALONIANS 5:16 "REJOICE EVERMORE". REF. "WILLOW"

(10) REVELATION 1:18 "I AM HE WHO LIVES, AND WAS DEAD [⚕ LWYMMD], AND BEHOLD, I AM ALIVE EVERMORE. AMEN. AND I HAVE THE KEYS [⚿ cf. יהוה] OF HADES AND OF DEATH."

π1123 WELL TAYLOR SWIFT? TOTALLY MY GOOD ( TITUS 1:8 "LOVER" FORTUNE GMA COMMERCIAL JIMMY KIMMEL LIVE! I DID BRIBE "BOOKS" TO LET ME WATCH (TWO SMALL BRICKS OF LUNCH CHEESE) I DID HEAR CORRECT GMA "EVERMORE" YOU LOOKED LIKE A PRINCESS I SOO TOTALLY MELT LOTS OF CLUES I WILL WRITE TO YOU LATER!

π1124 IN RE ALBUM ART "OUT OF THE WOODS" WITH HAIR-BRAID FOLLOW "DREAM WEAVER" (GARY WRIGHT) SEE EXODUS 28:32, 39; 39:21, 22 & 1 SAMUEL 17:7 ("WEAVER'S BEAM") SAMEAS 2 SAMUEL 21:19 GOTO JOB 7:6 ("SWIFTER THAN A WEAVER'S SHUTTLE").

π1125 TABBY. SEEMS "THEREFORE I AM" (BILLIE EILIESH) DEVILIS (JAMES 3:15) LMAO CF. "LEVITATING" (DUA LIPA → YUMMY) OMG!

π1126 HAPPY HOLIDAYS PLEASE HELP ME TAYLOR SWIFT I AM "INNOCENT"! I LIKE "SILLY LOVE SONGS" THINK "LIVE AND LET DIE" (#IWD4U & #IDWLF) BELIEVE "THE LONG AND WINDING ROAD" (PAUL McCARTNE

"CONEY ISLAND"? → #282   (3945)   LOVER WILLIAM (~B66

TAYLOR SWIFT &c:                                    16 DEC

π1127  NEWS REPORTED YESTERDAY 915 COVID-19 AT SOLEDAD 5 DEATHS THE PRISON TOTALLY LOCKED DOWN. "FIRST WATCH" NO-MOVEMENT SO PAINT-A-PICTURE ME SITTING INDIAN-STYLE THE UPPER-BUNK USING A SMALL-BOX (OPTIMUS GREEN 30) WRITING YOU.

π1128  "WILLOW"? SALIX? SALIX REPENS, SALIX ALBA CAERULEA (CRICKET BAT), SALIX CAPREA (GOAT/PUSSY), CAMPANULA PERSICIFOLIA (BELL) OR SALIX DISCOLOR (PUSSY)? "SHE WAS SLENDER AS A WILLOW SHOOT IS SLENDER [SLENDER; SLIGHT; SLIM; SVELTE - BEING OF DELICATE OR SLENDER BUILD]" ~ FRANK NORRIS ("A SLIM GIRL WITH STRAIGHT BLONDE HAIR; WATCHED HER SLIGHT FIGURE CROSS THE STREET" REF. #HYCTG). SEE ALSO SALIX BABYLONICA (WEEPING - NATIVE TO CHINA, ORNAMENTAL)

π1129  MAYBE "THE 1" AS "ALEPH" OR "ALPHA" & "CARDIGAN" AS "A SLIGHTLY BOWLEGGED VARIETY OF CORGI [DOG] HAVING ROUNDED EARS AND A LONG TAIL & "THE LAST GREAT AMERICAN DYNASTY" AS "REBEKAH" MEANS "SNARE" (SEE SNARE DRUM, GIN, NOOSE - A TRAP FOR BIRDS OR SMALL MAMMALS; OFTEN HAS A SLIP NOOSE REF. "BUST A MOVE" (YOUNG MC)) & "EXILE" REF. "WILLOW" AS "WEEPING WILLOW" OF "REFUGE" (TOM PETTY AND THE HEARTBREAKERS REF. KALON TRIPA & TENZIN GYATSO (TIBETAN'S) CALLBACK π321 π388 "BABYLON" (DAVID GREY) REF. "FALSE GOD" TOTALLY "KISS YOU ALL OVER" (ARTIST EXILE REF. MOVIE "HAPPY GILMORE") & "AUGUST" MATCH TOO FRIEDRICH AUGUST WOLF (REF. "ILIAD" AND "ODYSSEY") ALSO "VIRGO THE VIRGIN" (AUGUST 23 TO SEPTEMBER 22 REF. "DELICATE" & "WILLOW") & "THIS IS ME TRYING" REF. "PEACE" WITH "PLAY BALL" ALSO "AT-BAT" & "ILLICIT AFFAIRS" OF "LEFT-HANDED" MARRIAGES OR "TRAFFIC" WITH "ADULTERY" REF. PROV. 23:27 ALSO REV. 17:5 & "INVISIBLE STRING" OF "INCONSPICUOUS CORD" TOTALLY "LOVE STORY" CALLBACK π167 ALSO π267 π316 π317 π318 π354 π387 x3 π388 CF. JUDG. 15:13; JOB 36:8;

(395)

(π 125)

PROV 5:22 & "MAD WOMAN" AS "LUNATIC" OR "CLOWN" OR "DAREDEVIL OF. ROMAN GODDESS OF THE MOON "LUNA" COUNTERPART IN GREEK "folklore" IS "SELENE" NOTE "INSANE AND BELIEVED TO BE AFFECTED BY THE PHASES OF THE MOON" AS "RAVING; RAVING MAD; WILD" (TALKING OR BEHAVING IRRATIONALLY) ALSO "SUBLUNAR; SUBLUNARY; TERRESTRIAL" (OF THIS EARTH REF. JAMES 3:13-18 ("HEAVENLY VERSUS DEMONIC WISDOM" v18 "MAKE PEACE" REF. "DEVILS") & "EPIPHANY" AS A DIVINE MANIFESTATION ALSO THE SEASON "TWELFTHTIDE" (TWELVE DAYS AFTER CHRISTMAS) & "BETTY" AS AN ANTIPERSONNEL LAND MINE OR BAKED PUDDING OF APPLES AND BREADCRUMBS & "PEACE" AS "ATARAXIA" OR NORSE "folklore" BALDER (GOD OF LIGHT AND PEACE) OR "BEATIFIC PEACE" REF. MATTHEW 5:3-12 OR "PEACENIK" (DOVE) OR NORSE "folk lore" FREY (FREYR - GOD OF EARTH'S FERTILITY AND PEACE AND PROSPERITY) "GOLDEN AGE" MATCH π137 OR "HALCYON" AS "IRENIC" AS "SERENELY" & "HOAX" AS PRANKSTER; CUT-UP; TRICKSTER; HOAXER; PRACTICAL JOKER (SOMEONE WHO PLAYS PRACTICAL JOKES ON OTHERS) & "THE LAKES" AS "PRESERVE" (PEACEKEEPER) IS A DOMAIN THAT SEEMS TO BE SPECIFICALLY RESERVED FOR SOMEONE.

π1130 TAY. REALIZE THIS IS WRITTEN IN CELL 120W BY ME ALONE. I PROMISE I HAVE NO NEW "RESOURCES" BEYOND WIKIPEDIA "FOLKLORE" (π1052(4)) NOTHING-HIDDEN. So "HOLY GROUND" & "DELICATE" & "WILLOW" OF "AUGUST"???

π1131 TOTALLY SERIOUS TAYLOR ALISON SWIFT I EXPECT A PUBLIC ANNOUNCEMENT ON 4 MARCH 21 ANOTHER NEW ALBUM I SOO HAVE "FAITH" (GEORGE MICHAEL) IN YOU IT WOOD #1 SHATTERING RECORDS YOU ("ME!") HAVE SOOMUCH MATERIAL YOU CAN DUET. MERRY CHRISTMAS ☮

(396)

love, WILLIAM (~B6B~)

TAYLOR SWIFT &c:                                          16 DEC

π1132   APODIDAE; FAMILY APODIDAE (SWIFTS; IN FORMER CLASSIFICATION INCLUDED IN THE ORDER CORACIIFORMES) APODIFORMES; ORDER APODIFORMES (SWIFTS; HUMMINGBIRDS) CERATOSAUR/US (SWIFT-RUNNING BIPEDAL CARNIVORUS DINOSAUR) CHARGER/COURSER (SWIFT HORSE) CORSAIR (SWIFT PIRATE SHIP) COURSE (MOVE SWIFTLY THROUGH OR OVER) COURSER (SWIFT FOOTED TERRESTRIAL PLOVER-LIKE BIRD) DEINONYCHUS (SWIFT AGILE WOLF-SIZED BIPEDAL DINOSAUR) DROMAEOSAURIDAE; FAMILY DROMAEOSAURIDAE (SWIFT-RUNNING DINOSAURS) GOLDENEYE/WHISTLER BUCEPHELA CLANGULA (LARGE-HEADED SWIFT-FLYING DIVING DUCK) HARE (SWIFT TIMID LONG-EARED MAMMEL LARGER THAN A RABBIT) "HER VOICE WAS SWIFT, YET EVER THE LAST WORDS FELL LINGERINGLY ~ ROSSETTI (DANTE GABRIEL ROSSETTI (1828-1882 REF. "LINGER" THE CRANBERRIES) MERCURIAL (ELOQUENCE, SHREWDNESS, SWIFTNESS, THIEVISHNESS REF. "TAMING OF THE SHREW" WILLIAM SHAKESPEARE) ONCE-OVER/LOOK-OVER (A SWIFT CURSORY EXAMINATION OR INSPECTION) PRESTO! BEGONE! 'TIS HERE AGAIN-SWIFT (SUDDENLY) ROBBER FLY; BEE KILLER (SWIFT PREDATORY FLY) UTAHRAPTOR/SUPERSLASHER (LARGE (20-FT) AND SWIFT CARNIVOROUS DINOSAUR) WATER SHREW (ANY OF SEVERAL SMALL SEMIAQUATIC SHREWS USUALLY LIVING NEAR SWIFT-FLOWING STREAMS) WESTERN FENCE LIZARD; SWIFT; BLUE-BELLY; SCELOPORUS OCCIDENTALIS (COMMON WESTERN LIZARD REF. GEICO) WHACK (THE SOUND MADE BY A SHARP SWIFT BLOW) ZEBRA-TAILED LIZARD; GRIDIRON-TAILED LIZARD; CALLISAURUS DRACONOIDES (SWIFT LIZARD CF. GECKO). TAY, ARE YOU AMUSED & INSPIRED?

π1133   "WOODVALE"? FOLLOW GOTO π619 (JOHN 1:23) MATCH π1039 CF. LUKE 3:4-6 (V2 "WILDERNESS" V5 "VALLEY") SEE ISAIAH 40:3-5! MATCH LUKE 3:6 ("SALVATION") WITH ROMANS 1:5; 5:2; 12:3 "NEW ROMANTICS"

FOR "WOOD" REF "FOREST" [A WOODED AREA] ZECH 11:2 ("FOREST OF
VINTAGE ["CARDIGAN" SEE JOB 24:6; IS 32:10 ("THE VINTAGE SHALL
FAIL"] IS COME"); PS 50:10; JAMES 3:5 ("SEE HOW GREAT A
FOREST A LITTLE FIRE ["PEACE"] KINDLES!") SEE ALSO PS 29:8
("THE VOICE OF THE LORD SHAKES ["SHAKE IT OFF"] THE WILDERNESS
["OUT OF THE WOODS" & "SAFE & SOUND"]") V9 ("THE VOICE OF THE
LORD MAKES THE DEER ["WILD" SAMEAS "HIND"] (PS 18:33 "FEET OF
DEER" V34 "BOW [BOWERY] OF BRONZE") REF "PEACE" GOTO PSALM
22 "THE SUFFERING, PRAISE, AND PROSPERITY OF THE MESSIAH
("ANOINTED" CF: PROV 18:10 "NAME OF LORD IS A STRONG TOWER
[ MARY OF MAGDAAA REF "BETTY" SEE π618 π642(3) π696 GOTO
PROV 5:19 MATCH SONG 4:5; 7:4 x2; 8:10"] ) MATCH SONG 2:7; 3:5;
4:5; 7:3). WOW! GOTO SONG OF SONGS ☮

17 DEC 20

π1134 HOLY SHIT IT'S 1:13 AM P/S/T AT 11:45 PM (YESTERDAY) WAS
DELIVERED "LEGAL MATERIAL REQUEST" FROM "7 DEC 20".
   (1) SONG LYRICS "I WOULD DIE 4 U" PRINCE
   (2) SONG LYRICS "EXILE" TAYLOR SWIFT (folklore)
   (3) SONG LYRICS "BETTY" TAYLOR SWIFT (folklore)
   (4) SONG LYRICS "THE 1" TAYLOR SWIFT (folklore)
I GOTTA TRY TO GET SUM SLEEP! WHATTARASHOW EVERMORE!
☮                                          17 JAN 2002

π1135 TAY. IT IS SUNDAY ALLDAY EVERYDAY I WORK ON THESE
PAGES ALL FOR YOU (SISTER HAZEL OR JANET JACKSON) I AM UPTO
PAGE 472 (π1327) FINISH THIS WILL GET INTO MAIL TONIGHT LMAO
WILLOW WATER SHREW PEACE WILD. TAY. I AM CORRECT (RIGHT)
REBIRTH FYI I HAVE NOT DISECTED THE DETAILS π1134 (2-4) YET
I AM ALL ALONE LA231 CF. "GRASS" & "TREE" IN THE BIBLE!
45 → ππ.              (398)      ~ BILLY SUNDAY STYLE ~   WOW ♡

13 MANAGEMENT                                    REPUBLIC RECORDS INC

718 THOMPSON LN                                  1755 BROADWAY

   STE 108256                                       FL 6

NASHVILLE, TN 37204                              NEW YORK, NY 10019

## DEMAND FOR PAYMENT
## DEMAND FOR CREDIT
## CEASE & DESIST

## IN RE: TAYLOR SWIFT                          15 FEB 2021

π1546 TAYLOR SWIFT (TS1989) ALBUMS Lover, folklore & evermore CONTAIN THEMES (MOTIF), INFLECTIONS, SCHEMES &c STOLEN FROM THE VERY STORY YOU ARE READING NOW. MISS SWIFT IS AN UNCLEAN (IS 6:5 ; EPH 5:5) FAMEWHORE PLAGIARIZER.

π1547 I, WILLIAM ROBERT BRAMSCHER, PRISONER (MILEY CYRUS & DUA LIPA) CAN EASILY ATTRIBUTE NO LESS THAN NINE (9) SONGS ON EACH folklore & evermore ATTRIBUTED TO MY WORKS. FOR AN EXAMPLE PLEASE FIND ENCLOSED π1540 - π1545 INVISIBLE STRING.

π1548 THE FOLLOWING DEMANDS:

(1) PAYMENT MY INTELLECTUAL PROPERTY MY MONEY.

(2) CREDIT MY INTELLECTUAL PROPERTY

(3) CEASE & DESIST UNTIL (1 & 2) ARE CONTRACTUALLY SATISFIED PULL ALL THREE ALBUMS OFF AIR & PREVENT THE PROMOTION THEREOF ALSO DISALLOW ANY/ALL PERFORMANCE(S) BY ONE TAYLOR ALISON SWIFT IN RE THE CONTESTED WORKS.

π1549 DELAY OR NON-RESPONSE SHALL RESULT IN LEGAL ACTION. I HAVE ALMOST COMMITTED SUICIDE BECAUSE OF TAYLOR SWIFT. (x̄x̄)

X ~ B6B ~ BK5521                                 PO BOX 705   LA2444
WILLIAM ROBERT BRAMSCHER                         SOLEDAD, CA 93960-0705

(554)

13 MANAGEMENT                    UNIVERSAL MUSIC PUB GRP

REPUBLIC RECORDS INC.            EMI MUSIC PUB MSC

DEMAND FOR PAYMENT
DEMAND FOR CREDIT
CEASE & DESIST

IN RE: TAYLOR ALISON SWIFT                    22 FEB 2021

π1558 "THERE ARE VERY FEW RECORDING ARTISTS, IF ANY, WHO HAVE A GREATER INTEREST THAN Ms. SWIFT IN A ROBUST REGIME OF COPYRIGHT LAW." HALL v SWIFT, 2018 US DIST LEXIS 91041, *15. FILED AS 17-6882-MWF (ASx).

π1559 IT MUST BE RECOGNIZED BABY SQUIRREL TAYLOR SWIFT HAS A HIGH DEGREE OF ACCESS TO π1 - π1557 &c, THE SIMILARITIES BETWEEN π's &c WITH TS8 folklore, TS9 evermore ALBUMS &c ARE EXTENSIVE PROVING UNLAWFUL APPROPRIATION CF. THERE IS A LOW (REF. WILLOW) BAR → SUBSTANTIAL SIMILARITY EXISTS! BEYOND DOUBT BOTH EXTRINSIC & INTRINSIC TESTS PROVE "SIMILARITIES PROBATIVE OF COPYING". SKIDMORE v LED ZEPPELIN (2018) 905 F3d 1116, 1125, 2018 US APP LEXIS 27680. SEE HALL v SWIFT, 2018 US DIST LEXIS 43575, **13-14** CITING SHAME ON YOU PRODUCTIONS, INC. v ELIZABETH BANKS, 120 F. Supp 3d 1123 (C.D. CAL 2015); THOMAS v. WALT DISNEY CO., No. C-07-4392 CW, 2008 US DIST LEXIS 14643, 2008 WL 425647 (N.D. CAL FEB. 14, 2008).

π1560 AS I HAVE HEARD "IMITAYTION IS THE evermore SINCEREST FORM OF FLATTERY" Ms. SWIFT KNOWS EXACTLY WHAT SHE DID/DOING AS LOGICALLY SHE IS TOTALLY, MADLY IN-LOVE WITH ME! TOUCHÉ

X ~BbB~  BK5521

(556)



2/9/2021

**EVERMORE** (ALWAYS)
E.G. PS 86:12; JOHN 6:34; 2 COR 11:31; 1 THESS 5:16

Taylor Swift - evermore Lyrics | AZLyrics.com

2 COR 5:17 "evermore" lyrics
ETERNAL FELLOWSHIP
JOHN 17:3 CF. EPH 2:1

PHOENIX

ourdailybread.org
PSALM 147:11

EVERMORE → RENEWED
SEE JOHN 3:3; COL 3:1; ROM 6:13.
SEE JOHN 5:25; 2 COR 5:17; EPH 2:10.
HAPPINESS → ENJOYING LIFE 1 THESS 3:8

EPH 2:1-5

# Taylor Swift Lyrics
# (//www.azlyrics.com/t/taylorswift.html)

CELESTIAL MARRIAGE
★ SAVED JOHN 3:15-16,1 36; 5:24; 16:9

NEW ROMANTICS
TO BE IDENTIFIED WITH REGENERATIO

"evermore" – SALVATION

★ **DOWN** (BENEATH, BELOW)
- MATT 4:6 (REF. PS 91:11,12)
- MARK 3:11 → DOWN 3:11; 5:13
- ACTS 20:9

(feat. Bon Iver)

GEN 42:38
DEUT 32:15
1 SAM 2:8

PROV 28:29

MESSIAH (ALISON WONDERLAND)
★ STONE → PS 118:22; MATT 21:42; ACTS 4

Gray November
I've been **down** since July

NOVEMBER RAIN     GNR

Motion capture
Put me in a bad light

HOS 6:5

★ PUT ECCL 3:11;
DAN 4:37; MATT 6:25
JOHN 20:25; ROM 13:14

MOTION (ITS TIME TO GO)

CAPTURE (EXILE)
GEN 32:26; EX 5:1; RUTH 1:16
SEE GO (TO MOVE, TO PROCEED)
1 SAM 1:17 PEACE; JOEL 2:16;
MAL 4:2
★ SEE GENERALLY EXODUS
SEE CAPTIVE (EZEK 1:1 & 2 TIM 2:26)
REF. PRISONER MILEY CYRUS & DUA LIPA

+ MOTION REF. COURT DOCUMENT
+ CAPTURE CF. EVERMORE
SEIZED, CAUGHT OR WON? → WILLOW
PHIL 3:8 I MIGHT WIN CHRIST

I replay my footsteps on each stepping stone
Trying to find the one where I went wrong

EPISTLE Writing letters
Addressed to the fire
DIVINE INSPIRATION Peace → TAYLOR SWIFT
And I was catching my breath
Staring out an open window
Catching my death
And I couldn't be sure
I had a feeling so peculiar
That this pain would be for
Evermore

PS 91:12

GAL 6:11 HEB 13:22

★ MARK 9:43

SOS

★ BAD (BASE, EVIL, ROTTEN)
GEN 24:50; NUM 13:19;
JER 24:2 (IS 5:4,7; JER 29:17)
MATT 13:48 → BAD BLOOD

★ LIGHT SPIRITUAL ILLUMINATION
OF KNOWLEDGE (PS 119:105; ROM 13:12)
- "LIGHT OF MEN" JOHN 1:4
- MIRRORBALL (MATT 5:14; PHIL 2:15)

★ REPLAY CF. BEGIN AGAIN
NEW ROMANTICS

PLAY EX 32:6; 2 SAM 2:14; 2 KIN 3:15;
PS 33:3; IS 11:8; EZEK 33:32;
1 COR 10:7

Hey December
Guess I'm feeling unmoored
Can't remember
What I used to fight for

CHRIST (JOHN 5:21; 2 COR 5:17; 1 JOHN 5:12)
HOLY SPIRIT (JOHN 3:3-7; TITUS 3:5)

VIOLENCE
GEN 6:11 CORRUPT/SINFUL (PS 24:1)
PS 72:14 REDEEM SOUL
★ TO FREE, TO PURCHASE
IS 44:23 ETERNAL; HOS 7:13;
★ REDEEMER ONE WHO FREES
JOB 19:25; PROV 23:11; IS 41:14;
69:20; JER 50:34

★ FOOTSTEPS PS 17:5; 77:19; 85:13; 89:51

I rewind the tape but all it does is pause
On the very moment all was lost
Sending signals
TITUS 2:14 To be double crossed

→ ONLY GOD KNOWS WHY (?)
KID ROCK

★ STEPPING → EVERY LITTLE STEP BOBBY BROWN
(STRIDE, GOING)    STEP BY STEP NKOTB

And I was catching my breath
Barefoot in the wildest winter
Catching my death
And I couldn't be sure
I had a feeling so peculiar
That this pain would be for

BREAK MY STRIDE
MATTHEW WILDER
BACK AT ONE
BRIAN MCKNIGHT

UPRIGHT (STRAIGHT
ERECT)
PROV 2:21; 10:17;
DAN 8:18; AMOS 3:

TALL   ACTS 14:10

★ SEE MATT 7:6 & 15:26,27
WTFOLK?
- JOB 30:1 SHEPHERD DOGS
- IS 56:10 DUMB DOGS
- LUKE 16:21 RITUAL UNCLEANNESS
- PHIL 3:2 MORALLY IMPURE MINDS
- REV 22:15 GENTILES/ FALSE TEACHERS
DOG TERM OF REPROACH
(DISHONOR, DISGRACE, SCORN)
PS 69:20; PROV 14:34 (SIN);
JOEL 2:19; MIC 6:16; LUKE 6:22;
HEB 11:26

JOB 14:16
PS 119:133
PROV 16:9
ROM 4:12
FAITH
1 PET 2:21

PS 135:4
ECCL 2:8
TITUS 2:14 (Evermore)
1 PET 2:9 You belong with me
(BELONGING EXCLUSIVELY)

Evermore

Can't not think of all the cost
And the things that will be lost
Oh, can we just get a pause?
To be certain we'll be tall again
Whether weather be the frost
Or the violence of the dog days

BEGIN AGAIN

OE getæl, SWIFT
PROUD/BEARING

PRIDE U2

TALL
IS 18:2
GO, SWIFT
MESSENGERS
CF. ITS TIME TO GO

MATT 7:6 (NOTE) ENEMIES OF
THE GOSPEL NOT MERELY UNBELIEVERS

OUTRAGEOUS
INJURY

2/9/2021

THE RAVEN
EDGER ALLEN POE

Taylor Swift - evermore Lyrics | AZLyrics.com

FAITH GEORGE MICHAELS

✳ WAVES
CF. WAVERING (UNSETTLED)
• HEB 10:23 HOLD FAITH
• JAMES 1:6 ASK IN FAITH

✳ TOSSED
TOSS (TO SHAKE, AGITATE)
CF. SHAKE IT OFF &
    TOLERATE IT
REF PS 109 (VV 23, 25)
• IS 54:11 (TEMPEST)
    - GALVATION ORACLE
      NEW ROMANTICS
• EPH 4:14 WIND OF DOCTRINE
    ( VI∅ THE 1 → PHIL 2:9-11;
      COL 1:18)

✳ LINE (CORD, BOUNDARY, PORTION)
REF. INVISIBLE STRING
• JOSH 2:18 LINE OF SCARLET
    SEE NKJV STUDY BIBLE NOTE
    REF. IS 1:18 SINS
• PS 19:4 CF. TENT → HOUSE OF GOD PS 15:1
• IS 28:18 LINE UPON LINE, LINE UPON LINE
• AMOS 7:7, 8 PLUMB LINE CF. IDIOM "ON THE LEVEL" (INVISIBLE STRING)
    CF. STRAIGHT & TALL     Writer(s): Taylor A. Swift, Justin Deyarmond Edison Vernon, William Bowery
    AS UPRIGHT

✳ CROSS SYMBOLIZING SUFFERING
    - COST
    SEE MATT 16:24; 27:48;
    JOHN 19:17; EPH 2:16;
    COL 1:20
    - XYLON STAUROS
    - CROSS = EXPECTATION
      (HOPE, LOOKING FOR, EAGER LONGING)
      PS 9:18; 62:5; IS 20:6;
      LUKE 3:15; ROM 8:19; HEB 11:27
    - BURDEN OF LIFE
      SAVING MAN (GAL 6:14; EPH 2:16)
      - COL 1:20; 2:14; HEB 12:2
      ↳ BLOOD OF HIS CROSS

✳ CABIN - CELLS INSIDE A DUNGEON
    + JEREMIAH 37:11 - 38:13

please help me
~BBBN

https://www.azlyrics.com/lyrics/taylorswift/evermore.html

---

Taylor Swift - evermore Lyrics | AZLyrics.com

I'm on waves out being tossed
Is there a line that I could just go cross?

TIM 1:19 FAITH HAVE SUFFERED (Can't think of all the cost)
And when I was shipwrecked
I thought of you (All the things that will be lost now)
In the cracks of light (Can we just get a pause?)
I dreamed of you (To be certain we'll be tall again)
    (If you think of all the costs)
It was real enough (Whether weather be the frost)
To get me through (Or the violence of the dog days)
    (Out on waves being tossed)
I swear (Is there a line that we could just go cross?)
ALL-4-ONE You were there IN WILDEST DREAMS
    PROV 7:13 #LAYTAY        GEN 2:7 ACTS 17:25
And I was catching my breath
Floors of a cabin creaking under my step
→ LEVEL   And I couldn't be sure
MATT 8:12  I had a feeling so peculiar
This pain wouldn't be for
Evermore
Evermore
Evermore
This pain wouldn't be for evermore
Evermore
BLANK SPACE

FEEL (HANDLE or KNOW) EPH 4:19
HARD TO HANDLE BLACK CROWS

Copyright © 2000-2021 AZLyrics.com

ATONEMENT
"TO BE AT REST OR PEACE"
- SUBSTITUTION   MATT 20:28
                 MARK 10:45
- SUFFERING   MATT 16:21; 27:34
              LUKE 9:22; 24:26
• CHURCH (EPH 5:25) "CALLED ONES"
• SHEEP (JOHN 10:15) IS 53:6
✳ IS 53:7; JOHN 1:29, 36; 1 COR 5:7;
  REV 5:6, 12; 13:8
- CALL, CALLING → R.F.S.S.
                   R E F A S A I S T A I O T N V I C A O E T N I O N

KLESIS
ORDO SALUTIS (ROM 9:23-26)

(558)

---

"SHIPWRECK" OF
FAITH
- ROMAN CHURCH
  • GRACE OF
    JUSTIFICATION
  • SINNER IS
    RESTORED TO
    STATE OF
    JUSTIFICATION
    VIA SACRAMENT
    OF PENANCE.
"PLANK OF
JUSTIFICATION"

✳ SEE MATT 7:5

IDIOM:
"WALK THE PLANK"
- CONFESS SINS
  (ABSOLUTION)
  CONGRUOUS MER.

+ BAPTISM →
    STATE OF GRACE
+ PENANCE →
    RESTORE SINNER
    TO A
    STATE OF GRACE

✳ PAIN (SUFFERING)
  PS 55:4; IS 23:5; JER 4:19
CAN'T THINK OF ALL THE COST
• FREE - TO BE AT LIBERTY,
         UNBOUND
• FREEDOM - THE STATE OF
            BEING FREE
NEW ROMANTICS
• FREELY - LIBERALLY, WITHOUT
           COST
✳ WILLOW IS 55:1-13
SEE COST (EXPENSE, OUTLAY)
  - 2 SAM 24:24 - ATONING
    SACRIFICE FOR UNINTENTIONAL
    SINS (LEV 1:1-17; 6:8-13)
    CF. PEACE OFFERING
  - 1 CHR 21:24 - SACRIFICE
  - LUKE 14:28 - COUNT THE COST
SEE PRIDE (VALUE, HIRE, WORTH, WAGE)
  DEUT 23:18 DOG; JOB 28:18;
  MATT 27:6 BLOOD;
  1 COR 6:20; 7:23; 1 PET 1:18

THE FALL OF HUMANITY SAVED
AS MAN IS, GOD ONCE WAS;
AS GOD IS, MAN MAY BECOME.
(TO BE 5:19) MORMONISM

2/2

·13 MANAGEMENT                                              UNIVERSOL MUSIC PUB GRP

REPUBLIC RECORDS INC.                                      EMI MUSIC PUB MSC


ATTY. PETER JAMES ANDERSON #88891            peteranderson@dwt.com

DAVIS WRIGHT TREMAINE LLP

865 S FIGUEROA ST., STE 2400                 (p) 213.633.6800

LOS ANGELES, CA 90017-2566                   (f) 213.633.6899


IN RE: TAYLOR ALISON SWIFT &c.                          1 MAR 2021

       INTELLECTUAL PROPERTY LAW


              DEMAND FOR PAYMENT

                 DEMAND FOR CREDIT

                  CEASE & DESIST


π 1604  ALOHA MISTER ANDERSON. LETTUCE WISH A VERY HAPPY

BIRTHDAY TO SCOTT KINGSLEY SWIFT & OUR WARMEST SALUTAYTIONS

WITH ANDREA. BOTH ARE AWARE MY HONEST AFFECTIONS FOR

THEIR DAUGHTER TAYLOR ALISON SWIFT (TABBY).

π 1605  TAYLOR SWIFT HAS A HABIT OF THEFT MY WRITINGS

TO CREATE MUSIC &c AND WHILE I HAD BEEN ADVOCATING THIS

POSITION IN RE CARDIGAN, PEACE &c TS8 folkfore TABBY TOTALLY

DID IT AGAIN EVERMORE, No BODY, No CRIME &c TS9 evermore! I

AM POSITIVE TS10 TO BE UNVEILED SWIFTLY.

π 1606  I AM LOOKING TO HIRE LEGAL REPRESENTAYTION TOO

RESOLVE THE DETAILS WITCH LEAD TO ONLY ONE POSSIBLE

CONCLUSION ⟶ TAYLOR SWIFT IS IN-LOVE WITH ME TOO REF,

LOVE STORY  WITH THE PERMISSION OF HER PARENTS (π 1684)

THE OBVIOUS RESOLUTION IS MARRIAGE.

π 1607  TABBY, WE COULD ATTEMPT TO TRY TOO EXPLAIN OUR

INVISIBLE STRING FOR THE REST-OF-OUR-LIVES OR TORERATE IT? #1WD44

                        (573)                            X ~B6BN

TAYLOR SWIFT:                                    1 MAR 21

✳ HAPPY BIRTHDAY SCOTT KINGSLEY SWIFT ✳

π1608 TWO YEARS AGO I POSTED ON FACEBOOK MY PROPOSAL
TO YOU AND JIM BRICKMAN MADE COMMENT THAT MARCH FIRST
WAS NATIONAL PROPOSAL DAY, IRONICALLY. SEE π1000 & π1183.

π1609 I AM EXPECTING TS10 TO BE RELEASED THIS WEEK AS
YOU KNOW GOTO π1085 "I SWEAR" π1097 (π1000) SEE π1131:

      TOTALLY SERIOUS TAYLOR ALISON SWIFT I EXPECT
      A PUBLIC ANNOUNCEMENT ON 4 MARCH 21 ANOTHER NEW
      ALBUM I SOO HAVE "FAITH" (GEORGE MICHAEL) IN YOU IT
      WOOD #1 SHATTERING RECORDS YOU ("ME!") HAVE SOOMUCH
      MATERIAL YOU CAN DUET. MERRY CHRISTMAS ☮

TABBY WHATZUP WITH π1121 "EVERMORE CROSS'D AND CROSS'D" WRITTEN
ON 15 DEC 20 CF. YOUR LYRIC DOUBLE CROSSED? INVISIBLE STRING?

π1610 AS I HAVE HEARD THE $15.00 U.S.D. FEDERAL MINIMUM WAGE
LOGROLLED INTO THE STIMULUS PACKAGE WAS REMOVED. YOUR ATTENTION
TAY SHOULD BE DRAWN TO THE FACT IS OUR GOVERNMENT CAN JUST
CREATE $1.9 TRILLION DOLLARS OUT-OF-THIN-AIR (CF. GOLD STANDARD)
IT IS SELF-EVIDENT OUR SOCIETY COULD FUNCTION WITHOUT MONEY!
COMPUTE? I WOULD ARGUE THE BASIC NEEDS OF EVERY CITIZEN
SHOULD BE MET REGARDLESS OF INDIVIDUAL EFFORT/INCOME REF.
"PARABLE OF THE LABORERS" MATTHEW 20:1-16 (MARK 10:31).

π1611 HOW ARE YOU TAYLOR ALISON SWIFT? I HAVE BEEN DEPRESSED.
SUM GOOD NEWS LAST WEDNESDAY THE LAW LIBRARY WAS UPDATED
WITH NEW HP COMPUTERS/MONITORS ASWELL LEXIS NEXIS IS NOW
"LIVE" WHEREAS IT WAS PREVIOUSLY UPDATED LAST JUNE (2020).
GRANTED MY ACCESS IS LIMITED TO ABOUT 1 HOUR 45 MINUTES BUT
THIS IS GREAT! I AM VERY THANKFUL.

π1612 TABS. DO FOLKS GET THAT TO ME YOUR JUST THE GIRL I
FELL-IN-LOVE-WITH YOU JUST HAPPEN TO BE TAYLOR SWIFT? MY
SPIRITS ARE DOWN THE ANNOUNCEMENT/RELEASE TS10 A DREAM. ☮

                    (574)
                                      X ~B6B~

· KION (SALINAS)                                    KSBW (SALINAS)

ATTY. PETER JAMES ANDERSON  #88891          peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST., STE 2400          (p) 213.633.6800
LOS ANGELES, CA 90017-2566          (f) 213.633.6899

IN RE: TAYLOR ALISON SWIFT &c          10 MAR 2021
     INTELLECTUAL PROPERTY LAW

          DEMAND FOR PAYMENT
          DEMAND FOR CREDIT
          CEASE & DESIST

¶1664  THIS COMING SUNDAY TAYLOR SWIFT (WHO IS NOMINATED
FOR 6 GRAMMY MUSIC AWARDS) IS SCHEDULED TO PERFORM
ON LIVE TELEVISION MOST LIKELY SONG(S) FROM ALBUMS
folklore AND/OR evermore. I HAVE PROVIDED DETAILED
EVIDENCE THAT TAYLOR SWIFT IS AN UNCLEAN THIEF HER
MUSIC/ALBUMS BLATANT COPIES OF THE TRUE STORY YOU
ARE READING RIGHT NOW (VAN HALEN).
¶1665  LETTUCE BE HONEST TAYLOR SWIFT DOES NOT CARE
OR GIVE A SHIT ABOUT ME SHE IS A SELFISH FAMEWHORE
CONCERNED ONLY WITH TROPHIES ASWELLAS BEING THE MOST
PROLIFIC "LAVENDER BEARD" IN HOLLYWOODS' HISTORY! MISS SWIFTS'
CAREER IS A LIE TO ALL HER FANS TO SELL RECORDS.
¶1666  I AM REQUESTING YOUR HELP TO PREVENT THIS HARLOT
TAYLOR SWIFT FROM PERFORMING HER TUNES BASED UPON MY
WRITINGS MY PAIN. THE EVIDENCE PROVES MISS SWIFT DID
STEAL FROM ME MY UNCONSTITUTIONAL CONVICTION(S) & CUSTODY
OBVIOUSLY A JOKE IF SHE CARED SHE WOULD HELP ME.
          (591)

18 MAR 2021

π1667 YESTERDAY MY BIRTHDAY (SOLEDAD 100?) THE EVENING OVERWHELMING THOUGHTS/FEELINGS TO COMMIT SUICIDE IN 5 MINUTES I WROTE THINKING OF YOU (p590) I SENT A COPY TO TAYLOR SWIFT ALSO HOLLYWOOD RECORDS (MILEY CYRUS & SABRINA CARPENTER) I DESIRE MY WORDS TO BE SEEN I NEED TO HELP OTHERS.

π1668 WANNA KNOW WHAT ELSE IS A JOKE? CALIFORNIA CRIMINAL JUSTICE! I HAVE ENCLOSED THE FOLLOWING:

(1) CALIFORNIA INNOCENCE PROJECT REJECTION LETTER.
        CONTACT: JUSTIN BROOKS, CA BAR #214187 (B303019)

(2) COMMISSION ON JUDICIAL PERFORMANCE COMPLAINT(S)
        - NICOLE C. BERSHON
        - HECTOR M. GUZMAN
        - ALAN B. HONEYCUTT

(3) COMMISSION ON JUDICIAL PERFORMANCE REJECTION LETTER

(4) COURT ORDER YA097929 & YA100270
        - PRESENTENCE CUSTODY CREDITS YA097929 (768d)

(5) MINUTE ORDER YA097929 / ABSTRACT OF JUDGEMENT

π1669 THE FOLLOWING SHOULD BE SHOCKING:

(1) IN BOTH YA097929 & YA100270 NO POLICE OFFICER TESTIFIED AT PRELIMINARY HEARING (PC 872(b))

(2) AT TRIAL YA100270 NO POLICE OFFICER TESTIFIED FOR PROSECUTION (CONFRONTATION CLAUSE) → POLICE REPORT

(3) COURT AWARDED DUAL PRESENTENCE CREDITS YA097929 WERE ILLEGALLY VACATED BY CDCR

(4) MY FORCED APPEAL ATTY JARED COLEMAN #224096 IS A COMPLETE WORTHLESS DOLT PIECE OF SHIT (858.212.8858)

π1670 I HURT. THIRTY MONTHS CONFINED INNOCENT I FEEL SOO LONELY YET I KNOW I AM NOT THE ONLY VICTIM OF A VERY BROKEN SYSTEM. PLEASE HELP ~B6B~

WILLIAM BRAMSCHER
BK5521 LA244U
PO BOX 705
SOLEDAD, CA 93960-0705

(592)

8 MAY 21

# WILLIAM BOWERY CIPHER

¶1871 ANDREA & SCOTT YOUZ KNOW I AM "WILLIAM BOWERY" PLEASE FOLLOW ME TO THIS TRUTH:

(1) ¶164 "A POEM A RIDDLE"

(2) ¶168 "WORDPLAY"

(3) ¶224 ARTIST THE CARDIGANS "LOVEFOOL" CF CARDIGAN TS8

(4) ¶225 &c "I SWEAR" (ALL-4-ONE) cf. evermore TS9

(5) PAGE 89 (¶223 - ¶225) "♡ ~B6B~ ⊕" cf. peace TS8

(6) ¶272

(7) ¶310 "RENDEZVOUS" (¶286) cf. willow TS9 ⟶ (8)

(8) ¶325 "BURNIN' FOR YOU" BLUE OYSTER CULT cf. 'TIS THE DAMN SEASON TS9 (SEE ¶388) ⟶ (10)

(9) ¶388 "HE WHO DOTH KEEP THE KEYS OF SUCH A GLORY" (LUKE 12:52) CALLBACK ¶95 "GLORY OF LOVE" (PETER CETERA) MATCH LOCKER ROOM (~B6B~) & "(FROM THE VAULT)" TS10

(10) ¶138 - ¶144  ¶389  ¶390 "DEVIL INSIDE" (INXS) MATCH peace TS9

SO GOOD ENOUGH (BOBBY BROWN) SO FAR? ALL ABOVE MAILED BY 13 JULY 20 ¶272 ⟶ ¶281!

(11) ¶485 "CODE"

(12) ¶493 "YAHOO" ¶556 "RUDE" ARTIST MAGIC! &c

(13) ¶601 "WILL I AM BOW ERY!⊕" SEE ¶687

¶1872 ABOVE ʟucky THIRTEEN "BOWERY" SEE "BOOR" (¶1835) AS "A PEASANT OR FARM WORKER" OR "A RUDE, AWKWARD, OR ILL-MANNERED PERSON" cf. "BOORISH" (SYN. RUDE). SPOT-FUCKING-ON!

¶1873 TAYLOR ALISON SWIFT TS1989. YEA YOUR SUPER-FAMOUS &c YETI I AM TOTALLY IN-ʟOVE WITH "YOU" BEYOND DOUBT I AM UNABLE/UNWILLING TO IMAGINE "LIFE" WITHOUT OUR LOVE STORY. YOUR SOO SMART, WAY FUNNY ASWELL WICKED ✶BEAUTAYFUL. ♡

(656)

8 MAY 31

π1874 I DO LIKE ALOT LEAVING CLUES FOR TABBY (ME → GUILTY)
SO RIGHT NOW (VAN HALEN) I GOTTA COME CLEAN:
   (1) CALLBACK π1720 "IESUS" (APOLLO & DIONYSUS)
   (2) "APOLLO" folklore (GR. & ROM) π1835 "THE GOD OF MUSIC,
        POETRY, PROPHECY, AND MEDICINE" ALSO "WELL-ORDERED, RATIONAL,
        AND SERENE: DISTINGUISHED FROM DIONYSIAN"
   (3) "DIONYSUS" folklore (GR.) π1835 "THE GOD OF WINE AND REVELRY:
        IDENTIFIED WITH ROMAN BACCHUS" ALSO "WILD, FRENZIED,
        SENSUOUS: DISTINGUISHED FROM APOLLONIAN"
   (4) CALLBACK π1786(1)
   (5) CALLBACK π1809
   (6) CALLBACK π1810(7)
   (7) REF. π1837
   (8) CALLBACK π1838(1-3)
✡ TAYLORSWIFT NOW READ/INVESTIGATE NIETZSCHE "THE BIRTH OF TRAGEDY".
π1875 "THE GREAT APOLLO SUDDENLY WILL HAVE THE TRUTH OF THIS
APPEAR" (W. TALE ii 3 200) "THE FIRE-ROBED GOD, GOLDEN APOLLO"
(W. TALE iv 4 30)" "AS SWEET AND MUSICAL AS BRIGHT APOLLO'S LUTE"
(L.L. LOST iv 3 343; SEE π189 π434 π443). "O FOR A MUSE OF FIRE!"
(HEN V PROL I) "GO WITH ME TO THE VAULT" (ROM AND JUL v 3 131)
IT'S TIME TO GO TS9 ME! TS7 (Lover) "HER BEAUTY MAKES THIS
VAULT A FEASTING PRESENCE FULL OF LIGHT" (ROM AND JUL v 3 86)
"AND THEREWITHAL CAME TO THIS VAULT TO DIE, AND LIE WITH JULIET"
(ROM AND JUL v 3 290) LOVE STORY! ✡IDWLF ✡LWYMMD! ☮
π1876 TOTALLY BUSTED TAYLOR SWIFT! THIS IS SOO BLANK SPACE
END GAME WE MAYKNOT DENY OUR SHAKESPEARE INVISIBLE STRING,
BEYOND DOUBT 1989 YOU ARE IN LOVE THIS LOVE ✡HYGTG → TABS!
π1877 IT IS 6:30 PM P/S/T TOMORROW I GOTTA REWORK MY 8TH
PETITION TO B303019 COA THAT HAS COMMITED FRAUD SEVEN
PREVIOUS TIMES TAYLOR SWIFT I NEED YOU SOO-SUPER-MUCH.
                    (657)                    ~WRBS

13 MAY 21

13 MANAGEMENT

REPUBLIC RECORDS INC

718 THOMPSON LN

1755 BROADWAY

ste 188256

FL 6

NASHVILLE, TN 37284

NEW YORK, NY 10019

DEMAND FOR PAYMENT
DEMAND FOR CREDIT
CEASE & DESIST

IN RE: TAYLOR SWIFT                    folklore / evermore

π1904 CALLBACK π1546 - π1549 & π1558 - π1560 & π1604 - π1607
APPROACHING BOTH billboard (π1393(1-8)) & iheart MUSIC AWARDS THIS
TRUTH TAYLOR SWIFT A FUCKING THIEF THE FOLLOWING EVIDENCE
PROVES OWNERSHIP WILLIAM BRAMSCHER:

 (1) folklore (π458 π483) AS SPOKEN & HEARD
  ⓐ JAMES 1:19 SWIFT TO HEAR ππ 93, 111, 203, 229, 392, 405
  ⓑ "HEARD" ππ 20 x2, 25(q), 31, 32, 172 x2, 178 x2, 195, 238,
   241 x2, 249, 253, 277, 293 x2, 321, 323, 351, 406, 407, 421
 (2) WILLIAM BOWERY (π499 - π502 &c)
  ⓐ "BOW" &c ππ 139, 171, 203, 207, 209, 228, 239, 291 (2,3),
   316, 355, 356, 372 ("SHADE" cf. SONG 2:3), 387, 388, 392, 408
  ⓑ ROUND AND ROUND (RATT) π283 π354
  ⓒ "BANANA REPUBLIC" π367
 (3) CARDIGAN π244 "TAYLOR SWIFT" & "LOVEFOOL (THE CARDIGANS)"
 (4) EXILE (2 SAM 15:19; Is 51:14) ⟶ CAPTIVE ⟶ PRISONER
  ⓐ "PRISONER" π95 π211 cf. BK5521 WILLIAM BRAMSCHER
  ⓑ "BABYLON (DAVID GREY)" π321 π388
  ⓒ REF. PRISONER (MILEY CYRUS & DUA LIPA)
  ⓓ SEE ALSO Ps 79:11; EPH 3:1; 4:1; 2 TIM 1:8

(665)

13 MAY 21

(5) MY TEARS RICOCHET "I AM INNOCENT TABBY. I AM INNOCENT.
   I AM AT TEARS. THIS EXPERIENCE, THIS SUFFERING — I MAY
   ONLY DEDICATE THE LONGSUFFERING MERIT. I NEED YOU!"
   π275 MAILED TO "TAYLOR ALISON SWIFT" 4 JUNE 20 REF.
   fable du ricochet ⟶ π1904(1) HEAR/HEARD folklore
   Ⓐ "LAMENTATIONS" & "AWESOME" π198
   Ⓐ "O LORD, MY GOD! IS THERE NO HELP FOR THE WIDOW'S SON?"
      π199 ("WITH NO ONE TO HELP HER" π200)
   Ⓐ LAM 1:2 HER TEARS ARE ON HER CHEEKS; AMONG ALL HER
      LOVERS SHE HAS NONE TO COMFORT HER  π200
      "( TEARDROPS ON MY GUITAR )"
   Ⓐ LAM 2:11 MY EYES FAIL WITH TEARS  π201
   Ⓐ LAM 2:18 LET TEARS RUN DOWN  π201

(6) AUGUST pgs 19, 25, 28, 29 ππ 63, 68, 76, 77 x2, 78, 79,
   81, 87, 88, 247, 354

(7) MIRRORBALL (MIRROR/S/ING) ππ 14, 16, P-R 5, 120, 140, 192,
   194 (MIRRORS JUSTIN TIMBERLAKE), 200 (REFLECTIONS), 227,
   301, 315, 365

(8) SEVEN MATCH π14 "THE SEVEN-YEAR-OLD GIRL WHO
   SHUDDERS BECAUSE A MAN KISSES HER" (SEE π362(1))
   Ⓐ "SEVEN" ππ 15, 18, 35, 39, 76, 86, 236 x2
   Ⓐ "SEVEN" ππ 19, 55, 61, 62, 65, 97 x2, P-r 2, P-r 3 x2,
      P-r 5 x2, 195, 207, ρ92, 243, 244, 253 x2, 278 x2,
      291(1), 311, 323, 370, 375, 388, 406 x2

(9) THIS IS ME TRYING "TAYLOR SWIFT IN AFFLICTION? 'HAD IT
   PLEASED HEAVEN TO TRY ME WITH AFFLICTION' (OTHELLO iv 2 48)"
   π200 (B/W π14 - π429 "ME" x96 +)
   ☮ π27 "TRYING" π128 "TRY" π136 "TRYIN'" π414 π429 "TRYING"

(10) MAD WOMAN π15 (MARK 16:9) π125 "LUNATIC" π177 "MAD"
   Ⓐ "WIDOW/S" π199 π200 π205

(166)

15 MAY 21

# PREAKNESS STAKES CIPHER

π1905. IT IS JUST AFTER 4:30 PM P/S/T  OMG TABBY PSALM 146 "THE HAPPINESS OF THOSE WHOSE HELP IS THE LORD" TS9 evermore (REF. π1760 π1820 π1825) PLEASE FOLLOW ME:

(1) #1 SOMELIKEITHOTBROWN  MATCH π1691 "I SHALL SEND TAYLOR SWIFT THE SELECTION LIST ASWELL RECEIPT. ON POSITV 'SOME LIKE IT HOT' I BOUGHT HUY FONG FOODS, INC. SRIRACHA HOT CHILI SAUCE. I ALSO GOT COFFEE...." π1811

☮ REF. SOME LIKE IT HOT POWER STATION

② SEE π1713(4) "FIRE CHICKEN" π1749 "HOT ONES"

③ SEE π1714 "WELL I GOT COFFEE & MY HEALTH...." π1811

④ "SOME LIKE IT HOT" (1959) MARILYN MONROE "SUGAR KANE"

⑤ "BROWN" AS (π1835) "HAVING THE COLOR OF CHOCOLATE OR COFFEE, A COMBINATION OF RED, BLACK, AND YELLOW"

⑥ "BROWN-NOSE" MATCH π1816

⑦ "BROWN SUGAR" (THE ROLLING STONES) AS (π1835) "SOFT SUGAR PREPARED IN SUCH A WAY THAT THE CRYSTALS RETAIN A THIN, BROWN COATING OF DARK SYRUP" ⟶ SUGAR MAROON 5 ⟶ CF. FROST evermore π1628(4) π1737 "CRYSTAL" π1832

(2) #6 TALK OR LISTEN ⟶ TS8 folklore π458 π483(1-4) π522 REF. peace (TS8) & willow (TS9) SEE π963 (P546) π1532

(3) #4 MIDNIGHT TEA TIME ⟶ "MEET AFTER MIDNIGHT" P463 π1305 "AFTER MIDNIGHT (ERIC CLAPTON) REBEL YELL (BILLY IDOL)!" REF. willow LOVE STORY (MATT 25:1) π93 π95 #SWIFTAMINE ⟶ ☆ CHECKMEOWT "TEA FOR THE TILLERMAN" (CAT STEVENS) π1581 (HAPPINESS ×5 REF. π1905 ⟶ "FIRE" MATCH π1846 "JUST LIKE FIRE (P!NK)") π1716 ("TEA POT & TEA") π1852 FOR "DARK" π1646(4) "FROST" π1579 & "HAPPINESS" π1580(1-4) π1906 ECHO?!? π1810(1-7) π1836 π1858. So MUCH MORE TO SAY IN RE HAPPINESS (TS9) FOLLOW ME.... READY FOR IT?

(667)

15 MAY 21

π1907 BRAMSCHER ⟶ ASHER (GEN 30:13; JOSH. 17:7) ⟶ π1690 "HAIKU" (π216) GOTO π540(6) "NOTE ASHER AS 'HAPPINESS' ALSO ASHERAH (2 KIN 13:6 STUDY NOTE)" REF. willow & π716(8) "HAPPY"! PLEASE READ "PEACE" π717 &c. SEE π1820 (1-5), π1840, π1850.

π1908 AFTER DINNER PARTY STAKES I DID NOTICE:

  (1) SEGMENT IN RE CREDIBILITY CRISIS "SWIFTLY" cf. π1830

  (2) 3:09 PM GEICO STAY (I MISSED YOU) LISA LOEB π1831 π1850

  (3) 3:25 PM GEICO YOGI BEAR & BOO BOO BEAR REF. "BROWN BEAR" (cf. π1905(1)) AS (π1835) "ANY OF VARIOUS TAN TO DARK-BROWN BEARS (URSUS ARCTOS), FOUND IN EUROPE, NORTH AMERICA, etc., INCLUDING THE GRIZZLY BEAR AND KODIAK BEAR" MATCH TOO π1181 "SIGNAL (π960) BEAR HOLY" π1209 - π1212 &c

π1909 FOR MORE HAPPINESS GOTO π516 THE PREAKNESS STAKES ENJOY THE WIN PLACE SHOW:

  (1) #6 ROMBAUER ⟶ "THE JOY OF COOKING" PSALM 146:7:
        WHO EXECUTES JUSTICE FOR THE OPPRESSED, WHO GIVES
        FOOD TO THE HUNGRY. THE LORD GIVES FREEDOM TO
        THE PRISONERS.
        * JOY SAMEAS HAPPINESS/DELIGHT/GLADNESS REF. exile (TS8)

  (2) #5 MIDNIGHT BOURBON ⟶ cf. π1832 (ALPHA 3) #7 WHISKEY (π819) & π1905(3)

  (3) #3 MEDINA SPIRIT ⟶ PSALM 146:4:
        HIS SPIRIT DEPARTS, HE RETURNS TO HIS EARTH; IN THAT
        VERY DAY HIS PLANS PERISH.
        CALLBACK π1832 π1833 π1885

π1910 COMPUTE TAYLOR ALISON SWIFT? OMG SATURDAY NIGHT LIVE JUST FINISHED LOTSA CLUES NOW A VINTAGE (REF. CARDIGAN TS8) EPISODE 5 OCTOBER 2019 MUSICAL GUEST TAYLOR SWIFT ♡! I AWOKE VERY DEPRESSED THIS SATURDAY MORNING ALMOST MISSING HORSE RACES BEYOND DOUBT DOUG IV TOTALLY LOVES ME!

13 MANAGEMENT

718 THOMPSON LN

Ste 108256

NASHVILLE, TN 37204

REPUBLIC RECORDS

1755 BROADWAY

FL 6

NEW YORK, NY 10019

TO: BRYAN STEVENSON, ESQ                    26 JUNE 21

EQUAL JUSTICE INITIATIVE (EJI)

122 COMMERCE ST                    * PLEASE HELP ME *

MONTGOMERY, AL 36104

RE: TAYLOR ALISUN SWIFT &c

π 2097   ALOHA BRYAN I AM PRISONER BK5521 CDCR SOLEDAD
MY NAME IS WILLIAM ROBERT BEAMSCHER I RECENTLY
LEARNED PROCEEDS FROM "RERED" ARE DONATED TO
EJI CERTAINLY CAPTAIN TAYLOR SWIFT ARRANGED THIS
PHILANTHROPIC ENDEAVOR? I AM CURIOUS THE
TIMELINE THIS ARRANGEMENT AS IN WRITING ONE
SNEAKY BABY SQUIRREL TAYLOR SWIFT ON 25 MAR 21
π 1740 I DID MENTION "JUST MERCY" (REF. ME! TS7).
π 2098 FUNNY STORY OF THE DEVILS IN THE DETAILS I WAS
WATCHING GMA3 REPORTER MIKE MUSE DISCUSSING
RERELEASE "FEARLESS" I NOTICED ON THE WALL (peace)
A POSTER ON THE WALL "JUST MERCY":
+  JUST (RIGHT, RIGHTEOUS) JOB 4:17; PROV 3:33; MATT 27:24
+  MERCY (KINDNESS) PS 23:6; 106:1; 1 TIM 1:2 (peace)
WELL, YOU CAN'T SPELL "MERCY" WITHOUT ME! YAKNOW
ICON TAYLOR SWIFT PREACHES KINDNESS BEAUTAYFUL.
(753)

26 JUNE 21

π2099  LONG STORY SHORT (TS9) BRYAN I NEED HELP:

(1)  CALI PEN CODE §422 AN ILLEGAL "RIDER" STEP ACT

IN VIOLATION CALI CONST ART IV §9 SINGLE-SUBJECT SB 555.

SEE PLANNED PARENTHOOD AFFILIATES V SWOAP (1985) 173 CAL APP 3d 1187;

RUUD) "NO LAW SHALL EMBRACE MORE THAN ONE SUBJECT" (1958);

PEOPLE V PARKS (1881) 58 CAL 624, 640 (LISTING CASES); JUDGE

COOLEY "CONSTITUTIONAL LIMITATIONS" p141.

(2)  "THREE STRIKES" VIOLATES USCA V & VII DOUBLE JEOPARDY

SEE π1917 (1-5) EX PARTE LANGE (1874) 85 U.S. 163

(3)  CDCR HAS ILLEGALLY VACATED 921 DAYS OF PRESENTENCE

CUSTODY CREDITS AWARDED PC §2900.5 CITING PROP 57 (2016).

ONLY THE LEGISLATURE MAY DEFINE CRIMES AND THEIR PUNISHMENT(S).

SEE WEEMS V UNITED STATES (1910) 217 U.S. 349, 378 CITING

HOBBS V STATE (1893) 133 IND 404

π2100  THERE IS MORE BRYAN DID YOU CATCH DEREK CHAUVIN THE

JUDGE-GIVEN ENHANCEMENT? WELL, THAT FINDING OF FACT

BELONGED TO THE JURY. DECAMPS V UNITED STATES (2013) 570 U.S.

254, 267. PLEASE SEE π2033 (1,2) APPRENDI &c

π2101  BRYAN DO YOU KNOW SITA LOZOFF HUMAN KINDNESS FOUNDATION?

A GREAT CONTACT I WOULD LIKE TO PUT TOGETHER A LEGAL

WEBPORTAL TO HELP FAMILIES &c (WE THE PEOPLE) IN BOTH

LEARNING AND APPLYING THE LAW. EDUCATION, MORE LATER.

π2102  "THE PRINCESS BRIDE" (1987) HAS MIRACLE MAX (BILLY CRYSTAL)

I GOT LOCAL REPORTER KION MESSAGE MAX TARLTON: HEY

MESSAGE MAX ON YOUR TICKER/BANNER CAN YOU PROMOTE

TAYLOR SWIFT "REREC" COVER PROCEEDS DONATED TO EJI?

π2103  HEY MISS SWIFT I "♡" YOU TOTALLY evermore! ☮

(754)                                              ~B6B~

Big Red Machine - Renegade Lyrics | AZLyrics.com



# Big Red Machine Lyrics

**"Renegade"**
(feat. Taylor Swift)

CODE ππ485

STAY (SUPPORT) | 2 SAM 24 ππ2047

TAY TAY

STRIKE

NIGHT ππ706

RENEGADE (TO DENY)
APOSTATE, DEFECTOR,
DESERTER, RECREANT,
RUNAGATE, TERGIVERSATOR

\* RAT

DAMAGE (SUFFERING OF LOSS)
PROV 26:6 (SEE V10 V11)
DAN 6:2; 2 COR 7:9

ON PURPOSE
SABRINA CARPENTER

OPEN YOUR HEART
MADONNA

I NEED YOU ππ2086

\* WANT \*

SHAPE (FORM)

JAGGED LITTLE PILL

GAINSAY
LUKE 21:15

"Renegade" lyrics → CHANGE SIDES
→ TURN ONE'S COAT (CARDIGAN)

CF. ππ2068    ππ1634
→ 2 KIN 9:30, 31 ZIMRI (TRAITOR)

WIND-EYE  ππ3161  SEE 1 JOHN 1:5

I tapped on your window on your darkest night
The shape of you — ED SHEERAN
Was jagged and weak  WEARY, JOB 3:17
There was nowhere for me to stay  2 COR 11:27
ππ324  But I stayed anyway  ππ511
And if I would've known
How many pieces you had crumbled into
ππ635 +3  I might have let them lay  LAYTAY
LUKE 21:24
Are you really gonna talk about timing in times like these?
And let all your damage, damage me
And carry your baggage up my street  ME!
And make me your future history

PARADOX

It's time, you've come a long way
Open the blinds, let me see your face
You wouldn't be the first renegade
To need somebody

JOHN 12:40; HEB 3:8
Is it insensitive for me to say  TITUS 1:9
Get your shit together ← ππ223 ππ317  JUDE 11
So I can love you?  P357
Is it really your anxiety  ANGST
That stops you from giving me everything
Or do you just not want to?  JOHN OF THE †

DARK NIGHT OF THE SOUL
tapped on your window on your darkest night
The shape of you  PS 6:2
Was jagged and weak  1 COR 9:22
There was nowhere for me to stay  2 COR 12:10
But I stayed anyway
You fire off missiles 'cause you hate yourself
But do you know you're demolishing me?  EPH 6:16
And then you squeeze my hand as I'm about to leave  FIERY DARTS
OF THE WICKED ONE

Are you really gonna talk about timing in times like these?
Let all your damage, damage me
And carry your baggage up my street  DEMOLISH
And make me your future history  PUT THE KIBOSH ON

BOSH  SQUELCH, VETO, DENY
NONSENSE

It's time, you've come a long way
Open the blinds, let me see your face
You wouldn't be the first renegade
To need somebody  ππ1633
(800)

SWV

JAGGED
- SHARP
PROJECTING
POINTS

CRYSTAL CLEAR

MARKED BY SEVERITY
OR INTENSITY

CF. "FUTURE PAST"
DURAN DURAN

Peace
FOLKLORE

DISQUIET
DISTRESS  STEW
UNEASY
WORRY
TROUBLE  → FRET
\* WINK \*

ππ1542 (2)
· WINDOW-DRESSING
~ PUT-ON ~
· DECEPTIVE OUTWARD
APPEARANCE (VEIL/FACE)

MASK

1 COR 13:12  LOL
FACE TO FACE



CODE π 483

STAY π 1850

EAT SHIT & DIE   Get your shit together

So I can love you?

Is it really your anxiety

That stops you from giving me everything

Or do you just not want to?

IMPERFECT

π 2096

BOWERY   HOBO

RAGAMUFFIN

JAGGED

— TORN?   REF. IN NEED OF

TAILOR SWIFT   → A TAILOR

- A CRYING JAG

- RAGGED

Is it insensitive for me to say   π 2141

π 2094

π 2000   π 2007 (18)   π 1542 (3)

π 131   π 2060

WILLIAMS WAY

And if I would've known

How sharp the pieces were

You'd crumbled into

I might've let them lay   π 2143

π 1369   FINLAY

SWIFT STREET

SANTA CRUZ

π 2166   JADE CAREY

ARMOUR BEARER

π 2140

π 1421

Are you really gonna talk about timing in times like these?

And let all your damage, damage me

And carry your baggage up my street

And make me your future history

It's time, you've come a long way

Open the blinds, let me see your face

You wouldn't be the first renegade

To need somebody

π 2158

π 2145

π 2121   SOLAR POWER

π 535 (1-5)

π 7000   π 2156   face

π 2218 (1)

DAMAGE

π 1421 (2)

march 9 1972 (RAT)

To need somebody

I need somebody

To need somebody

To need somebody

π 833 (2)

π 931

π 2164 (7)   EVERMORE

TROUBLE?

π 985   π 1106

"ANXIETY"

π 456

π 507   π 712

π 805   π 874 (1)   π 910

TIME   HOOTIE & THE BLOWFISH

I GO BLIND

(Are you really gonna talk about timing in times like these?)

Is it insensitive for me to say

(And let all your damage, damage me)

Get your shit together

(And carry your baggage up my street)

So I can love you?

(And make me your future history)

Is it really your anxiety   π 151

(It's time) you've come a long way)

That stops you from giving me everything

(Open the blinds, let me see your face)

You wouldn't be the first renegade

To need somebody)

Or do you just not want to?

WINK

LOSS IN SOUNDNESS

COST OR EXPENSE

EVIL ONE TAYLOR SWIFT

π 2152

SEE BETTER HELP?

I NEED YOU

π 479   π 506

THE 1

π 2059

"DARK NIGHT OF THE SOUL"

JOHN OF THE CROSS

π 1577 (2)   22 FEB 21

DARKEST NIGHT

π 515 (13)   π 961

THINKING OF YOU

Taylor Swift

"NOWHERE"

π 942

Copyright © 2000-2021 AZLyrics.com

RAT π 452 π 465

Loyal

π 2129

EMPTIED π 540 (5)

BLANK SPACE



WILLIAM ROBERT BRAMSCHER
BK5521 LA2444
PO BOX 705
SOLEDAD, CA
93960 - 0705

UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
   OFFICE OF THE CLERK
255 EAST TEMPLE STREET
      ROOM 180
LOS ANGELES, CA 90012

INDIGENT
LEGAL MAIL

S Sullivan