WILLIAM ROBERT BRAMSCHER                                    9 JULY 22
UNIT 12 AT #74234-3
PO BOX 7001
ATASCADERO, CA 93423-7001

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM ROBERT BRAMSCHER | CASE |
| --- | --- |
| v | 2:22-CV-03185-UA |
| TAYLOR SWIFT ET AL | JUDGES GW & PLA |

- CHANGE OF ADDRESS
- REQUEST APPOINTMENT OF COUNSEL
- WRIT OF MANDATE
- REQUEST TEMPORARY RESTRAINING ORDER

π32 ON THE 21ST OF JUNE AS AN UNCONSTITUTIONAL SPECIAL CONDITION OF PAROLE I WAS TAKEN FROM PRISON TO THE ATASCADERO STATE HOSPITAL ("ASH") IN VIOLATION OF MY DUE PROCESS RIGHTS π26 VITEK v JONES. PLEASE SEE ENCLOSED HAND COPY OF LETTER TO ATTY BIEN ESQ IN RE COLEMAN v NEWSOM.

π33 TODAY, SATURDAY THE 9TH OF JULY I WAS GIVEN LIMITED ACCESS TO MY LEGAL WORK AUTHORING THIS NOTICE AS-SOON-AS-POSSIBLE I WAS FORCED TO FILE COMPLAINTS WITH THE OFFICE OF PATIENTS' RIGHTS TO GET SUCH SWIFT ACCESS TO MY VALUABLE PAPER WORK.

(TS-13)

