UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3185-GW-PLAx | Date | August 4, 2022 |
|---|---|---|---|
| Title | *William Robert Bramscher v. Taylor Swift, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                                 None Present

**PROCEEDINGS:      IN CHAMBERS - ORDER**

In light of the Mail Returned addressed to Plaintiff [9] and the Notice of Change of Address [11], the Court will give Plaintiff 30 days from the date of this Order to pay the filing fee in full as indicated in the Order [8] issued on June 21, 2022.

:

Initials of Preparer    JG