JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3185-GW-PLAx | Date | September 13, 2022 |
|---|---|---|---|
| Title | *William Robert Bramscher v. Taylor Swift, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                         None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER**

In an August 4, 2022 Order (ECF No. 14), Plaintiff was given until September 6, 2022 to pay the filing fees in full. Plaintiff has not paid said fees and, hence, this lawsuit is dismissed without prejudice.

                                                           :
                                        Initials of Preparer   JG